IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGER LOGISTICS, LLC,<br>JULIO RIOS, JEREMY GAMBOA,<br>FERRELLGAS PARTNERS, L.P.,<br>and FERRELLGAS L.P.<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 17-495 |

**CORPORATE DISCLOSURE OF BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., AND FERRELLGAS L.P.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas L.P. (collectively, the "Bridger Parties"), by and through their undersigned counsel, make the following disclosure:

1. Ferrell Companies, Inc. Employee Stock Ownership Trust owns 23.4% of Ferrellgas Partners, L.P.'s outstanding common units; and

2. There is no other parent corporation or publicly held corporation that owns 10% or more of any of the Bridger Parties.

Respectfully submitted,

Dated: March 3, 2017

*/s/ Caroline A. Gardner*
Jeffery A. Dailey (I.D. No. 85993)
Caroline A. Gardner (I.D. No. 318815)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
T: 215-965-1200
F: 215-965-1210
jdailey@akingump.com
cgardner@akingump.com

David M. Zensky (*pro hac vic* motion pending)
Katherine Porter (*pro hac vic* motion pending)
Kelly A. Eno (*pro hac vice* motion pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
T: (212) 872-1000
F: (212) 872-1002
dzensky@akingump.com
kporter@akingump.com
keno@akingump.com

*Attorneys for Bridger Logistics, LLC*
*Ferrellgas Partners, L.P., and Ferrellgas L.P.*

**CERTIFICATE OF SERVICE**

I, Caroline A. Gardner, certify that a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record on March 3, 2017.

*/s/ Caroline A. Gardner*
Caroline A. Gardner