IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, § § § *Plaintiff,* § § v. § § BRIDGER LOGISTICS, LLC, § JULIO RIOS, JEREMY GAMBOA, § FERRELLGAS PARTNERS, § L.P. AND FERRELLGAS, L.P., § § *Defendants.* § | Civil Action No. 2:17-CV-00495-RK |

### MOTION OF JULIO RIOS AND JEREMY GAMBOA
### TO DISMISS PLAINTIFF'S COMPLAINT AND JOINDER
### IN THE BRIDGER DEFENDANTS' MOTION TO DISMISS

AND NOW, come Defendants Julio Rios and Jeremy Gamboa, through their undersigned counsel and move this Court for an Order dismissing Plaintiff's Complaint on the grounds that this Court lacks personal jurisdiction over them and that Plaintiff has failed to state a claim upon which relief may be granted. Defendants incorporate by reference the facts and arguments set forth in the accompanying Memorandum of Law as if set forth herein at length. Defendants also join and incorporate by reference the Bridger Defendants' Motion to Dismiss (the "Bridger Motion") and move to dismiss Plaintiff's claims for the reasons set forth in the Bridger Motion. Defendants submit the declarations of Julio Rios, dated March 15, 2017 ("Rios Decl."), attached hereto as Exhibit A, and Jeremy Gamboa, dated March 15, 2017 ("Gamboa Decl."), attached hereto as Exhibit B in further support of their Motion.

WHEREFORE, Defendants Julio Rios and Jeremy Gamboa respectfully request that this Court enter the proposed Order submitted herewith, dismissing Plaintiff's claims against them on the grounds that this Court lacks personal jurisdiction over them and that Plaintiff has failed to state a claim upon which relief may be granted.

DATE:  March 16, 2017                    Respectfully submitted,

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding
*Admitted pro hac vice*
jfielding@lynnllp.com
Kent D. Krabill
*Admitted pro hac vice*
kkrabill@lynnllp.com
Jonathan D. Kelley
*Admitted pro hac vice*
jkelley@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

Julie Negovan, Esquire (1651)
1622 Spruce Street
Philadelphia, PA  19103
jn@sprucelaw.com
(267) 546-0623

*Attorneys for Defendants*
*Julio Rios and Jeremy Gamboa*

CERTIFICATE OF SERVICE

I, Julie Negovan, hereby certify that I filed and served the foregoing Motion to Dismiss of Julio Rios and Jeremy Gamboa to all counsel of record via the Court's ECF system on this date as follows:

Filiberto Agusti
fagusti@steptoe.com
Jeffrey M. Theodore
jtheodore@steptoe.com
Nicholas Petts
npetts@steptoe.com
Timothy Work
twork@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, DC 20036

Henry Hockeimer, Jr.
hockeimerh@ballardspahr.com
Terence Grugan
grugant@ballardspahr.com
BALLARD SPAHR LLP
1735 Market St. 51st Floor
Philadelphia, PA 19103

*Attorneys for Defendant Eddystone Rail Company, LLC*

Jeffery A. Dailey
Caroline A. Gardner
AKIN GUMP STRAUSS HAUER &
FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
T: 215-965-1200
F: 215-965-1210
jdailey@akingump.com
cgardner@akingump.com

David M. Zensky
Katherine P. Porter
Kelly A. Eno
AKIN GUMP STRAUSS HAUER &

FELD LLP
One Bryant Park
New York, New York 10036
T: (212) 872-1000
F: (212) 872-1002
dzensky@akingump.com
kporter@akingump.com
keno@akingump.com

*Attorneys for Bridger Logistics, LLC*
*Ferrellgas Partners, L.P., and Ferrellgas L.P.*

Dated: March 16, 2017

                                             */s/   Julie Negovan*
                                                   Julie Negovan