# EXHIBIT D

Message

| | |
|---|---|
| **From**: | Bryan Boaz [Bryan.Boaz@enbridge.com] |
| **Sent**: | 11/23/2015 10:04:40 PM |
| **To**: | Knapp, Patrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd71b692a2fb4307a3d42719cb32d57c-Patrick Kna] |
| **Subject**: | RE: Control Agreement for Crude Financing |

Good Afternoon Patrick,

We at Enbridge/ Eddystone Rail Company (ERC) reviewed the agreements per your request.  Our agreements are with Bridger Transfer Services, LLC only.  Enbridge and ERC does not have current working relationships with the other counterparties listed in the agreements.  We decline to execute these agreements in any form as there is too many liabilities that would exist per the agreement and the lien rights.

Best Regards,

**Bryan Boaz**
Manager, Asset Performance, Development, & Enterprise Risk

—
TEL: 832.214.9013 | CELL: 832.726.8375 |
1100 Louisiana, Suite 3300, Houston, TX  77002

enbridge.com
**Integrity. Safety. Respect.**



**From:** Patrick Knapp [mailto:pknapp@bridgergroup.com]
**Sent:** Monday, November 16, 2015 5:21 PM
**To:** Bryan Boaz; Vince Paradis; Joel Kanvik
**Cc:** Hampton, Trent
**Subject:** Control Agreement for Crude Financing

Bryan, Vince and Joel:

Jamex Marketing, LLC ("Jamex"), a customer of Bridger Logistics, LLC ("Bridger"), is entering into a financing arrangement with Carlyle Group ("Carlyle") in which their crude oil would be pledged as collateral. Jamex owns crude transloaded using Enbridge facilities. Carlyle has asked that Bridger and its terminal counterparties execute control agreements so that, in the unlikely event of a Jamex default, Carlyle may direct the transloading and storage of Jamex's crude oil.

Carlyle has proposed the attached Tripartite Agreements. I've included revisions specific to your Eddystone and Berthold terminals. Please take a look and respond as you see fit. I am happy to respond to any questions or arrange a call with Jamex or Carlyle representatives if needed. We are hoping to execute this agreement before the Thanksgiving holiday (Weds., Nov. 25). Let me know if thats unrealistic.

All the best.

--

Patrick M. Knapp
Senior Counsel

**BRIDGER LOGISTICS, LLC**

2009 Chenault Drive, Suite 100
Carrollton, Texas 75006
T (214) 292-9875

C (903) 815-6350

F (214) 296-2836
E pknapp@bridgergroup.com

bridgergroup.com

Yahoo IM: pknapp85

CONFIDENTIALITY NOTICE
The contents of this message and any attachments are confidential and are intended solely for addressee. The contents of this message may also be legally privileged. This transmission is sent for the sole use of the intended recipient(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message and its attachments, if any.  Ferrellgas, Inc., Ferrellgas, L.P., Bridger Logistics, LLC and their affiliated entities hereby claim all applicable privileges related to this information.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* IMPORTANT NOTICE\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this email message is CONFIDENTIAL information intended for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender using the above contact information or by return email and delete this message and any copies from your computer system. Thank you.