**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17–cv–00495 |
| | ) | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, | ) | |
| JEREMY GAMBOA, FERRELLGAS | ) | |
| PARTNERS, L.P., and FERRELLGAS L.P. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFF EDDYSTONE RAIL COMPANY'S
MOTION TO STRIKE DEFENDANTS' REPLY BRIEFS**

Plaintiff Eddystone Rail Company hereby moves to strike reply briefs (Doc. Nos. 41–44) that Defendants Bridger Logistics, Ferrellgas Partners, L.P., Ferrellgas, L.P., Julio Rios and Jeremy Gamboa have filed without first seeking this Court's leave, in violation of Local Rule 7.1(c). In the alternative, Eddystone asks the Court to allow it to file a surreply that addresses new issues raised in Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P.'s Motion to Strike Allegations in Plaintiff's Complaint (Doc. No. 36), and, to prevent future unfairness, to modify its rules to permit filing of replies in this case in the ordinary course. Eddystone files herewith a Memorandum of Law in support of this Motion.

Dated: April 25, 2017                    Respectfully submitted,

                                                    /s/ Henry E. Hockeimer, Jr.
                                                    Henry E. Hockeimer, Jr. (I.D. No. 86768)
                                                    Terence M. Grugan (I.D. No. 307211)
                                                    BALLARD SPAHR LLP
                                                    1735 Market Street, 51st Floor

Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
hockeimerh@ballardspahr.com
grugant@ballardspahr.com

Filiberto Agusti (*pro hac vice*)
Jeffrey M. Theodore (*pro hac vice*)
Timothy Work (*pro hac vice*)
Nicholas Petts (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
fagusti@steptoe.com
jtheodore@steptoe.com
twork@steptoe.com
npetts@steptoe.com

*Counsel for Eddystone Rail Company, LLC*

**CERTIFICATE OF SERVICE**

I, Timothy A. Work, hereby certify that I caused Plaintiff Eddystone Rail Company's

Motion to Strike Defendants' Reply Briefs and supporting documents to be filed and served to

all counsel of record via the Court's ECF system on April 25, 2017.


Dated:  April 25, 2017                                          /s/ Timothy A. Work