# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 17-495 |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P., | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of May, 2017, upon consideration of Plaintiff Eddystone Rail Company's Motion to Strike Defendants' Reply Briefs (Doc. No. 45), and Defendants' Responses, as well as Plaintiff Eddystone Railway Company's April 28, 2017 Letter, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Plaintiff Eddystone Railway Company is granted leave to file any surreply it deems as necessary to address the new issues and arguments raised by Defendants on or before **June 7, 2017**.

For purposes of this action, it is hereby **ORDERED** that the parties may file any reply or surreply without seeking leave of court.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE