

**Akin Gump**

STRAUSS HAUER & FELD LLP

JEFFERY A. DAILEY
215.965.1325/fax: 215.965.1210
jdailey@akingump.com

June 12, 2017

**Via ECF**
Honorable Robert F. Kelly
United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 11613
Philadelphia, Pennsylvania  19106

Re:   *Eddystone Rail Company, LLC v. Bridger Logistics, LLC, et al*
      C.A. No. 2:17-cv-00495-RK

Dear Judge Kelly:

    As Your Honor is aware, we are counsel to Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas L.P. (the "BL/FG Defendants").  Following this Court's order of May 25, 2017 [ECF No. 50], Plaintiff filed Sur-Replies to the BL/FG Defendants' Motion to Dismiss and Motion to Strike [ECF Nos. 53 & 54].  Defendants respectfully submit that Plaintiff's Sur-Replies address multiple matters raised in the BL/FG Defendants' motions which could have been (and in some cases already were) addressed in Plaintiffs' oppositions.  Furthermore, the BL/FG Defendants vigorously dispute the content of Plaintiff's Sur-Replies.  In order to address and clarify certain misleading arguments and issues raised by Plaintiff in the Sur-Replies, the BL/FG Defendants respectfully believe that oral argument would be of assistance, and therefore place again before the Court their request for oral argument on the Motions.

    If Your Honor would like to discuss, the BL/FG Defendants will make themselves available at the Court's convenience.

Respectfully submitted,

Jeffery A. Dailey

**CERTIFICATE OF SERVICE**

      I, Jeffery A. Dailey, hereby certify that I caused Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P.'s letter regarding oral argument to be filed and served on all counsel of record via the Court's ECF system on June 12, 2017.

Dated: June 12, 2017                                     */s/ Jeffery A. Dailey*