UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17–cv–00495 |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENT IN SUPPORT OF PLAINTIFF EDDYSTONE RAIL COMPANY'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE ALLEGATIONS IN PLAINTIFF'S COMPLAINT**

At the Court's request, Plaintiff Eddystone Rail Company submits the attached table in further support of its Opposition to the Motion to Strike Allegations in Plaintiff's Complaint, filed by Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P. and Ferrellgas, L.P. (collectively, "Ferrellgas") (Dkt. No. 36.) The chart supplements Eddystone's Opposition to Defendants' Motion to Strike. (Dkt. No. 40.)

The chart shows in detail that Eddystone did not use documents provided by Ferrellgas alone in response to the arbitral subpoena. The table does this by identifying the source of each allegation in the Complaint that Defendants have challenged under Fed. R. Civ. P. 12(f). Specifically, Defendants take issue with paragraphs 3, 5, 7–9, 19, 25, 28–30, 32, 34–38, 43–49, 53, 56–59, 63, and 66(c). (Dkt. No. 40 at 7.) The left hand column of the table identifies each paragraph of the Complaint that Defendants have challenged and the place it is identified in the Motion to Strike. The middle column quotes the words of each sentence from each of the

paragraphs that Defendants have challenged.  The last column identifies the sources for each challenged sentence.

This highly detailed exposition establishes the truth of the declaration submitted by Eddystone's counsel in support of Eddystone's Opposition that Eddystone did not rely on materials produced by Ferrellgas in the arbitration.  The chart shows that the allegations in these paragraphs did not use materials obtained from Defendants.  Rather, the allegations were sourced from information obtained by Eddystone during the course of the Parties' business relationship, agreements and communications that Jamex Marketing produced in arbitration, Securities & Exchange Commission filings, Louisiana Secretary of State filings, public crude oil market data, and Eddystone's independent analysis of this material.

Dated: June 20, 2017

Respectfully submitted,

 /s/  Henry E. Hockeimer, Jr.
Henry E. Hockeimer, Jr. (I.D. No. 86768)
Terence M. Grugan (I.D. No. 307211)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
hockeimerh@ballardspahr.com
grugant@ballardspahr.com

Filiberto Agusti (*pro hac vice*)
Jeffrey M. Theodore (*pro hac vice*)
Timothy Work (*pro hac vice*)
Nicholas Petts (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
fagusti@steptoe.com
jtheodore@steptoe.com
twork@steptoe.com
npetts@steptoe.com

*Counsel for Eddystone Rail Company, LLC*