IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P. | : : : | NO. 17-495 |

**O R D E R**

**AND NOW**, this 28th day of June, 2017, upon considering Eddystone's Supplemental Report (Doc. No. 56) and Defendants' Letter (Doc. No. 57), Defendants' Motion to Strike (Doc. No. 36), is hereby **DENIED**.

**SO ORDERED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE