# EXHIBIT D

BY EMAIL

**Weil, Gotshal & Manges LLP**

200 Crescent Court, Suite 300<br>
Dallas, TX 75201-6950<br>
+1 214 746 7700 tel<br>
+1 214 746 7777 fax<br>
<br>
T. Ray Guy<br>
Board Certified, Civil Trial Law<br>
Texas Board of Legal Specialization<br>
+1 (214) 746-7872<br>
ray.guy@weil.com

February 23, 2017

David M. Zensky
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036-6745
dzensky@akingump.com

Re:   Notices to Jamex Transfer Holdings LLC and Jamex Marketing LLC

Dear David:

I write on behalf of my clients Jamex Transfer Holdings LLC and Jamex Marketing LLC in response to the "Notices of Third Party Claim" you sent on February 20, 2017. My clients deny and dispute the allegation of default and/or for indemnification arising from the complaint filed by Eddystone Rail Company LLC.

Sincerely,

T. Ray Guy