**EXHIBIT C**

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **To:** | Jonathan Kelley; Theodore, Jeffrey; Porter, Katherine |
| **Cc:** | Agusti, Fil; hockeimerh@ballardspahr.com; grugant@ballardspahr.com; Jeremy Fielding; Kent Krabill; Petts, Nick; Julie Negovan; Zensky, David; Dailey, Jeffery; Sorkin, Joseph L. |
| **Subject:** | RE: Eddystone v. Bridger - Call to discuss Rios/Gamboa RFP responses |
| **Date:** | Wednesday, October 11, 2017 2:49:08 PM |

WARNING: This email originated outside of the Firm. DO NOT CLICK links or attachments unless you recognize the sender and *are expecting* the email.

Counsel:

This describes the meet-and-confer that the Eddystone and Rios/Gamboa ("R/G") had early today regarding Eddystone's requests for production ("RFPs"), and R/G's revised objections to those RFPs which R/G provided moments before our call. This email focuses principally on the parties' discussion regarding time limits for the RFPs, as that is an issue raised in the outstanding motion to compel:

Eddystone and R/G have no agreement on time limits for the following Eddystone RFPs:

RFPs 6-8, 11, 12, 17, 20-21, 29-32, 34, 40, 52–54 (R/G to consider 1/1/12-12/31/16), 57, and 58.

For the following RFPs, R/G (a) agreed to the time limit as written in the RFPs, (b) agreed during the call to the specified time limit, or (c) have no documents:

RFPs 1 (as written), 2-3 (1/1/12-3/1/16), 4-5 (as written), 9 (as written), 10 (6/1/15-11/28/16), 13-16 (no documents),18-19 (no documents), 22-23 (no documents), 24-26 (as written), 27 (no documents), 28 (12/31/14-3/1/16), 33 (no documents), 35 (no documents), 36 (1/1/12-3/1/16), 37 (1/1/12-4/1/13), 38-39 (1/1/12-3/1/16), 41-43 (1/1/12-3/1/16), 44 (as written), 45 (1/1/12-3/1/16), 46 (no documents), 47-50 (1/1/12-3/1/16), 51 (as written), 55-56 (1/1/12-3/1/16), 59 (as written), 60 (no documents).

As I indicated during the call, all agreements by Eddystone are without prejudice to it serving any additional document requests, including additional requests for the periods before 1/1/12.

Let me know if you have any questions regarding the foregoing, or if the foregoing seems incorrect to you in any way.

Regards,

Andrew

**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com



+1 202 429 6759 direct       Steptoe & Johnson LLP
+1 202 261 0621 fax          1330 Connecticut Avenue, NW
                             Washington, DC 20036
                             www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be
confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this
information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then
delete this message.

---

**From:** Jonathan Kelley [mailto:jkelley@lynnllp.com]
**Sent:** Wednesday, October 11, 2017 11:55 AM
**To:** Theodore, Jeffrey; Porter, Katherine
**Cc:** Agusti, Fil; Sloniewsky, Andrew; hockeimerh@ballardspahr.com; grugant@ballardspahr.com; Jeremy
Fielding; Kent Krabill; Petts, Nick; jnegovan@griesinglaw.com; Zensky, David; Dailey, Jeffery; Sorkin,
Joseph L.
**Subject:** RE: Eddystone v. Bridger - Call to discuss Rios/Gamboa RFP responses

All,

For informational purposes for today's call, please see attached for a revised draft of Rios and
Gamboa's RFP responses.

Thanks,
Jon

_____

**From:** Jonathan Kelley
**Sent:** Wednesday, October 11, 2017 10:11 AM
**To:** 'Theodore, Jeffrey' <jtheodore@steptoe.com>; Porter, Katherine <kporter@akingump.com>
**Cc:** Agusti, Fil <FAgusti@steptoe.com>; Sloniewsky, Andrew <ASloniewsky@steptoe.com>;
hockeimerh@ballardspahr.com; grugant@ballardspahr.com; Jeremy Fielding
<jfielding@lynnllp.com>; Kent Krabill <kkrabill@lynnllp.com>; Petts, Nick <npetts@Steptoe.com>;
jnegovan@griesinglaw.com; Zensky, David <dzensky@AkinGump.com>; Dailey, Jeffery
<JDailey@AKINGUMP.com>; Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Subject:** Eddystone v. Bridger - Call to discuss Rios/Gamboa RFP responses

All,

For our call today at noon EST, let's use the below dial-in information:

Dial-in: 1-800-504-8071
Access code: 7888451

We will send a draft of our amended responses to Eddystone's RFPs shortly.

Thanks,
Jon

**JON KELLEY**, Attorney
**Lynn Pinker Cox & Hurst**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
**lynnllp.com**

Direct    214 981 3823
**jkelley@lynnllp.com**

*Benchmark Litigation - Top 10 Litigation Boutiques in America - 2017*