## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 17-495 |
| | : | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, | : | |
| JEREMY GAMBOA, FERRELLGAS | : | |
| PARTNERS, L.P., and FERRELLGAS L.P., | : | |
| | : | |
| Defendants | : | |
| Third-Party Plaintiffs, | : | |
| v. | : | |
| | : | |
| JAMEX MARKETING, LLC (f/k/a BRIDGER | : | |
| MARKETING, LLC), JAMEX TRANSFER | : | |
| HOLDINGS, LLC, JAMEX, LLC (f/k/a/ BRIDGER,: | | |
| LLC), JAMEX TRANSFER SERVICES, LLC | : | |
| (f/k/a BRIDGER TRANSFER SERVICES, LLC), | : | |
| JAMES BALLENGEE and JOHN DOES 1-10, | : | |
| | : | |
| Third-Party Defendants. | : | |

## ORDER

**AND NOW**, this ⟨3rd⟩ day of November, 2017, upon consideration of

Defendants Julio Rios' and Jeremy Gamboa's Motion to Quash Plaintiff Eddystone Rail

Company's LLC's ("Eddystone") Subpoena to Business First Bank (Doc. No. 90), and

Eddystone's Response in Opposition to Defendants Rios and Gamboa's Motion to Quash, it is

hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_Robert F. Kelly_

ROBERT F. KELLY
SENIOR JUDGE