**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 17-495 |
| | : | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, | : | |
| JEREMY GAMBOA, FERRELLGAS | : | |
| PARTNERS, L.P., and FERRELLGAS L.P., | : | |
| | : | |
| Defendants | : | |
| Third-Party Plaintiffs, | : | |
| v. | : | |
| | : | |
| JAMEX MARKETING, LLC (f/k/a BRIDGER | : | |
| MARKETING, LLC), JAMEX TRANSFER | : | |
| HOLDINGS, LLC, JAMEX, LLC (f/k/a/ BRIDGER,: | |
| LLC), JAMEX TRANSFER SERVICES, LLC | : | |
| (f/k/a BRIDGER TRANSFER SERVICES, LLC), | : | |
| JAMES BALLENGEE and JOHN DOES 1-10, | : | |
| | : | |
| Third-Party Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this    6th    day of November, 2017, upon consideration of

Defendants Julio Rios' and Jeremy Gamboa's Cross-Motion for Protective Order (Doc. No. 92),

and Plaintiff Eddystone Rail Company's LLC's Response in Opposition to Defendants Rios and

Gamboa's Motion for a Protective Order, it is hereby **ORDERED** that the Motion is **DENIED**.


BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE