IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 17-495 |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P., | : |
| Defendants Third-Party Plaintiffs, | : |
| v. | : |
| JAMEX MARKETING, LLC (f/k/a BRIDGER MARKETING, LLC), JAMEX TRANSFER HOLDINGS, LLC, JAMEX, LLC (f/k/a/ BRIDGER, LLC), JAMEX TRANSFER SERVICES, LLC (f/k/a BRIDGER TRANSFER SERVICES, LLC), JAMES BALLENGEE and JOHN DOES 1-10, | : |
| Third-Party Defendants. | : |

## ORDER

**AND NOW**, this   6th   day of November, 2017, upon consideration of Plaintiff Eddystone Rail Company's LLC's ("Eddystone") Motion to Compel (Doc. Nos. 73, 74 and 75), the Responses filed by Defendants Julio Rios and Jeremy Gamboa (Doc. No. 84), and Defendants/Third Party Plaintiffs Bridger Logistics, LLC, Ferrellgas Partners, L.P. and Ferrellgas, L.P. ("BL/FG Defendants") (Doc. Nos. 85, 86, 87 and 89), Eddystone's Reply Brief (Doc. Nos. 93, 94), and BL/FG Defendants' Sur-Reply (Doc. No. 100),  it is hereby **ORDERED** that Eddystone's Motion to Compel is **GRANTED** as follows:

1. Defendants are **ORDERED** to produce the general ledgers of BTS and Bridger Logistics for the period of January 1, 2012, to March 1, 2016, including all subsidiary ledgers, adjusting journals, and transaction detail.

2. Defendants Rios and Gamboa are **ORDERED** to withdraw their objections to producing documents outside the period of December 31, 2014, to March 1, 2016.

3. Defendants Rios and Gamboa are **ORDERED** to consent to the production of all bank records maintained by Business First Bank and The Independent Bankers' Bank pursuant to the terms of Eddystone's subpoenas to those entities.

**IT IS FURTHER ORDERED** that BL/FG Defendants' request for the appointment of a discovery manager is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly \_
ROBERT F. KELLY
SENIOR JUDGE