IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 2:17-CV-00495-RK |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P. and FERRELLGAS, L.P., | | |
| Defendants. | | |

___

**DEFENDANTS JULIO RIOS' AND JEREMY GAMBOA'S
NOTICE OF JOINING CO-DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO DISMISS COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES**

___

Defendants Julio Rios and Jeremy Gamboa (the "Individual Defendants") file this Notice that they join in the Opposition to Plaintiff Eddystone Rail Company, LLC's ("Plaintiff") Motion to Dismiss Counterclaims and Strike Affirmative Defenses ("Plaintiff's Motion to Dismiss") filed on November 6, 2017 by Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (the "BL/FG Defendants' Opposition"). Accordingly, in joining the BL/FG Defendants' Opposition, the Individual Defendants request that the Court deny Plaintiff's request to strike the Individual Defendants' Eighteenth Affirmative Defense for the reasons asserted therein.[1]

___

[1] The Individual Defendants' Eighteenth Affirmative Defense is materially similar to the BL/FG Defendants' Seventeenth, Eighteenth and Twentieth Defenses. *See* Rios' and Gamboa's Original Answer [ECF No. 66]; Defendants / Third-Party Plaintiffs Bridger Logistics, LLC's First Amended Answer and Defenses to Complaint and Counterclaims [ECF No. 76]; Defendants / Third-Party Plaintiffs Ferrellgas Partners, L.P. and Ferrellgas, L.P.'s First Amended Answer and Defenses to Complaint and Counterclaims [ECF No. 77]. Accordingly, the Individual Defendants join in the arguments made by the BL/FG Defendants in each section of their Opposition.

___

**DEFENDANTS JULIO RIOS' AND JEREMY GAMBOA'S NOTICE OF
JOINING CO-DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

Dated:  November 6, 2017                Respectfully submitted:

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding (*pro hac vice*)
jfielding@lynnllp.com
Kent D. Krabill (*pro hac vice*)
kkrabill@lynnllp.com
Jonathan D. Kelley (*pro hac vice*)
jkelley@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

Julie Negovan, Esquire (1651)
jnegovan@griesinglaw.com
GRIESING LAW, LLC
1717 Arch Street, Suite 3630
Philadelphia, Pennsylvania 19103

**ATTORNEYS FOR DEFENDANTS JULIO RIOS AND JEREMY GAMBOA**

_____
**DEFENDANTS JULIO RIOS' AND JEREMY GAMBOA'S NOTICE OF JOINING CO-DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I, Jonathan Kelley, hereby certify that I served the foregoing document on all counsel of record via ECF filing on November 6, 2017 as follows:

Filiberto Agusti
fagusti@steptoe.com
Jeffrey M. Theodore
jtheodore@steptoe.com
Nicholas Petts
npetts@steptoe.com
Timothy Work
twork@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, DC 20036

Henry Hockeimer, Jr.
hockeimerh@ballardspahr.com
Terence Grugan
grugant@ballardspahr.com
BALLARD SPAHR LLP
1735 Market St. 51st Floor
Philadelphia, PA 19103

*Attorneys for Plaintiff Eddystone Rail Company, LLC*

Jeffery A. Dailey
Caroline A. Gardner
AKIN GUMP STRAUSS HAUER &
FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
T: 215-965-1200
F: 215-965-1210
jdailey@akingump.com
cgardner@akingump.com

David M. Zensky
Katherine P. Porter
Kelly A. Eno
AKIN GUMP STRAUSS HAUER &

_____
**DEFENDANTS JULIO RIOS' AND JEREMY GAMBOA'S NOTICE OF
JOINING CO-DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

FELD LLP
One Bryant Park
New York, New York 10036
T: (212) 872-1000
F: (212) 872-1002
dzensky@akingump.com
kporter@akingump.com
keno@akingump.com

*Attorneys for Bridger Logistics, LLC*
*Ferrellgas Partners, L.P., and Ferrellgas L.P.*

                                                      */s/    Jonathan D. Kelley*
                                                           Jonathan D. Kelley