**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | |
| Plaintiff, | |
| v. | |
| JULIO RIOS and JEREMY GAMBOA, | Civil Action No. 2:17-cv-00495 |
| Defendants, | |
| BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P., | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| JAMEX MARKETING, LLC (f/k/a BRIDGER MARKETING, LLC), JAMEX TRANSFER HOLDINGS, LLC, JAMEX, LLC (f/k/a BRIDGER, LLC), JAMEX TRANSFER SERVICES, LLC (f/k/a BRIDGER TRANSFER SERVICES, LLC), JAMES BALLENGEE and JOHN DOES 1–10, | |
| Third-Party Defendants. | |

**STIPULATION ON REPLY BRIEFING FOR THIRD-PARTY DEFENDANTS'
MOTIONS TO DISMISS AND [PROPOSED] ORDER**

1.      Pursuant to Local Rule 7.4(b)(2), the parties in the third-party proceeding that execute this document below (the "Stipulating Parties") stipulate and agree that all Third-Party Defendants shall have until December 26, 2017, to file reply briefs in support of their Motions to Dismiss the Third-Party Complaint (ECF Nos. 97 and 99) (the "Motions to Dismiss").

2.      The Stipulating Parties previously agreed to a briefing schedule for the Motions to Dismiss that was accepted and entered by the Court on November 8, 2017.

3.      No prior extension has been sought or granted with respect to the Third-Party Defendants' reply briefs in support of their Motions to Dismiss the Third-Party Complaint.

4.      Accordingly, the Stipulating Parties request that the Court approve this stipulation and extend the deadline for Third-Party Defendants' reply briefs to December 26, 2017.

**STIPULATED AND AGREED BY:**

*/s/ T. Ray Guy*
Allison Brown
Pennsylvania State Bar No. 202227
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, New Jersey 08542
Telephone: 609-986-1104
Telecopier: 609-986-1199
allison.brown@weil.com

-and-

T. Ray Guy
Texas State Bar No. 08648500
(*pro hac vice to be submitted*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201-6950
Telephone: 214-746-7700
Telecopier: 214-746-7777
ray.guy@weil.com

*Attorneys for James H. Ballengee, Jamex LLC, Jamex Marketing LLC, Jamex Transfer Holdings LLC, and Jamex Transfer Services LLC*

*/s/ David M. Zensky*
Jeffery A. Dailey (I.D. No. 85993)
Ellen L. Pierce (I.D. No. 318579)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
T: 215-965-1200
F: 215-965-1210
jdailey@akingump.com
epierce@akingump.com

-and-

David M. Zensky (*pro hac vice*)
Katherine P. Porter (*pro hac vice*)
Kelly A. Eno (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park, Fl. 41
New York, New York 10036
T: 212-872-1000
F: 212-872-1002
dzensky@akingump.com
kporter@akingump.com
keno@akingump.com

*Attorneys for Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P.*

It is so **ORDERED** this _____ day of _____, 2017.

_____
Honorable Robert F. Kelly

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(d), I hereby certify that on December 11, 2017, I electronically transmitted the foregoing document using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case.


*/s/ Allison Brown*
Allison Brown