IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>　　　　　Plaintiff,<br>　　v.<br><br>JULIO RIOS and JEREMY GAMBOA,<br>　　　　　Defendants,<br><br>BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P.,<br>　　　　　Defendants<br>　　　　　Third-Party Plaintiffs,<br>　　v.<br><br>JAMEX MARKETING, LLC (f/k/a BRIDGER MARKETING, LLC), JAMEX TRANSFER HOLDINGS, LLC, JAMEX, LLC (f/k/a/ BRIDGER, LLC), JAMEX TRANSFER SERVICES, LLC (f/k/a BRIDGER TRANSFER SERVICES, LLC), JAMES BALLENGEE and JOHN DOES 1-10,<br>　　　　　Third-Party Defendants. | CIVIL ACTION<br><br>No. 17-495 |

## ORDER

**AND NOW**, this   6th   day of February, 2018, upon consideration of Plaintiff Eddystone Rail Company's LLC's ("Eddystone") Motion to Dismiss Amended Counterclaims and to Strike Affirmative Defenses (Doc. Nos. 83, 88), and the Responses and Replies thereto, including Defendants Julio Rios' and Jeremy Gamboa's Notice of Joining Co-Defendants' Opposition to Plaintiff's Motion to Dismiss Counterclaims and Strike Affirmative Defenses, it is hereby **ORDERED** that Eddystone's Motion is **DENIED WITHOUT PREJUDICE** to Eddystone renewing its arguments at the motion for summary judgment stage of this matter.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 /s/ Robert F. Kelly　　　　　　　　　
　　　　　　　　　　　　　　　　　　ROBERT F. KELLY
　　　　　　　　　　　　　　　　　　SENIOR JUDGE