# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, <br>         Plaintiff, <br> v. <br><br> JULIO RIOS and JEREMY GAMBOA, <br>         Defendants, <br><br> BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P., <br>         Defendants and <br>         Third-Party Plaintiffs, <br> v. <br><br> JAMEX MARKETING, LLC (f/k/a BRIDGER MARKETING, LLC), JAMEX TRANSFER HOLDINGS, LLC, JAMEX, LLC (f/k/a/ BRIDGER, LLC), JAMEX TRANSFER SERVICES, LLC (f/k/a BRIDGER TRANSFER SERVICES, LLC), JAMES BALLENGEE and JOHN DOES 1-10, <br>         Third-Party Defendants. | CIVIL ACTION <br><br> No. 17-495 |

## **ORDER**

**AND NOW**, this 12th day of April, 2018, upon consideration of the Motion to Dismiss the Third-Party Complaint filed by Jamex Marketing, LLC, Jamex Transfer Holdings, LLC, Jamex, LLC, and Jamex Transfer Services, LLC (Doc. No. 97), and the Motion to Dismiss filed James M. Ballengee (Doc. No. 97), and the Consolidated Opposition filed by Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P., and the Replies and Consolidated Sur-Reply thereto, it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE