IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P. AND FERRELLGAS, L.P., <br><br> *Defendants.* | § § § § § § § § § § § § § § Civil Action No. 2:17-CV-00495-RK |

### Declaration of Jeremy Gamboa

I, Jeremy Gamboa, hereby make this Declaration in support of Julio Rios and Jeremy Gamboa's Motion to Dismiss Plaintiff's Complaint and Joinder in the Bridger Defendants' Motion to Dismiss, and state as follows:

1. I am a Texas resident with my principle residence located at 1830 FM 9 N. PO Box 1776 Waskom, TX 75692.

2. I have no property in Pennsylvania, no address in Pennsylvania, no bank account in Pennsylvania, and I do not regularly transact business in Pennsylvania.

3. From July 2015 through the date of the transfer of various Bridger Transfer Services, LLC assets to other Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas L.P. (each, a "Bridger Party") entities, I was the Chief Operating Officer of Bridger Logistics, LLC, and a Senior Vice-President and later an Executive Vice-President of Ferrellgas, Inc.

Case 2:17-cv-00495-JD Document 179-4 Filed 08/24/18 Page 2 of 2
Case 2:17-cv-00495-RK Document 34-3 Filed 03/16/17 Page 3 of 3

4. My involvement in the asset transfer was limited to actions taken in my capacity as an officer of Bridger Logistics, LLC and Ferrellgas, Inc.

5. As a corporate officer of Bridger Logistics, LLC and Ferrellgas, Inc., any decision to transfer assets from Bridger Transfer Services, LLC to other Bridger Party entities was outside of my authorized and delegated decision making authority.

6. At the time of the transfer of assets from Bridger Transfer Services, LLC to other Bridger Party entities, I owned no equity in any of the Bridger Parties.

7. I received no financial compensation or other value from the transfer of assets from Bridger Transfer Services, LLC to other Bridger Party entities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 15, 2017                                       _____
                                                             Jeremy Gamboa