# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | CIVIL ACTION |
| Plaintiff/Counter-Defendant, | |
| v. | No. 17-495 |
| JULIO RIOS, JEREMY GAMBOA, BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, J.J. ADDISON PARTNERS, LLC, J.J. LIBERTY, LLC, BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER ENERGY, LLC, BRIDGER LAKE, LLC, BRIDGER LEASING, LLC, and BRIDGER MARINE, LLC, | |
| Defendants, | |
| BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P., | |
| Defendants/Counterclaimants. | |

## ORDER

**AND NOW**, this 11th day of October, 2018, upon consideration of Plaintiff Eddystone Rail Company LLC's ("Eddystone") Motion to Compel (Doc. No. 183), the Response in Opposition filed by Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (collectively, "Ferrellgas"), Eddystone's Reply, and Ferrellgas's Sur-Reply, it is hereby **ORDERED**:

1. Eddystone's Motion to Compel is **GRANTED**;

2. Ferrellgas shall permit Eddystone and its forensic accountants to conduct a full inspection of Ferrellgas's accounting system on site, at a mutually convenient time before **Friday, November 2, 2018**; and

3. Ferrellgas's objections to Eddystone's requests for production 20 and 21 are **OVERRULED**, and Ferrellgas shall produce documents in accordance with Eddystone's requests.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE