## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

EDDYSTONE RAIL COMPANY, LLC,                    :       CIVIL ACTION
                                                :
            Plaintiff/Counter-Defendant,        :
      v.                                        :       No. 17-495
                                                :
JULIO RIOS, JEREMY GAMBOA, BRIDGER              :
LOGISTICS, LLC, FERRELLGAS PARTNERS,            :
L.P., FERRELLGAS, L.P., BRIDGER RAIL            :
SHIPPING, LLC, BRIDGER REAL PROPERTY,           :
LLC, BRIDGER STORAGE, LLC, BRIDGER              :
SWAN RANCH, LLC, BRIDGER TERMINALS,             :
LLC, BRIDGER TRANSPORTATION, LLC, J.J.          :
ADDISON PARTNERS, LLC, J.J. LIBERTY, LLC,       :
BRIDGER ADMINISTRATIVE SERVICES II, LLC,        :
BRIDGER ENERGY, LLC, BRIDGER LAKE, LLC,         :
BRIDGER LEASING, LLC, and BRIDGER               :
MARINE, LLC,                                    :
                  Defendants,                   :
                                                :
BRIDGER LOGISTICS, LLC, FERRELLGAS              :
PARTNERS, L.P., and FERRELLGAS, L.P.,           :
                                                :
            Defendants/Counterclaimants.        :

---

## ORDER

**AND NOW**, this 11th day of October, 2018, upon consideration of Defendant Julio Rios's ("Rios") Motion to Compel (Doc. No. 188), and the Response in Opposition filed by Plaintiff Eddystone Rail Company LLC, it is hereby **ORDERED** the Motion to Compel is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE