# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | : | CIVIL ACTION |
| Plaintiff/Counter-Defendant, | : | |
| v. | : | No. 17-495 |
| JULIO RIOS, JEREMY GAMBOA, BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, J.J. ADDISON PARTNERS, LLC, J.J. LIBERTY, LLC, BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER ENERGY, LLC, BRIDGER LAKE, LLC, BRIDGER LEASING, LLC, and BRIDGER MARINE, LLC, | : | |
| Defendants, | : | |
| BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P., | : | |
| Defendants/Counterclaimants. | : | |

## ORDER

**AND NOW**, this   13th   day of November, 2018, upon consideration of the Motion to Dismiss for Lack of Personal Jurisdiction filed by Defendants, Bridger Administrative Services, II, LLC, Bridger Marine, LLC, Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, Bridger Leasing, LLC, Bridger Energy, LLC, Bridger Lake, LLC, J.J. Liberty, LLC, and J.J. Addison Partners, LLC ("Additional Entity Defendants") (Doc. No. 190), Plaintiff, Eddystone Rail Company's ("Eddystone") Opposition to October 5, 2018 Motions, the

Additional Entity Defendants' Reply, and Eddystone's Sur-Reply, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
 ROBERT F. KELLY
 SENIOR JUDGE