**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-cv-00495 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, | ) | |
| JEREMY GAMBOA, FERRELLGAS | ) | |
| PARTNERS, L.P., FERRELLGAS L.P., | ) | |
| BRIDGER ADMINISTRATIVE SERVICES II, | ) | |
| LLC, BRIDGER MARINE, LLC, BRIDGER | ) | |
| RAIL SHIPPING, LLC, BRIDGER REAL | ) | |
| PROPERTY, LLC, BRIDGER STORAGE, LLC, | ) | |
| BRIDGER SWAN RANCH, LLC, BRIDGER | ) | |
| TERMINALS, LLC, BRIDGER | ) | |
| TRANSPORTATION, LLC, BRIDGER | ) | |
| ENERGY, LLC, BRIDGER LEASING, LLC, | ) | |
| BRIDGER LAKE, LLC, J.J. LIBERTY, LLC, | ) | |
| J.J. ADDISON PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | | |

**DECLARATION OF STEVEN BARBER**

I, Steven Barber, hereby declare as follows:

1.      I am an attorney at the law firm of Steptoe & Johnson LLP, counsel for Plaintiff

Eddystone Rail Company, LLC in the above-captioned action.

2.      Attached hereto are true and correct copies of the following exhibits, which are

submitted with Canopy Prospecting, Inc.'s Motion to Quash Rule 30(b)(6) Deposition Notice:

Exhibit 1:      Defendants Julio Rios and Jeremy Gamboa's Notice of Deposition of the
                Corporate Representative of Canopy Prospecting, Inc.

Exhibit 2:      Defendants Julio Rios and Jeremy Gamboa's Amended Notice of
                Deposition of the Corporate Representative of Canopy Prospecting, Inc..
                and Red-Lined Version of Same.

Exhibit 3:      Erik Johnson Deposition Transcript, dated December 5, 2018.

Exhibit 4:      Jack Galloway Deposition Transcript, dated January 15, 2019.

Exhibit 5:      January 10, 2019 Email from Steve Barber to Jake Kramer, et al.

Exhibit 6:      Table Identifying Johnson and Galloway Testimony with Corresponding
                Canopy 30(b)(6) Topics.

Exhibit 7:      Notice of Videotaped Deposition of Eddystone Rail Company, LLC.

Exhibit 8:      February 1, 2019 Email from Steve Barber to Jon Kelley, et al.


        I declare under penalty of perjury under the laws of the United States of America,

pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


 Dated February 1, 2019

                                            /s/ *Steven Barber*
                                            Steven Barber