IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> JULIO RIOS, JEREMY GAMBOA, BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, J.J. ADDISON PARTNERS, LLC, J.J. LIBERTY, LLC, BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER ENERGY, LLC, BRIDGER LAKE, LLC, BRIDGER LEASING, LLC, and BRIDGER MARINE, LLC, <br><br> Defendants, <br><br> BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P., <br><br> Defendants/Counterclaimants. | CIVIL ACTION <br><br> No. 17-495 |

### **ORDER**

**AND NOW**, this **13th** day of February, 2019, upon consideration of the Motion to Disqualify Plaintiff's Counsel filed by Defendants/Counterclaimants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (collectively, "BL/FG Defendants") (Doc. No. 264), Plaintiff Eddystone Rail Company, LLC's ("Eddystone")

Opposition to Defendants' Motion to Disqualify, BL/FG Defendants' Reply, and Eddystone's Sur-Reply, it is hereby **ORDERED** that the Motion to Disqualify is **DENIED**.

It is **FURTHER ORDERED** that BL/FG Defendants' request for limited discovery is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE