# Exhibit C

**John Christian**

---

| | |
|---|---|
| **From:** | Barber, Steve <SBarber@steptoe.com> |
| **Sent:** | Friday, February 01, 2019 10:15 AM |
| **To:** | Jon Kelley; Petts, Nick; Kent Krabill; Jeremy Fielding; Christian Orozco; Adrian Garcia; Greg Brassfield; Karyn Cooper |
| **Cc:** | Eddystone-Steptoe-EDPA; Eddystone Team; Henry Hank E. Hockeimer Jr. (hockeimerh@ballardspahr.com) (hockeimerh@ballardspahr.com); grugant@ballardspahr.com |
| **Subject:** | Canopy Deposition |

Jon –

Thanks for forwarding the amended Rule 30(b)(6) notice of deposition of Canopy.

We subsequently forwarded the amended notice to Canopy's counsel.

After reviewing the amended notice and the transcripts of Mr. Johnson's and Mr. Galloway's deposition testimony, ERC and Canopy continue to object to a Rule 30(b)(6) deposition of Canopy for all the reasons previously stated during the parties' meet and confer (i.e., the topics were already covered in Mr. Johnson's and Mr. Galloway's depositions).

Absent court order, Canopy will not produce a witness to testify concerning the topics in the amended notice.

Regards,

S.