**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, § § § *Plaintiff*, § v. § § BRIDGER LOGISTICS, LLC, JULIO § RIOS, JEREMY GAMBOA, § FERRELLGAS PARTNERS, L.P., § FERRELLGAS, L.P., BRIDGER § ADMINISTRATIVE SERVICES II, § LLC, BRIDGER MARINE, LLC, § BRIDGER RAIL SHIPPING, LLC, § BRIDGER REAL PROPERTY, LLC, § BRIDGER STORAGE, LLC, BRIDGER § SWAN RANCH, LLC, BRIDGER § TERMINALS, LLC, BRIDGER § TRANSPORTATION, LLC, BRIDGER § ENERGY, LLC, BRIDGER LEASING, § LLC, BRIDGER LAKE, LLC, J.J. § LIBERTY, LLC, J.J. ADDISON § PERTNERS, LLC, § § *Defendants*. § § | Civil Action No. 17-CV-00495 |

ORDER

AND NOW THIS _____ day of _____, 2019, in consideration of the Motion to Quash Rule 30(b)(6) Deposition Notice filed by Canopy Prospecting, Inc. and the opposition filed by Defendants Julio Rios and Jeremy Gamboa, and for good cause shown, it is hereby Ordered that the Motion is DENIED and Canopy Prospecting, Inc. shall present its witnesses in response to the Deposition Notice within 10 days of this Order.

BY THE COURT:

_____