# Exhibit 1

**Sloniewsky, Andrew**

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Friday, December 21, 2018 4:40 PM |
| **To:** | Adrian Garcia (agarcia@lynnllp.com) |
| **Cc:** | Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA |
| **Subject:** | Eddystone Privilege Log |

Adrian:

I have set forth below in ALL CAPS our comments regarding the issues you raise.  If the below explanations are not sufficient, we are open to having a call to discuss further.

Regards,

Andrew

**From:** Adrian Garcia [mailto:agarcia@lynnllp.com]
**Sent:** Friday, December 07, 2018 5:46 PM
**To:** Barber, Steve
**Cc:** Eddystone; Sloniewsky, Andrew; Kent Krabill; Petts, Nick; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; Agusti, Fil; Quinn-Barabanov, Jennifer; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake
**Subject:** Eddystone Privilege Log

Counsel,

After reviewing Eddystone's privilege log, we have identified several categories of documents that we believe Eddystone has misclassified as privileged.  Defendants request that Eddystone produce the following nonprivileged documents:

1. Documents and e-mails between Enbridge and Canopy related to the sale, transfer, or divestiture of Enbridge's interests in ERC, including related due diligence.  This includes any proposed sale to Bridger, Canopy, or any third party including Union Core America.
   o For example, in ERCEDPA00518180, Canopy's offer to purchase Enbridge's interests, attached to an e-mail from John Galloway to Vince Paradis regarding "Canopy's response to Enbridge offer to sell," is improperly withheld for privilege.  THIS DOCUMENT IS NOT ON OUR PRIVILEGE LOG.

      Also see ERCEDPA00519813: Erik Johnson asks Bryan Boaz and Vince Paradis to reinstate and update data room for Eddystone sale, including insurance documents.  Thus, any subsequent documents and communications related to Canopy's due diligence are not privileged.  THIS DOCUMENT WAS PROPERLY REDACTED.  THE REDACTED LANGUAGE IS A PRIVILEGED COMMUNICATION BETWEEN AN ENBRIDGE EMPLOYEE AND ENBRIDGE ATTORNEY REGARDING CANOPY'S REQUEST FOR A DATA ROOM.

2. Documents and e-mails between Enbridge and Canopy related to any legal or business dispute between the parties.
   o For example, in ERCEDPA00519515, Eddystone is claiming privilege over a communication sent from Canopy's outside counsel to Enbridge on the same day that Canopy sent Enbridge a letter articulating

several legal and business disputes.  THIS DOCUMENT WAS PROPERLY REDACTED.  THE FIRST EMAIL (FROM ANDY LEVINE TO CHRIS MCGLINCEY) PROVIDES AND REQUESTS INFORMATION INTENDED TO ENABLE THE PROVISION OF LEGAL ADVICE FOR THE PURPOSE OF FACILITATING THE PROPOSED ENBRIDGE-CANOPY DEAL, I.E., THE PARTIES' INTERESTS ARE ALIGNED IN THIS EMAIL.  THE OTHER REDACTED TEXT CONSISTS OF INTERNAL ENBRIDGE COMMUNICATIONS THAT ARE INTENDED TO FACILITATE THE PROVIDING OF LEGAL ADVICE, OR THAT SUMMARIZE PRIOR LEGAL ANALYSES AND DESCRIBE COMMUNICATIONS WITH ATTORNEYS SEEKING LEGAL ADVICE.

3.  Documents or internal e-mails between Enbridge employees discussing negotiation with Canopy, including discussions related to Canopy's offers to purchase Enbridge's interests or Enbridge's counteroffers or business or legal disputes between the parties.

    o   For example, in the unredacted portion of ERCEDPA00522579, Bryan Boaz asks Vince Paradis to provide feedback and approval regarding a response to Canopy's purchase offer.  While an attorney is involved in the prior e-mail chain, Eddystone's privilege description does not sufficiently describe how this communication is related to a request for legal advice, and that the in-house counsel involved is not merely providing business advice related to Canopy's offer.  Moreover, if this communication is in fact related to request for legal advice in responding to Canopy, this is further evidence that Canopy and Enbridge's interests are not aligned and any communications between them are not privileged.  THIS DOCUMENT WAS PROPERLY REDACTED.  THE REDACTED EMAILS REQUEST OR PROVIDE LEGAL ADVICE, OR SUPPLY FACTS NEEDED TO PERFORM LEGAL ANALYSIS, REGARDING THE LANGUAGE TO BE INCLUDED IN THE RESPONSE TO A CANOPY PURCHASE OFFER.

4.  Documents or internal e-mails among Enbridge employees related to collection, preparation, or production of information or documents to Canopy.

    o   For example, in ERCEDPA00522570, Bryan Boaz is forwarding "Canopy Prospecting's Formal Request to View Eddystone Financials" to Enbridge employees, and the unredacted portion of this e-mail indicates that Boaz asked the employees to provide or prepare financial documents pursuant to Canopy's request.  While an attorney is copied, the unredacted portions of this e-mail make clear that these communications are not pursuant to a request for legal advice. THIS DOCUMENT WAS PROPERLY REDACTED.  THE REDACTED PORTIONS ADDRESS LEGAL OBLIGATIONS OF ENBRIDGE RELATING TO THE CANOPY'S REQUEST FOR DOCUMENTS.   IT WAS THEREFORE PROPER TO REDACT THAT TEXT.

5.  Documents or e-mails between Enbridge and Canopy regarding Rios and Gamboa's resignation from FGP.

    o   For example, in ERCEDPA00450286, Erik Johnson forwards news of Rios and Gamboa's resignation to Paradis, Boaz, and McGlincey.  There is no request for legal advice; however, McGlincey's response is redacted in its entirety.  This is inappropriate.  THIS DOCUMENT WAS PROPERLY REDACTED.  CHRIS MCGLINCEY'S RESPONSE UPON RECEIVING NEWS OF RIOS AND GAMBOA'S RESIGNATION WAS TO DISCUSS A NUMBER OF LEGAL ISSUES WITH HIS INTERLOCUTORS REGARDING THE JAMEX ARBITRATION.  IT WAS APPROPRIATE TO REDACT THIS TEXT.

6.  Documents or e-mails between Canopy's and Enbridge's separate counsel, as well as documents or e-mails between Canopy or Enbridge's counsel and the other entity's employees, related to the sale of Enbridge's interests, or business or legal disputes between the parties.

    o   For example, in ERCEDPA00518890, Andrew Levine e-mails Chris McGlincey, forwarding an article related to the sale of Enbridge's interests in ERC.  The unredacted portion of this e-mail indicate that this communication is related to the sale; however, Eddystone is claiming privilege under the grounds that Mr. Levine or Mr. McGlincey is requesting legal advice.  Eddystone's description is deficient as it is not credible that Canopy's outside counsel is requesting legal advice from Enbridge's counsel.  Further, these direct communications between Canopy's outside counsel and Mr. McGlincey indicate that Mr.

McGlincey was operating in a business capacity regarding the sale of Enbridge's interests. THIS DOCUMENT WAS PROPERLY REDACTED. THE REDACTED LANGUAGE INCLUDES EXCHANGES OF FACTS INTENDED TO ENABLE MR. LEVINE TO PROVIDE LEGAL SERVICES THAT WOULD FACILITATE THE CLOSING OF A DEAL THAT BOTH PARTIES WANTED TO COMPLETE. THE REDACTED LANGUAGE DID NOT CONSTITUTE NEGOTIATIONS BY THE PARTIES AGAINST EACH OTHER.

- o   In another example, in ERCEDPA00530000 and ERCEDPA00529997, Galloway and Paradis indicate that Canopy's outside counsel, Stradley, has requested due diligence information from Enbridge and its outside counsel, Proskauer, in connection with the sale of Enbridge's interests. These types of communications are not privileged and should be produced. WE DID NOT MARK EITHER OF THESE DOCUMENTS AS PRIVILEGED.

7.  Documents or e-mails discussing the Canopy's Eddystone loan, the loan's valuation, and the offsetting value of the Bridger litigation.
    - o   For example, in ERCEDPA00520202, Eddystone has designated as privileged a communication between Enbridge employees related to the valuation of the Canopy loan related to Eddystone and the value of the Bridger litigation. Eddystone's privilege description indicates Eddystone is claiming privilege because the communication is "including" in-house counsel and is "requesting information necessary for the provision of legal advice." It is unclear from the privilege description and the unredacted portion of this e-mail why this communication is directly related to a request for legal advice. To the extent that this communication is related to the economic value of the Canopy loan or Bridger litigation in relation to the sale of Enbridge's interests, this communication is not privileged. THIS DOCUMENT WAS PROPERLY REDACTED. THE REDACTED PORTION ADDRESSES LEGAL ANALYSES REGARDING THE EDDYSTONE LOAN AND ITS EFFECT ON THE TAX CONSEQUENCES FLOWING FROM THE PROPOSED DEAL.

8.  Documents or e-mails for which Eddystone has provided the following privilege description: "providing information necessary for the provision of legal advice." We have identified at least 1700 documents with this description, and it is impossible to determine from this privilege description on what grounds Eddystone is claiming privilege. The vast majority of these e-mails merely copy an attorney, and it is not clear whether they are related to an actual request for legal advice. IF INFORMATION IS BEING PROVIDED TO AN ATTORNEY TO OBTAIN LEGAL ADVICE, SUCH COMMUNICATION IS PROPERLY MARKED AS PRIVILEGED. GENERALLY, ENTRIES IN OUR LOG THAT MENTION "PROVISION OF LEGAL ADVICE" EITHER IDENTIFY THE SUBJECT OF THE ADVICE, OR IT IS CLEAR THAT THE ENTRY REFERS TO A DOCUMENT THAT IS AN ATTACHMENT TO AN EMAIL, AND THE EMAIL'S OWN LOG ENTRY IDENTIFIES THE SUBJECT OF THE ADVICE. IS THERE SOME DOCUMENT THAT CAUSES RIOS/GAMBOA CONCERN?


NOTE, YOU SUGGEST AT SEVERAL POINTS IN YOUR EMAIL THAT CANOPY AND ENBRIDGE HAD NO COMMON INTEREST WHEN THEY WERE NEGOTIATING AGAINST EACH OTHER REGARDING THE SALE OF THE FACILITY. WE AGREE THAT LANGUAGE RELATING TO THE PARTIES' NEGOTIATIONS AGAINST EACH OTHER DO NOT EVIDENCE ALIGNED INTERESTS. AT THE SAME TIME THAT CANOPY AND ENBRIDGE IN NEGOTIATIONS, HOWEVER, THEIR INTERESTS WERE ALIGNED ON OTHER ISSUES, INCLUDING ISSUES ARISING FROM THE ONGOING OPERATION OF THE FACILITY. THUS, NOT ALL DOCUMENTS GENERATED DURING THE PERIOD OF THE PARTIES' NEGOTIATIONS EVIDENCE AN ABSENCE OF COMMON INTERESTS.

IF THERE ARE PARTICULAR OTHER DOCUMENTS THAT YOU WOULD LIKE TO DISCUSS, PLEASE LET US KNOW.

We are happy to confer with you regarding these issues at your earliest convenience; but, we ask that you notify us no later than **December 14, 2018** whether you will revise your privilege log and produce the nonprivileged documents.

**ADRIAN GARCIA**, Associate
**LynnPinkerCoxHurst**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
**lynnllp.com**

Direct    214 981 3802
**agarcia@lynnllp.com**

Exhibit 2

## Sloniewsky, Andrew

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Friday, January 11, 2019 4:04 PM |
| **To:** | Adrian Garcia (agarcia@lynnllp.com); Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA |
| **Subject:** | RE: Eddystone - Eddystone Privilege Log |

The password for the link addressed below is as follows:

w&VDf5#uL!dA4:AD

**From:** Sloniewsky, Andrew
**Sent:** Friday, January 11, 2019 4:01 PM
**To:** Adrian Garcia (agarcia@lynnllp.com); Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA
**Subject:** Eddystone - Eddystone Privilege Log

Counsel:

Yesterday, we had discussions with counsel for Rios/Gamboa regarding our privilege log.  At the end of those discussions, the parties agreed to consider further certain issues that had been raised.

Following additional analysis, Eddystone has decided to produce one of the documents that was addressed on the call that it had previously withheld (ERCEDPA00518181).  That document is accessible via the attached link, together with a cover email.  The document and email have been assigned new bates numbers (ERCEDPA00564880-883).  We are still considering other issues that were raised on the call yesterday.

I will circulate the password for these documents in a separate email.


Regards,

Andrew


**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com

## Steptoe

+1 202 429 6759 direct
+1 202 261 0621 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

1

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit 3

**Sloniewsky, Andrew**

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Monday, January 14, 2019 1:10 PM |
| **To:** | Adrian Garcia (agarcia@lynnllp.com); 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Eddystone-Steptoe-EDPA |
| **Subject:** | RE: Eddystone - Privilege Log |

The password for this production is as follows:

Password: TqqNW$42d::yQH:!

Regards,

Andrew

---

**From:** Sloniewsky, Andrew
**Sent:** Monday, January 14, 2019 1:09 PM
**To:** Adrian Garcia (agarcia@lynnllp.com); 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Eddystone-Steptoe-EDPA
**Subject:** Eddystone - Privilege Log

Counsel:

Pursuant to the discussions we had with Rios/Gamboa's counsel last Thursday and following further analysis, Eddystone has decided to produce an additional document addressed on the call that it had previously redacted (ERCEDPA00518890). An unredacted version of that document is accessible via the attached link, together with a non-substantive attachment (a law firm logo). The document and attachment have been assigned new bates numbers (ERCEDPA00564684 - ERCEDPA00564686). We are still considering other issues that were raised on the call.

I will circulate the password for these documents in a separate email.

Regards,

Andrew

Andrew J. Sloniewsky
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct
+1 202 261 0621 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit 4

## Sloniewsky, Andrew

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Thursday, January 24, 2019 3:07 PM |
| **To:** | Adrian Garcia (agarcia@lynnllp.com); Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Moon, Christine; Eddystone-Steptoe-EDPA |
| **Subject:** | Eddystone - Eddystone Privilege Log |

The password for the zip file is as follows:

s^4TcHQjM>UfD)BK

Regards,

Andrew

---

**From:** Sloniewsky, Andrew
**Sent:** Thursday, January 24, 2019 3:06 PM
**To:** Adrian Garcia (agarcia@lynnllp.com); 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Moon, Christine; Eddystone-Steptoe-EDPA
**Subject:** Eddystone - Eddystone Privilege Log

Counsel:

On January 10, we had discussions with counsel for Rios/Gamboa regarding our privilege log.  At the end of those discussions, the parties agreed to consider further certain issues that had been raised.

Following additional analysis, Eddystone has decided to eliminate a substantial portion of its redactions from three additional documents (ERCEDPA00519515, -17, and ERCEDPA00522570 ).  Those documents are included in the attached zip file.  The documents have now been assigned new bates numbers (ERCEDPA00564687-94).

I will circulate the password for the zip file in a separate email.

Regards,

Andrew

Andrew J. Sloniewsky
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct          Steptoe & Johnson LLP
+1 202 261 0621 fax            1330 Connecticut Avenue, NW
                               Washington, DC 20036
                               www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit 5

**Sloniewsky, Andrew**

| | |
|---|---|
| **From:** | Adrian Garcia <agarcia@lynnllp.com> |
| **Sent:** | Friday, January 18, 2019 9:54 AM |
| **To:** | Sloniewsky, Andrew; Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA |
| **Subject:** | RE: Eddystone - Privilege Log |

Hi Andrew,

Following up on our call regarding Eddystone's privilege log, I am sending additional representative examples that we think are problematic.

**First**, Eddystone appears to be aggressively classifying any information between corporate employees as privileged when an attorney is a recipient or is merely copied a communication between those employees. This is inappropriate because Eddystone has not sufficiently demonstrated that the primary purpose of these e-mails was to seek legal advice.

> The attorney-client privilege does not shield documents merely because they were transferred to or routed through an attorney. What would otherwise be routine, non-privileged communications between corporate officers or employees transacting the general business of the company do not attain privileged status solely because in-house or outside counsel is 'copied in' on correspondence or memoranda. Therefore, in order to successfully assert the attorney-client privilege, the corporation must clearly demonstrate that the communication in question was made for the express purpose of securing legal not business advice.

*Se. Pennsylvania Transp. Auth. v. Caremarkpcs Health, L.P.*, 254 F.R.D. 253, 259 (E.D. Pa. 2008). Moreover, communications in which a sender is seeking comments or review from numerous employees, including an attorney, are not privileged if the primary purpose is not to seek legal advice. *See In re Avandia Mktg., Sales Practices & Products Liab.*, 07-MD-01871-CMR, 2009 WL 4807253, at *4 (E.D. Pa. Oct. 2, 2009), report and recommendation adopted sub nom. *In re Avandia Mktg., Sales Practices & Products Liab. Litig.*, 07-MD-01871, 2009 WL 4641707 (E.D. Pa. Dec. 7, 2009) (communications not privileged when sent to thirteen employees for review, only of whom was an attorney, because primary purpose of e-mail was not the obtaining or giving of legal advice).

Examples:
- ERCEDPA00374183. Eddystone is redacting this entire e-mail and withholding its attachments as privileged. The privilege description states, "Confidential email communications to A. Levine providing information necessary for the provision of legal advice regarding Exelon environmental matters, and furthering a legal interest or strategy." While Mr. Levine is one of eight recipients on this e-mail, it does not appear that this e-mail from a third-party is primarily directed to Mr. Levine, let alone primarily for the provision of legal advice. The preceding e-mail is also redacted and Mr. Levine is once again just one of numerous recipients, and an e-mail attachment is withheld in its entirety despite the fact that Mr. Levine is not even a recipient.
- ERCEDPA00516580. Eddystone redacts a December 2016 communication from Bryan Boaz to Vince Paradis, only copying Chris McGlincey. The privilege description states, "Confidential email communication with C. McGlincey requesting legal advice regarding Eddystone sale discussions and furthering a legal interest or strategy." The unredacted e-mail is a response from Exelon regarding a request from Enbridge to enter into a Confidentiality

Agreement without Canopy.  Exelon responds that all communications must include Canopy.  Brian Boaz then forwards this response to Vince Paradis.  It does not appear that this communication is requesting legal advice.

- ERCEDPA00520286.  Eddystone redacts an April 2017 e-mail from John Galloway to Erik Johnson, copying Bryan Boaz, Chris McGlincey, and John Gauderman.  The e-mail appears to stem from a discussion between Delta, BioUrja, and Eddystone regarding business.  The privilege description states that this communication is "requesting information necessary for the provision of legal advice regarding Eddystone business matters and furthering a legal interest or strategy."  The description does not state who is requesting legal advice, or to whom they are making that request to.  It is also unlikely that this e-mail is primarily requesting legal advice.

**Second**, Eddystone uses the following privilege description in hundreds of instances: "Confidential email communications to A. Levine providing information necessary for the provision of legal advice regarding Exelon environmental matters, and furthering a legal interest or strategy."  This description is deficient for numerous reasons, but most especially because it does nothing to describe the nature of the legal advice either requested or provided, and could arguably include any and every communication sent or received by Eddystone – including communications with third parties.  These generic, unspecific descriptions will not suffice, nor do they comport with the standard Eddystone itself has insisted Defendants be held to.

**Third,** Eddystone is inappropriately claiming privilege over communications and documents transmitted from Enbridge to Canopy during sale negotiations.  There appear to have been numerous instances in which Enbridge and Canopy discussed and negotiated a potential sale of their interests in Eddystone, and those communications and any documents transmitted between the two parties cannot be privileged.  We have identified at least three timeframes during which Enbridge and Canopy engaged in sales negotiations: beginning in June 2014, August 2015, and November 2016.  The parties interests were adverse during these timeframes, thus, any communication between the parties cannot be privileged and all such emails should be produced.  A few representative examples are listed, below:

Examples:

- ERCEDPA00519814.  In this communication, occurring in November 2016, Erik Johnson is requesting the reinstatement of a data room so that Canopy and its investors can conduct due diligence regarding an acquisition of Enbridge's ownership interests.  Paradis replies asking for a list of data requests.  Yet, e-mail chains appearing to contain Canopy's data requests and communications with employees to fulfill those requests have been redacted: ERCEDPA00522570 and ERCEDPA00488517.  The privilege description states that these communications are "providing information necessary to obtain legal advice regarding ERC financials and furthering a legal interest or strategy."  However, again the underlying e-mail is not addressed to an attorney—it only copies an attorney, and it is clear from the unredacted e-mails that the primary purpose of this e-mail is not the provision of legal advice.
- ERCEDPA00517288.  This March 2017 e-mail from Erik Johnson to numerous recipients, only one of which is Chris McGlincey, is withheld in its entirety.  The privilege description states that it was provided to Mr. McGlincey for the provision of legal advice regarding agreement; but, the description does not state why this communication itself is privileged.  Based on the description, it appears that this was related to the negotiation of a sales agreement between Canopy and Enbridge, and thus the communication should not be withheld.

**Finally**, Eddystone is not distinguishing between Chris McGlincey's business and legal capacities stemming from his role in the Canopy sale negotiations.  It is clear from the e-mails cited above and in my previous e-mail that Mr. McGlincey had a significant role in both the negotiation with Canopy and providing business advice related to the terms of the sale.  "When an attorney offers business advice, instead of legal advice, to a client, the privilege does not apply." *Lewis v. United States*, 02-2958 B/AN, 2004 WL 3203121, at *2 (W.D. Tenn. Dec. 7, 2004), *aff'd*, 02-2958B, 2005 WL 1926655 (W.D. Tenn. June 20, 2005).  This is especially true when in house counsel serves as a negotiator on behalf of management.  *Georgia-Pac. Corp. v. GAF Roofing Mfg. Corp.*, 93 CIV. 5125 (RPP), 1996 WL 29392, at *4 (S.D.N.Y. Jan. 25, 1996) (holding that inhouse counsel who negotiated environmental provisions in a sale agreement is acting in a business capacity and communications between inhouse counsel and management regarding the interpretation of those

provisions, the status of those negotiations, the client's options, and weighing of tradeoffs constitute business advice not protected by attorney-client privilege).

Please let us know if you are willing to revise your privilege log regarding these deficiencies and produce these categories of documents before January 25th. If you would like to confer about these issues further, we are happy to have another call with you next week.

Thank you,
**ADRIAN GARCIA**, Associate
**LynnPinkerCoxHurst**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
**lynnllp.com**

Direct    214 981 3802
**agarcia@lynnllp.com**

---

**From:** Sloniewsky, Andrew [mailto:ASloniewsky@steptoe.com]
**Sent:** Monday, January 14, 2019 12:10 PM
**To:** Adrian Garcia <agarcia@lynnllp.com>; Eddystone <Eddystone@lynnllp.com>; Kent Krabill <kkrabill@lynnllp.com>; 'jnegovan@griesinglaw.com'; Jeremy Fielding <jfielding@lynnllp.com>; Jon Kelley <jkelley@lynnllp.com>; Christian Orozco <corozco@lynnllp.com>; Richard L. Scheff <RLScheff@ArmstrongTeasdale.com>; Michael Witsch <MWitsch@ArmstrongTeasdale.com>; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team <EddystoneTeam@bryancave.com>; Kramer, Jake <jake.kramer@bclplaw.com>; Eddystone-Steptoe-EDPA <Eddystone-Steptoe-EDPA@Steptoe.com>
**Subject:** RE: Eddystone - Privilege Log

The password for this production is as follows:

Password: TqqNW$42d::yQH:!

Regards,

Andrew

---

**From:** Sloniewsky, Andrew
**Sent:** Monday, January 14, 2019 1:09 PM
**To:** Adrian Garcia (agarcia@lynnllp.com); 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Eddystone-Steptoe-EDPA
**Subject:** Eddystone - Privilege Log

Counsel:

Pursuant to the discussions we had with Rios/Gamboa's counsel last Thursday and following further analysis, Eddystone has decided to produce an additional document addressed on the call that it had previously redacted (ERCEDPA00518890). An unredacted version of that document is accessible via the attached link, together with a non-substantive attachment (a law firm logo). The document and attachment have been assigned new bates numbers (ERCEDPA00564684 - ERCEDPA00564686). We are still considering other issues that were raised on the call.

I will circulate the password for these documents in a separate email.

Regards,

Andrew

**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct     Steptoe & Johnson LLP
+1 202 261 0621 fax         1330 Connecticut Avenue, NW
                              Washington, DC 20036
                              www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

Exhibit 6

**Sloniewsky, Andrew**

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Thursday, January 31, 2019 2:41 PM |
| **To:** | 'Adrian Garcia'; 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Eddystone-Steptoe-EDPA |
| **Subject:** | RE: Eddystone - Privilege Log |

As promised the password for this production is as follows:

meVK[8GHv]h-z.B>

---

**From:** Sloniewsky, Andrew
**Sent:** Thursday, January 31, 2019 2:40 PM
**To:** 'Adrian Garcia'; 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Eddystone-Steptoe-EDPA
**Subject:** Eddystone - Privilege Log

Counsel:

In response to Adrian Garcia's email of January 18, 2019, we have decided to produce without redactions four of the documents that he identified.  The unredacted versions of the documents have the following new bates numbers: ERCEDPA00564695-717.  A link to the documents is below.  I will send the password to access documents in a separate email shortly.

Regards,

Andrew


**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct
+1 202 261 0621 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit 7

**Sloniewsky, Andrew**

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Monday, February 04, 2019 7:50 PM |
| **To:** | Adrian Garcia; Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA |
| **Subject:** | Eddystone - Privilege Log |

Adrian:

In addition to the several documents that we produced on January 31, we will produce in the next day or so another document that you identified, ERCEDPA00517288.

With respect to other points you make in your January 18 email, we agree with your general descriptions of the rules of privilege. We also agree in particular that, if a communication between Enbridge and Canopy addresses issues over which -- at that time – the parties were negotiating against each other, the document should not be marked as privileged.

Eddystone rejects, however, your suggestion that it has failed to comply with the applicable privilege rules. Moreover, Eddystone cannot respond to your claims of violations without more specificity. In particular, Eddystone needs to know what particular other documents you believe were incorrectly marked as privileged, and what particular Eddystone privilege log entries you believe are insufficient and why. You assert that one log entry could apply to any communication by Eddystone, but that is clearly incorrect – the entry describes the subject communication as relating to "Exelon environmental matters", and specifies the date of, and individuals involved in, the discussions.

We are open to further addressing any particular documents and log entries that you consider problematic if you identify them with specificity. Our responsiveness during the meet and confer process shows that when Defendants present specific arguments linked to specific documents, we take their position seriously and respond in good faith. In selecting documents and entries for additional consideration, we suggest that you focus on particular time periods that are especially significant to Defendants, as this is the approach that Eddystone has followed in deciding which of Defendants' privilege assertions to focus on.

Let us know if you would like to discuss these issues further.

Regards,

Andrew

**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct
+1 202 261 0621 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Adrian Garcia [mailto:agarcia@lynnllp.com]
**Sent:** Friday, February 01, 2019 6:09 PM
**To:** Sloniewsky, Andrew; Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA
**Subject:** RE: Eddystone - Privilege Log

Hi Andrew,

I just want to confirm that this is your full response to my e-mail on January 18, 2019.  If that is the case, can I assume that ERC disagrees with our position on the issues we have raised, and that the parties are at an impasse?

**ADRIAN GARCIA**, Associate
**LynnPinkerCoxHurst**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
**lynnllp.com**

Direct    214 981 3802
**agarcia@lynnllp.com**

**From:** Sloniewsky, Andrew [mailto:ASloniewsky@steptoe.com]
**Sent:** Thursday, January 31, 2019 1:41 PM
**To:** Adrian Garcia <agarcia@lynnllp.com>; Eddystone <Eddystone@lynnllp.com>; Kent Krabill <kkrabill@lynnllp.com>; 'jnegovan@griesinglaw.com'; Jeremy Fielding <jfielding@lynnllp.com>; Jon Kelley <jkelley@lynnllp.com>; Christian Orozco <corozco@lynnllp.com>; Richard L. Scheff <RLScheff@ArmstrongTeasdale.com>; Michael Witsch <MWitsch@ArmstrongTeasdale.com>; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team <EddystoneTeam@bryancave.com>; Kramer, Jake <jake.kramer@bclplaw.com>; Eddystone-Steptoe-EDPA <Eddystone-Steptoe-EDPA@Steptoe.com>
**Subject:** RE: Eddystone - Privilege Log

As promised the password for this production is as follows:

meVK[8GHv]h-z.B>

**From:** Sloniewsky, Andrew
**Sent:** Thursday, January 31, 2019 2:40 PM
**To:** 'Adrian Garcia'; 'Eddystone'; 'Kent Krabill'; 'jnegovan@griesinglaw.com'; 'Jeremy Fielding'; 'Jon Kelley'; 'Christian Orozco'; 'Richard L. Scheff'; 'Michael Witsch'; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; 'Eddystone Team'; 'Kramer, Jake'; Eddystone-Steptoe-EDPA
**Subject:** Eddystone - Privilege Log

Counsel:

In response to Adrian Garcia's email of January 18, 2019, we have decided to produce without redactions four of the documents that he identified.  The unredacted versions of the documents have the following new bates numbers: ERCEDPA00564695-717.  A link to the documents is below.  I will send the password to access documents in a separate email shortly.

Regards,

Andrew

**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct
+1 202 261 0621 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit 8

**Sloniewsky, Andrew**

| | |
|---|---|
| **From:** | Sloniewsky, Andrew |
| **Sent:** | Wednesday, February 06, 2019 6:11 PM |
| **To:** | Adrian Garcia; Eddystone; Kent Krabill; 'jnegovan@griesinglaw.com'; Jeremy Fielding; Jon Kelley; Christian Orozco; Richard L. Scheff; Michael Witsch; 'Theodore@braunhagey.com'; 'hockeimerh@ballardspahr.com'; 'grugant@ballardspahr.com'; Eddystone Team; Kramer, Jake; Eddystone-Steptoe-EDPA |
| **Subject:** | Eddystone - Additional production |
| **Attachments:** | Attachments.html |

Adrian:

As promised, attached is a link to another document you identified in your January 18 email, ERCEDPA00517288, as well as an attachment to it.  The bates range for this production is as follows: ERCEDPA00564718 - ERCEDPA00564720

The password for this production is

PW: %XrSMb!^wm!]pM9^

---

| Citrix Attachments | Expires March 8, 2019 |
|---|---|
| ERCEDPA016.zip | 299.7 KB |



Download Attachments

---

Regards,

Andrew

**Andrew J. Sloniewsky**
Of Counsel
ASloniewsky@steptoe.com

# Steptoe

+1 202 429 6759 direct      Steptoe & Johnson LLP
+1 202 261 0621 fax          1330 Connecticut Avenue, NW
                                        Washington, DC 20036
                                        www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit 9
## Filed under Seal

# Exhibit 10
## Filed under Seal

# Exhibit 11
## Filed under Seal

# Exhibit 12
## Filed under Seal

# Exhibit 13
## Filed under Seal

# Exhibit 14

| Log Doc ID | Log Parent ID | Family Date | Attachment(s) | Description | Privileges Asserted | Associated Legal Personnel | Email From/Author | Email To | Email CC | Email BCC |
|---|---|---|---|---|---|---|---|---|---|---|
| PLID_000001 | PLID_000001 | 09/03/2015 | | Document prepared by counsel containing confidential impressions of counsel regarding securities filing questionnaire. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000002 | PLID_000002 | 07/22/2015 | | Draft document prepared by counsel containing confidential legal advice regarding discussion of joint venture. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000003 | PLID_000003 | 09/15/2015 | | Draft meeting materials prepared by counsel containing confidential impressions of counsel regarding board presentation. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000004 | PLID_000004 | 09/21/2015 | | Draft contract prepared by counsel containing confidential legal advice regarding oil facility proposal letter. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000005 | PLID_000005 | 09/21/2015 | | Draft document prepared by counsel containing confidential legal advice regarding review of proposal letter. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000006 | PLID_000006 | 09/21/2015 | | Draft contract prepared by counsel containing confidential legal advice regarding oil facility proposal letter. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000007 | PLID_000007 | 09/22/2015 | | Draft contract prepared by counsel containing confidential legal advice regarding services agreement amendment. | Attorney Client Privilege | Bridger Counsel* | | | | |
| PLID_000008 | PLID_000008 | 09/22/2015 | | Document prepared by counsel containing confidential legal advice regarding opposition response letter. | Attorney Client Privilege | Fielding, Jeremy A.* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PLID_000009 | PLID_000009 | 09/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding review of proposal letter. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000010 | PLID_000010 | 10/02/2015 | Document prepared by counsel containing confidential legal advice regarding lease agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000011 | PLID_000011 | 10/13/2015 | Draft document prepared by counsel containing confidential legal advice regarding disclosure notice. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000012 | PLID_000012 | 09/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding services agreement amendment. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000013 | PLID_000013 | 10/07/2015 | Draft contract prepared by counsel containing confidential legal advice regarding services agreement amendment. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000014 | PLID_000014 | 10/07/2015 | Draft contract prepared by counsel containing confidential legal advice regarding amendment to services agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000015 | PLID_000015 | 09/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding review of proposal letter. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000016 | PLID_000016 | 09/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding review of proposal letter. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000017 | PLID_000017 | 10/06/2015 | Contract prepared by counsel containing confidential legal advice regarding amendment to transportation agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000018 | PLID_000018 | 09/30/2013 | Draft contract prepared by counsel containing confidential legal advice regarding purchase and sale agreement. | Attorney Client Privilege | Bridger Counsel* |

| | | Date | Description | Privilege | Counsel |
|---|---|---|---|---|---|
| PLID_000019 | PLID_000019 | 05/10/2013 | Draft contract prepared by counsel containing confidential legal advice regarding purchase agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000020 | PLID_000020 | 10/23/2013 | Draft document prepared by counsel containing confidential legal advice regarding issues list. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000021 | PLID_000021 | 05/07/2013 | Draft contract prepared by counsel containing confidential legal advice regarding rail facility services agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000022 | PLID_000022 | 11/22/2013 | Draft contract prepared by counsel reflecting confidential legal advice regarding loan proposal. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000023 | PLID_000023 | 04/22/2013 | Draft document prepared by counsel reflecting confidential legal advice regarding potential transaction. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000024 | PLID_000024 | 05/14/2013 | Draft contract prepared by counsel containing confidential legal advice regarding purchase agreement. | Attorney Client Privilege | Baker Botts LLP* |
| PLID_000025 | PLID_000025 | 10/12/2013 | Draft contract prepared by counsel containing confidential legal advice regarding lease agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000026 | PLID_000026 | 10/11/2013 | Draft document prepared by counsel containing confidential legal advice regarding intermediation term sheet. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000027 | PLID_000027 | 11/18/2013 | Draft contract prepared by counsel containing confidential legal advice regarding intermediation structure term sheet. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000028 | PLID_000028 | 11/18/2013 | Draft contract prepared by counsel containing confidential legal advice regarding intermediation structure term sheet. | Attorney Client Privilege | Bridger Counsel* |

| ID | Date | Description | Privilege | Entity |
|---|---|---|---|---|
| PLID_000029 | 11/18/2013 | Draft contract prepared by counsel containing confidential legal advice regarding intermediation structure. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000030 | 12/08/2015 | Draft document prepared by client personnel containing confidential impressions of counsel regarding quarterly earnings report script. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000031 | 12/08/2015 | Draft document prepared by client personnel containing confidential impressions of counsel regarding quarterly earnings script. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000032 | 12/06/2015 | Draft document prepared by client personnel reflecting confidential legal advice regarding presentation. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000033 | 11/03/2015 | Draft contract prepared by counsel containing confidential legal advice regarding tripartite agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000034 | 11/03/2015 | Draft contract prepared by counsel containing confidential legal advice regarding tripartite agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000035 | 12/07/2015 | Draft document prepared by client personnel reflecting confidential legal advice regarding presentation. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000036 | 01/11/2016 | Draft contract prepared by counsel containing confidential legal advice regarding crude oil supply agreement side letter. | Attorney Client Privilege | Akin Gump* |
| PLID_000037 | 12/29/2015 | Draft contract prepared by counsel containing confidential legal advice regarding crude oil supply agreement amendment. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000038 | 01/11/2016 | Draft contract prepared by counsel containing confidential legal advice regarding crude oil supply agreement side letter. | Attorney Client Privilege | Akin Gump* |

| PLID_000039 | PLID_000039 | 01/02/2014 | Draft contract prepared by counsel containing confidential legal advice regarding guaranty agreement. | Attorney Client Privilege | Stroock & Stroock & Lavan LLP* |
| PLID_000040 | PLID_000040 | 10/08/2013 | Document prepared by counsel containing confidential legal advice regarding summary of entity restructuring. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000041 | PLID_000041 | 01/02/2014 | Draft contract prepared by counsel containing confidential legal advice regarding schedule to master agreement. | Attorney Client Privilege | Stroock & Stroock & Lavan LLP* |
| PLID_000042 | PLID_000042 | 10/11/2013 | Draft contract prepared by counsel containing confidential legal advice regarding intermediation term sheet. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000043 | PLID_000043 | 10/29/2013 | Draft document prepared by counsel reflecting confidential legal advice regarding the proposed acquisition of assets. Presentation prepared by client personnel reflecting confidential legal advice regarding presentation. | Attorney Client Privilege | Carpenter, Charlie* |
| PLID_000044 | PLID_000044 | 09/16/2016 | Draft contract prepared by counsel containing confidential legal advice regarding assignment and assumption agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000045 | PLID_000045 | 06/18/2015 | Draft contract prepared by counsel containing confidential legal advice regarding redemption agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000046 | PLID_000046 | 06/16/2015 | Draft contract prepared by counsel containing confidential legal advice regarding consent and amendment agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000047 | PLID_000047 | 06/16/2015 | | Attorney Client Privilege | Stroock & Stroock & Lavan LLP* |

| | | | | | |
|---|---|---|---|---|---|
| PLID_000048 | PLID_000048 | 06/18/2015 | Draft contract prepared by counsel containing confidential legal advice regarding assignment and assumption agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000049 | PLID_000049 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000050 | PLID_000050 | 06/19/2015 | Draft contract prepared by counsel containing confidential legal advice regarding purchase and sale agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000051 | PLID_000051 | 06/16/2015 | Draft contract prepared by counsel containing confidential legal advice regarding assignment and assumption agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000052 | PLID_000052 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000053 | PLID_000053 | 06/18/2015 | Contract prepared by counsel containing confidential legal advice regarding redemption agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000054 | PLID_000054 | 05/29/2015 | Draft contract prepared by counsel containing confidential legal advice regarding disclosure schedules to purchase and sale agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000055 | PLID_000055 | 06/18/2015 | Draft contract prepared by counsel containing confidential legal advice regarding assignment and assumption agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000056 | PLID_000056 | 06/24/2015 | Draft contract prepared by counsel containing confidential legal advice regarding payoff letters. | Attorney Client Privilege | Bridger Counsel* |

| | | | | | |
|---|---|---|---|---|---|
| PLID_000057 | PLID_000057 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000058 | PLID_000058 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding pro forma update. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000059 | PLID_000059 | 06/17/2015 | Draft contract prepared by counsel containing confidential legal advice regarding payoff letter agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000060 | PLID_000060 | 06/18/2015 | Draft contract prepared by counsel containing confidential legal advice regarding disclosure schedules to purchase and sale agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000061 | PLID_000061 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000062 | PLID_000062 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding payoff letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000063 | PLID_000063 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding pay off agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000064 | PLID_000064 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding supplemental letter to purchase agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000065 | PLID_000065 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding letter of intent agreement. | Attorney Client Privilege | Bridger Counsel* |

| | | Date | Description | Privilege | Author |
|---|---|---|---|---|---|
| PLID_000066 | PLID_000066 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding payoff letters. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000067 | PLID_000067 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding side letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000068 | PLID_000068 | 06/18/2015 | Draft document prepared by counsel containing confidential legal advice regarding working capital update. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000069 | PLID_000069 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding side letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000070 | PLID_000070 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding employee side letter agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000071 | PLID_000071 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding employee side letter agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000072 | PLID_000072 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding side letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000073 | PLID_000073 | 06/18/2015 | Draft document prepared by counsel containing confidential legal advice regarding consent letter. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000074 | PLID_000074 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding payoff letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000075 | PLID_000075 | 06/16/2015 | Contract prepared by counsel containing confidential legal advice regarding letter agreement. | Attorney Client Privilege | Bridger Counsel* |

| | | | | | |
|---|---|---|---|---|---|
| PLID_000076 | PLID_000076 | 06/20/2015 | Draft contract prepared by counsel containing confidential legal advice regarding assignment and assumption agreement. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000077 | PLID_000077 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000078 | PLID_000078 | 06/19/2015 | Draft document prepared by counsel containing confidential legal advice regarding project checklist. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000079 | PLID_000079 | 06/19/2015 | Draft document prepared by counsel containing confidential legal advice regarding project checklist. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000080 | PLID_000080 | 06/17/2015 | Draft document prepared by client personnel containing confidential impressions of counsel regarding working capital update. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000081 | PLID_000081 | 06/17/2015 | Draft contract prepared by counsel containing confidential legal advice regarding pay off agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000082 | PLID_000082 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding side letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000083 | PLID_000083 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding services agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000084 | PLID_000084 | 06/15/2015 | Draft document prepared by counsel containing confidential legal advice regarding closing checklist. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000085 | PLID_000085 | 06/21/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |

| | | | | | |
|---|---|---|---|---|---|
| PLID_000086 | PLID_000086 | 06/22/2015 | Draft contract prepared by counsel containing confidential legal advice regarding side letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000087 | PLID_000087 | 06/19/2015 | Draft contract prepared by counsel containing confidential legal advice regarding pay off letters. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000088 | PLID_000088 | 06/19/2015 | Contract prepared by counsel containing confidential legal advice regarding assignment and assumption agreement. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000089 | PLID_000089 | 06/20/2015 | Draft document prepared by counsel containing confidential legal advice regarding project checklist. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000090 | PLID_000090 | 06/16/2015 | Draft document prepared by client personnel containing confidential impressions of counsel regarding human resources issues. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000091 | PLID_000091 | 06/19/2015 | Draft document prepared by client personnel containing confidential impressions of counsel regarding payoff letter. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000092 | PLID_000092 | 06/21/2015 | Draft contract prepared by counsel containing confidential legal advice regarding letter agreement. | Attorney Client Privilege | Akin Gump* |
| PLID_000093 | PLID_000093 | 06/19/2015 | Draft document prepared by client personnel containing confidential impressions of counsel regarding payoff letter. | Attorney Client Privilege | Bridger Counsel* |
| PLID_000094 | PLID_000094 | 06/20/2015 | Draft document prepared by counsel containing confidential legal advice regarding funds flow memorandum. | Attorney Client Privilege | Latham & Watkins LLP* |
| PLID_000095 | PLID_000095 | 06/21/2015 | Document prepared by counsel containing confidential legal advice regarding written consent agreement. | Attorney Client Privilege | Bridger Counsel* |

| Doc ID | Date | # | Description | Privilege | From | To | CC | Other |
|---|---|---|---|---|---|---|---|---|
| PLID_000270 | 04/25/2016 | | Email Communication sent from client personnel to counsel seeking confidential legal advice regarding review of term sheets (with attachment(s)). | Attorney Client Privilege | Cross, Christopher*; Lee, Troy S.* | Rios, Julio E. | Rios, Julio E. | |
| PLID_000271 | 04/19/2016 | 2 | Email Communication sent from counsel to client personnel containing confidential legal advice regarding crude oil supply agreement and transfer. | Attorney Client Privilege | Goodgame, John T.* | Goodgame, John T.* | Rios, Julio E. | |
| PLID_000272 | 04/14/2016 | | Email Communication sent from client personnel to counsel reflecting confidential legal advice regarding status of payments due in accordance to supply agreement. | Attorney Client Privilege | Hampton, Trent* | Wambold, Steve | Hampton, Trent*; Rios, Julio E. | |
| PLID_000273 | 04/17/2016 | 2 | Email Communication transmitted among client personnel containing confidential legal advice regarding a transaction document list (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Rios, Julio E. | Gamboa, Jeremy; Rios, Julio E. | |
| PLID_000274 | 04/16/2016 | | Email Communication sent from client personnel to counsel providing information for the purpose of obtaining confidential legal advice regarding agreement. | Attorney Client Privilege | Hampton, Trent* | Soiefer, Todd | Wambold, Steve | |
| PLID_000275 | 04/19/2016 | | Email Communication sent from counsel to client personnel seeking confidential legal advice regarding oil supply agreement. | Attorney Client Privilege | Adams, Grant*; Hampton, Trent* | Hampton, Trent* | Rios, Julio E. | |
| PLID_000276 | 04/13/2016 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding a payment. | Attorney Client Privilege | Hampton, Trent* | Hampton, Trent* | Rios, Julio E. | Hampton, Trent*; Gamboa, Jeremy; Rios, Julio E. |

| Bates | Bates | Date | Description | Privilege | | | | |
|---|---|---|---|---|---|---|---|---|
| PLID_000277 | PLID_000277 | 04/16/2016 | Email Communication sent from client personnel to counsel seeking confidential legal advice regarding oil supply agreement. | Attorney Client Privilege | Hampton, Trent* | Wambold, Steve | Soiefer, Todd | Hampton, Trent*; Gamboa, Jeremy; Rios, Julio E. |
| PLID_000278 | PLID_000278 | 04/11/2016 | Email Communication sent from client personnel to counsel containing confidential legal advice regarding amendments to supply agreement. | Attorney Client Privilege | Hampton, Trent* | Soiefer, Todd | Hampton, Trent**; Rios, Julio E.; Wambold, Steve | Gamboa, Jeremy |
| PLID_000279 | PLID_000279 | 04/11/2016 | Email Communication sent from counsel to client personnel containing confidential legal advice regarding amendments to supply agreement. | Attorney Client Privilege | Hampton, Trent* | Hampton, Trent* | Rios, Julio E.; Wambold, Steve | Gamboa, Jeremy; Soiefer, Todd |
| PLID_000280 | PLID_000280 | 04/11/2016 | Email Communication sent from counsel to client personnel containing confidential legal advice regarding crude oil supply agreement payment. | Attorney Client Privilege | Hampton, Trent* | Hampton, Trent* | Rios, Julio E.; Soiefer, Todd; Wambold, Steve | Gamboa, Jeremy |
| PLID_000281 | PLID_000281 | 07/05/2016 | 2 | Email sent from counsel to client personnel containing confidential legal advice regarding trade agreement (with attachment(s)). | Attorney Client Privilege | Knapp, Patrick M.* | Knapp, Patrick M.* | Grossi, Guillermo | Adams, Grant*; Ballengee, James H.; Gamboa, Jeremy; Rios, Julio E.; Seline, Jonna |
| PLID_000282 | PLID_000282 | 11/25/2015 | Email Communication transmitted among client personnel requesting information for the purpose of rendering confidential legal advice regarding deal negotiations. | Attorney Client Privilege | Adams, Grant* | Jilla, Vispi N. | Soiefer, Todd | |
| PLID_000283 | PLID_000283 | 11/13/2015 | Email Communication sent from counsel to client personnel seeking confidential legal advice regarding analysis of payment agreement. | Attorney Client Privilege | Hampton, Trent* | Hampton, Trent* | Soiefer, Todd | Gamboa, Jeremy; Rios, Julio E. |

| Bates Begin | Bates End | Date | # | Description | Privilege Type | From | To | CC | Additional Recipients |
|---|---|---|---|---|---|---|---|---|---|
| PLID_000284 | PLID_000284 | 11/16/2015 | 1 | Email Communication sent from client personnel to counsel seeking confidential legal advice regarding vendor negotiations (with attachment(s)). | Attorney Client Privilege | Hampton, Trent* | Soiefer, Todd | Hampton, Trent* | Rios, Julio E. |
| PLID_000285 | PLID_000285 | 11/11/2015 | 1 | Email Communication sent from counsel to client personnel containing confidential legal advice regarding employment matters (with attachment(s)). | Attorney Client Privilege | Hampton, Trent* | Soiefer, Todd | Gamboa, Jeremy; Rios, Julio E. | |
| PLID_000286 | PLID_000286 | 11/12/2015 | | Email Communication transmitted among client personnel seeking confidential legal advice regarding mailing address for entity common unit certificates. | Attorney Client Privilege | Hampton, Trent*; Lee, Troy S.* | Soiefer, Todd | Gamboa, Jeremy; Rios, Julio E. | |
| PLID_000287 | PLID_000287 | 11/10/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding supply agreement analysis. | Attorney Client Privilege | Hampton, Trent*; Tyler, Rebecca L.* | Soiefer, Todd | Herrold, Jack; Ruisinger, Bill | |
| PLID_000288 | PLID_000288 | 11/12/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding entity's debit authority with agreement. | Attorney Client Privilege | Hampton, Trent* | Hampton, Trent* | Soiefer, Todd | Hampton, Trent*; Gamboa, Jeremy; Heitman, Alan; Rios, Julio E.; Seline, Jonna; Gamboa, Jeremy; Heitman, Alan; Ramsey, Bonnie; Rios, Julio E. |
| PLID_000289 | PLID_000289 | 11/13/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding analysis of payment agreement. | Attorney Client Privilege | Hampton, Trent* | Hampton, Trent* | Soiefer, Todd | Gamboa, Jeremy; Rios, Julio E. |

| Bates ID | Date | Attach. | Description | Privilege | | | | |
|---|---|---|---|---|---|---|---|---|
| PLID_000290 | 11/10/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding supply agreement analysis. | Attorney Client Privilege | Hampton, Trent*; Tyler, Rebecca L.* | Seline, Jonna | Herrold, Jack; Ruisinger, Bill; Soiefer, Todd | Hampton, Trent*; Gamboa, Jeremy; Heitman, Alan; Rios, Julio E. |
| PLID_000291 | 08/04/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding financial agreement negotiations. | Attorney Client Privilege | Hampton, Trent*; Lee, Troy S.* | Lee, Troy S.* | Hampton, Trent*; Soiefer, Todd | Lee, Troy S.*; Gamboa, Jeremy; Heitman, Alan; Jilla, Vispi N.; Rios, Julio E. |
| PLID_000292 | 08/04/2015 | | Email Communication transmitted among counsel and client personnel containing confidential legal advice regarding review of intermediation agreement. | Attorney Client Privilege | Hampton, Trent*; Lee, Troy S.* | Soiefer, Todd | Hampton, Trent** | |
| PLID_000293 | 08/03/2015 | 1 | Email Communication transmitted among counsel and client personnel containing confidential legal advice regarding review and analysis of shared services agreement (with attachment(s)). | Attorney Client Privilege | Hampton, Trent*; Lee, Troy S.* | Hampton, Trent* | Soiefer, Todd | Rios, Julio E. |
| PLID_000294 | 08/03/2015 | | Email Communication sent from counsel to client personnel requesting information for the purpose of rendering confidential legal advice regarding review of working capital. | Attorney Client Privilege | Lee, Troy S.* | Lee, Troy S.* | Jilla, Vispi N.; Rios, Julio E. | Gamboa, Jeremy |
| PLID_000295 | 08/04/2015 | 1 | Email Communication transmitted among counsel and client personnel providing information for the purpose of obtaining confidential legal advice regarding debt (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Kotov, Tanya | Lee, Troy S.*; Foundoulakis, Chrissie | Kelly, Patrick; Rios, Julio E. |

| | | | | | | |
|---|---|---|---|---|---|---|
| PLID_000296 | PLID_000296 | 08/04/2015 | 1 | Email Communication sent from client personnel to counsel requesting information for the purpose of rendering confidential legal advice regarding review and analysis of purchase and sale agreement (with attachment(s)). | Attorney Client Privilege | Knapp, Patrick M.*; Lee, Troy S.* | Grossi, Guillermo M.*; Lee, Troy S.* | Knapp, Patrick | Gamboa, Jeremy; Giannini, Daniel; Rios, Julio E. |
| PLID_000297 | PLID_000297 | 07/30/2015 | 1 | Email sent from counsel to client personnel containing confidential legal advice regarding employment agreement (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Rios, Julio E. | | |
| PLID_000298 | PLID_000298 | | | Email Communication sent from counsel to client personnel requesting information for the purpose of rendering confidential legal advice regarding review of intermediation agreement. | | | | | Gamboa, Jeremy; Heitman, Alan; Jilla, Vispi N.; Rios, Julio E.; Soiefer, Todd |
| PLID_000298 | PLID_000298 | 08/04/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding intermediation agreement (with attachment(s)). | Attorney Client Privilege | Hampton, Trent*; Lee, Troy S.* | Hampton, Trent* | Lee, Troy S.* | |
| PLID_000299 | PLID_000299 | 07/31/2015 | 2 | Email Communication sent from counsel to client personnel providing information for the purpose of obtaining confidential legal advice regarding acquisition discussions. | Attorney Client Privilege | Lee, Troy S.* | Lee, Troy S.* | Gamboa, Jeremy; Rios, Julio E. | |
| PLID_000300 | PLID_000300 | 07/29/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding acquisition discussions. | Attorney Client Privilege | Lee, Troy S.* | Gamboa, Jeremy | Lee, Troy S.* | Giannini, Daniel; Nicely, Dion; Rios, Julio E. |
| PLID_000301 | PLID_000301 | 07/29/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding acquisition discussions. | Attorney Client Privilege | Lee, Troy S.* | Gamboa, Jeremy | Julio E. | Giannini, Daniel; Nicely, Dion; Rios, |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLID_000302 | PLID_000302 | 07/30/2015 | 1 | Email Communication sent from client personnel to counsel reflecting confidential legal advice regarding acquisition financials (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Jilla, Vispi N. | | Lee, Troy S.*; Gamboa, Jeremy; Rios, Julio E. |
| PLID_000303 | PLID_000303 | 08/03/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding working capital. | Attorney Client Privilege | Lee, Troy S.* | Jilla, Vispi N. | | Lee, Troy S.*; Gamboa, Jeremy; Rios, Julio E. |
| PLID_000304 | PLID_000304 | 04/14/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding asset sale. | Attorney Client Privilege | Carpenter, Charlie*; Lee, Troy S.* | Lee, Troy S.* | Rios, Julio E.; Tekkora, Baran | Carpenter, Charlie*; Sailors, Daniel G.; Ward, Andrew; Zsitvay, Kiel H. |
| PLID_000305 | PLID_000305 | 04/10/2015 | 1 | Email Communication sent from client personnel to counsel seeking confidential legal advice regarding proposed acquisition (with attachment(s)). | Attorney Client Privilege | Bauer, Eric T.*; Lee, Troy S.* | Wong, Alyssa | Lee, Troy S.*; Fitzgerald, William; Jilla, Vispi N.; Kelly, Patrick; Rios, Julio E.; Seline, Jonna; Strong, Ray | Bauer, Eric T.*; Gamboa, Jeremy; King, Tanner |
| PLID_000306 | PLID_000306 | 07/30/2015 | 1 | Email Communication sent from client personnel to counsel seeking confidential legal advice regarding employment agreement (with attachment(s)). | Attorney Client Privilege | Hampton, Trent*; Lee, Troy S.* | Soiefer, Todd | Hampton, Trent* | Rios, Julio E.; Lee, Troy S.*; Gamboa, Jeremy; Kelly, Patrick |
| PLID_000307 | PLID_000307 | 07/27/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding working capital. | Attorney Client Privilege | Lee, Troy S.* | Jilla, Vispi N. | | Ballengee, James H.; Rios, Julio E. |
| PLID_000308 | PLID_000308 | 07/31/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding proposed escrow agreement. | Attorney Client Privilege | Knapp, Patrick M.*; Lee, Troy S.* | Knapp, Patrick M.* | Jilla, Vispi N.; Gamboa, Jeremy; Rios, Julio E. | Jilla, Vispi N.; Nicely, Dion |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLID_000309 | PLID_000309 | 07/29/2015 | | Email Communication sent from client personnel to counsel providing information for the purpose of obtaining confidential legal advice regarding non-compete and confidentiality agreements. | Attorney Client Privilege | Hampton, Trent*; Knapp, Patrick M.* | Wilkins, Kelly | Rios, Julio E. | Hampton, Trent*; Knapp, Patrick M.*; Gamboa, Jeremy; Soiefer, Todd; Lee, Troy S.*; Jilla, Vispi N.; Kelly, Patrick; Rios, Julio E. |
| PLID_000310 | PLID_000310 | 07/27/2015 | 1 | Email Communication sent from client personnel to counsel reflecting confidential legal advice regarding analysis of working capital (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Gamboa, Jeremy H. | Ballengee, James H. | |
| PLID_000311 | PLID_000311 | 07/27/2015 | 1 | Email sent from counsel to client personnel reflecting confidential legal advice regarding transmittal of agreement for signature (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Lee, Troy S.* | Ballengee, James H.; Gamboa, Jeremy; Rios, Julio E. | |
| PLID_000312 | PLID_000312 | 07/30/2015 | | Email Communication sent from counsel to client personnel reflecting confidential legal advice regarding review of agreement. | Attorney Client Privilege | Lee, Troy S.* | Jilla, Vispi N. | Lee, Troy S.* | Gamboa, Jeremy; Rios, Julio E. |
| PLID_000313 | PLID_000313 | 07/27/2015 | | Email Communication sent from client personnel to counsel containing confidential legal advice regarding working capital. | Attorney Client Privilege | Lee, Troy S.* | Jilla, Vispi N. | Ballengee, James H.; Gamboa, Jeremy; Rios, Julio S.*; Kelly, Patrick | Lee, Troy S.*; Kelly, Patrick |
| PLID_000314 | PLID_000314 | 07/30/2015 | 1 | Email Communication sent from counsel to client personnel containing confidential legal advice regarding acquisition financials (with attachment(s)). | Attorney Client Privilege | Lee, Troy S.* | Lee, Troy S.* | Jilla, Vispi N. | Gamboa, Jeremy; Rios, Julio E. |
| PLID_000315 | PLID_000315 | 07/24/2015 | | Email Communication sent from counsel to client personnel containing confidential legal advice regarding working capital. | Attorney Client Privilege | Lee, Troy S.* | Lee, Troy S.* | Jilla, Vispi N. | Ballengee, James H.; Gamboa, Jeremy; Kelly, Patrick; Rios, Julio E. |

| Bates ID | Date | | Description | Privilege | | | | |
|---|---|---|---|---|---|---|---|---|
| PLID_000316 | 07/30/2015 | | Email Communication sent from client personnel to counsel reflecting confidential legal advice regarding acquisition financials. | Attorney Client Privilege | Lee, Troy S.* | Jilla, Vispi N. | Lee, Troy S.* | Gamboa, Jeremy; Rios, Julio E. |
| PLID_000317 | 04/09/2015 | 3 | Email Communication sent from client personnel to counsel seeking confidential legal advice regarding review of forecast assumptions summary (with attachment(s)). | Attorney Client Privilege | Bauer, Eric T.*; Lee, Troy S.* | Seline, Jonna | Bauer, Eric T.*; Fitzgerald, William; King, Tanner; Rios, Julio N.; Kelly, E.; Strong, Ray | Lee, Troy S.*; Gamboa, Jeremy; Jilla, Vispi Patrick |
| PLID_000318 | 04/01/2015 | | Email Communication sent from client personnel to counsel providing information for the purpose of obtaining confidential legal advice regarding financial covenants for upcoming closing. | Attorney Client Privilege | Lee, Troy S.* | Gamboa, Jeremy | Jilla, Vispi N. | Lee, Troy S.*; Kelly, Patrick; Rios, Julio E.; Sailors, Daniel G.; Ward, Andrew; Zsitvay, Kiel H. |
| PLID_000319 | 04/14/2015 | | Email Communication sent from counsel to client personnel reflecting confidential legal advice regarding asset sale. | Attorney Client Privilege | Carpenter, Charlie*; Lee, Troy S.* | Lee, Troy S.* | Carpenter, Charlie*; Rios, Julio E.; Tekkora, Baran | |