# EXHIBIT A

1            IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
   - - - - - - - - - - - - - - - - - - - - - -x
3  EDDYSTONE RAIL COMPANY, LLC,

4                          Plaintiff,

5       -against-

6  BRIDGER LOGISTICS, LLC, JULIO RIOS,
   JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P.,
7  FERRELLGAS, L.P., BRIDGER ADMINISTRATIVE
   SERVICES II, LLC, BRIDGER MARINE, LLC,
8  BRIDGER RAIL SHIPPING, LLC, BRIDGER
   REAL PROPERTY, LLC, BRIDGER STORAGE, LLC,
9  BRIDGER SWAN RANCH, LLC, BRIDGER
   TERMINALS, LLC, BRIDGER TRANSPORTATION,
10 LLC, BRIDGER ENERGY, LLC, BRIDGER LEASING
   LLC, BRIDGER LAKE, LLC, J.J. LIBERTY,
11 LLC, J.J. ADDISON PARTNERS, LLC

12                         Defendants.

13 - - - - - - - - - - - - - - - - - - - - - -x

14

15         Videotaped deposition of DION NICELY,

16 taken pursuant to Notice, was held at the Law

17 Offices of BRYAN CAVE LEIGHTON PAISNER, LLP,

18 1290 Sixth Avenue, New York, New York, commencing

19 February 26, 2019, 9:07 a.m., on the above date,

20 before Amanda McCredo, a Court Reporter and Notary

21 Public in the State of New York.

22

23

24

25

1    A    They turned on the pumps.

2    Q    Did they do anything else?

3    A    On the actual -- act of loading, not to my knowledge. They would have handled lines for the terminal and waited for the ship to hook everything up. And when the ship was ready to receive oil, they would have signaled to Eddystone they were ready to receive oil. And Eddystone would have either turned a valve or pressed the button.

10   Q    Okay. You said the ship would hook everything up.

12        What did you mean by that?

13   A    The ship was in charge of setting up the ship to receive oil from the terminal.

15   Q    Okay. You testified earlier that you reviewed your arbitration witness statement to prepare for this deposition.

18        Do you recall that?

19   A    Yes.

20        MR. KRAMER: I'm going to mark an exhibit,
21    please.

22              (Witness Statement of Dion
23               Nicely was marked as Exhibit 611
24               for identification, as of this
25               date.)

```
 1                  C E R T I F I C A T E
 2
 3        I, AMANDA McCREDO, a Shorthand Reporter
 4   and Notary Public of the State of New York, do
 5   hereby certify:
 6   That the witness whose examination is
 7   hereinbefore set forth, was duly sworn, and
 8   that such examination is a true record of the
 9   testimony given by such witness.
10   I further certify that I am not related to any
11   of the parties to this action by blood or
12   marriage; and that I am in no way interested in
13   the outcome of this matter.
14
15        [signature: Amanda McCredo]
16        _____
17           AMANDA McCREDO
18
19
20
21
22
23
24
25
```

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NO. 2:17-CV-00495-RK

- - -

EDDYSTONE RAIL COMPANY, LLC,            :

  Plaintiff/Counter-Defendant,         :

- vs -                                  :

JULIO RIOS, JEREMY GAMBOA,              :
BRIDGER LOGISTICS, LLC,
FERRELLGAS PARTNERS, L.P.,              :
FERRELLGAS, L.P., et al.,
                                               :

  Defendants,
                                               :

BRIDGER LOGISTICS, LLC,
FERRELLGAS PARTNERS, L.P., and         :
FERRELLGAS, L.P.,
  Defendants/Counterclaimants.         :

- - -

VIDEOTAPED DEPOSITION UPON ORAL
EXAMINATION OF
JOHN R. GALLOWAY, ESQUIRE
Philadelphia, Pennsylvania
January 15, 2019

- - -

REPORTED BY:  EDWARD J. RUGGERI, RPR, CCR

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 102

```
 1              If additional unloading
 2   capacity were added in Phase 2 and
 3   additional storage capacity were loaded in
 4   Phase 2, could the oil -- was there
 5   sufficient barge capacity to move the oil
 6   to refineries or would you need pipelines?
 7        A.    No.  You could move the oil to
 8   the refineries but pipelines are more
 9   effective, I think.
10        Q.    Okay.
11              Was the hope to eventually
12   replace barge transportation with pipeline
13   transportation?
14        A.    I think you would -- you would
15   strike to get the most efficient way of
16   moving the oil along to its endpoint.
17        Q.    Okay.
18              Is that why there was
19   discussion of pipeline?
20        A.    Yes.
21        Q.    All right.
22              So just so I can understand how
23   the facility works, was the principal
24   purpose of the facility to offload crude
```



Page 103

```
 1   from rail cars and then transport it
 2   either by barge or pipeline?
 3        A.   The answer to that is yes.  It
 4   would -- you know, the purpose of the
 5   facility was to unload rail cars where you
 6   could park a long train -- a
 7   mile-and-a-quarter long train and move
 8   that -- quickly unload those rail cars,
 9   return the cars -- the train to service,
10   and then, of course, you had to move the
11   oil along to its destination.  So -- and
12   if a barge was the most appropriate step,
13   that was -- that was where it went --
14   would go and -- or if a pipeline became
15   available -- obviously you have to lay
16   pipeline.  You have to get permits for the
17   pipeline.  That may become the option.
18        Q.   Okay.
19             You mentioned during the first
20   session today that you were the -- I think
21   you said the president of Eddystone Rail
22   Company, LLC, or do I have that wrong?
23        A.   No.
24        Q.   Let me ask a better question.
```



Page 516

1        C E R T I F I C A T I O N

4            I, Edward J. Ruggeri,
5    Registered Professional Reporter,
6    Certified Court Reporter and Notary
7    Public, do hereby certify that the
8    foregoing is a true and accurate
9    transcript of the stenographic notes taken
10   by me in the aforementioned matter.

12                  - - -

23   _____
24           Edward J. Ruggeri, RPR, CCR

