UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., FERRELLGAS L.P., BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER MARINE, LLC, BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, BRIDGER ENERGY, LLC, BRIDGER LEASING, LLC, BRIDGER LAKE, LLC, J.J. LIBERTY, LLC, J.J. ADDISON PARTNERS, LLC,**<br><br>**Defendants.** | Civil Action No. 17-cv-00495 |

## NOTICE OF WITHDRAWAL OF JURY DEMAND

Plaintiff Eddystone Rail Company, LLC ("Eddystone"), by and through its undersigned counsel, hereby withdraws its demand for a trial by jury in this case. Pursuant to the Court's Order of April 12, 2019, Dkt. 318, Eddystone declines to consent to a trial by jury.

Eddystone kindly requests that the Clerk of Court remove the jury demand designation from the docket.

1

Dated:  April 17, 2019                                                    Respectfully submitted,

 /s/ *Fil Agusti*
Henry E. Hockeimer, Jr. (I.D. No. 86768)
Terence M. Grugan (I.D. No. 307211)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 863-8999
hockeimerh@ballardspahr.com
grugant@ballardspahr.com

Filiberto Agusti (*pro hac vice*)
Jennifer Quinn-Barabanov (*pro hac vice*)
Steven Barber (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
Nicholas Petts (*pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
fagusti@steptoe.com
jquinnba@steptoe.com
sbarber@steptoe.com
asloniewsky@steptoe.com
npetts@steptoe.com

*Counsel for Eddystone Rail Company, LLC*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via the Court's ECF system on April 17, 2019, thereby serving all counsel of record.

*/s/ Fil Agusti*

Filiberto Agusti
