**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | : |
| Plaintiff/Counter-Defendant, | : |
| v. | : CIVIL ACTION |
| JULIO RIOS, JEREMY GAMBOA, BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, J.J. ADDISON PARTNERS, LLC, J.J. LIBERTY, LLC, BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER ENERGY, LLC, BRIDGER LAKE, LLC, BRIDGER LEASING, LLC, and BRIDGER MARINE, LLC, | : No. 17-495 |
| Defendants, | : |
| BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P., | : |
| Defendants/Counterclaimants. | : |

**ORDER**

**AND NOW**, this 30th day of April, 2019, upon consideration of Defendants Julio Rios ("Rios") and Jeremy Gamboa's ("Gamboa") Motion to Compel Production of Nonprivileged Documents on Plaintiff's Privilege Log (Doc. No. 297), Plaintiff Eddystone Rail Company LLC's ("Eddystone") Opposition, Rios and Gamboa's Reply, and Eddystone's

Surreply in Opposition, as well as the attendant Appendix, Declarations, and Exhibits, it is hereby **ORDERED** that Rios and Gamboa's Motion is **DENIED**.

                                        BY THE COURT:


                                        /s/ Robert F. Kelly
                                        ROBERT F. KELLY
                                        SENIOR JUDGE