# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>        v.<br><br>JULIO RIOS, JEREMY GAMBOA, BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, J.J. ADDISON PARTNERS, LLC, J.J. LIBERTY, LLC, BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER ENERGY, LLC, BRIDGER LAKE, LLC, BRIDGER LEASING, LLC, and BRIDGER MARINE, LLC,<br><br>    Defendants,<br><br>BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P.,<br><br>    Defendants/Counterclaimants. | CIVIL ACTION<br><br>No. 17-495 |

## **ORDER**

**AND NOW**, this  28th  day of June, 2019, upon consideration of the Motion to Compel Production of Withheld Documents Under the Crime-Fraud Exception filed by Plaintiff/Counter-Defendant, Eddystone Rail Company, LLC ("Eddystone") (Doc. Nos. 217, 218), the Opposition filed by Defendants/Counterclaimants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (collectively, "BL/FG Defendants"), as well as Eddystone's

Reply, BL/FG Defendants' Sur-Reply, the parties' Supplemental Submissions in letter form,[1] the arguments presented to the Court during a hearing on April 10, 2019, and the documents submitted by BL/FG Defendants for *in camera* review, it is hereby **ORDERED** that the Motion to Compel is **GRANTED**.

It is **FURTHER ORDERED** that:

1. the crime-fraud exception applies to extinguish the attorney-client privilege and work product privilege as to the communications between BL/FG Defendants and their in-house and outside attorneys regarding the following subject matter areas: the restructuring of BTS; the transferring or redirecting of BTS' assets or/and revenue streams; the sale of BTS to Jamex; and the cessation of the Monroe shipping arrangement;

2. BL/FG Defendants shall produce their documents to Eddystone starting within three weeks of the date of this Order; and

3. in the event that BL/FG Defendants file an appeal, their production shall be **STAYED** pending a decision of the Appellate Court. This Court will retain the documents submitted for *in camera* review under seal in chambers until such time.

BY THE COURT:

*/s/ Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE

---

[1] We include the latest filing by Eddystone, which is a June 24, 2019 letter. (*See* Doc. No. 331.)