IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDYSTONE RAIL COMPANY** | : | **CIVIL ACTION** |
| v. | : | |
| **BRIDGER LOGISTICS, LLC, et al.** | : | NO.: 17-cv-0495 |

# O R D E R

**AND NOW**, this **6TH** day of **NOVEMBER 2019**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Robert F. Kelly, to the calendar of the Honorable Jan E. DuBois.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
**KATE BARKMAN**
Clerk of Court