IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br>    **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **BRIDGER LOGISTICS, LLC,**<br>**JULIO RIOS,**<br>**JEREMY GAMBOA,**<br>**FERRELLGAS PARTNERS, L.P.,**<br>**FERRELLGAS, L.P.,**<br>**BRIDGER ADMINISTRATIVE**<br>**SERVICES II, LLC,**<br>**BRIDGER MARINE, LLC,**<br>**BRIDGER RAIL SHIPPING, LLC,**<br>**BRIDGER REAL PROPERTY, LLC,**<br>**BRIDGER STORAGE, LLC,**<br>**BRIDGER SWAN RANCH, LLC,**<br>**BRIDGER TERMINALS, LLC,**<br>**BRIDGER TRANSPORTATION, LLC,**<br>**BRIDGER ENERGY, LLC,**<br>**BRIDGER LEASING, LLC,**<br>**BRIDGER LAKE, LLC,**<br>**J.J. LIBERTY, LLC, and**<br>**J.J. ADDISON PARTNER, LLC,**<br>          **Defendants.** | **NO.  17-495** |

# O R D E R

**AND NOW**, this 10th day of March, 2020, upon consideration of Defendants Julio Rios

and Jeremy Gamboa's Motion to Dismiss Pursuant to Rule 12(b)(1) for Lack of Standing

(Document No. 343, filed October 25, 2019), Eddystone Rail Company's Opposition to Motion

to Dismiss for Lack of Jurisdiction (Document No. 346, filed November 8, 2019), and the Reply

Brief in Support of Defendants Julio Rios and Jeremy Gamboa's Motion to Dismiss Pursuant to

Rule 12(b)(1) for Lack of Standing (Document No. 355, filed December 11, 2019), for the

reasons stated in the accompanying Memorandum dated March 10, 2020, **IT IS ORDERED** that

Defendants Julio Rios and Jeremy Gamboa's Motion to Dismiss Pursuant to Rule 12(b)(1) for

Lack of Standing, treated as a motion to dismiss pursuant to Federal Rule of Civil Procedure

12(b)(6), is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**