IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br>       Plaintiff, | CIVIL ACTION |
| v. | |
| **BRIDGER LOGISTICS, LLC,**<br>**JULIO RIOS,**<br>**JEREMY GAMBOA,**<br>**FERRELLGAS PARTNERS, L.P.,**<br>**FERRELLGAS, L.P.,**<br>**BRIDGER ADMINISTRATIVE**<br>**SERVICES II, LLC,**<br>**BRIDGER MARINE, LLC,**<br>**BRIDGER RAIL SHIPPING, LLC,**<br>**BRIDGER REAL PROPERTY, LLC,**<br>**BRIDGER STORAGE, LLC,**<br>**BRIDGER SWAN RANCH, LLC,**<br>**BRIDGER TERMINALS, LLC,**<br>**BRIDGER TRANSPORTATION, LLC,**<br>**BRIDGER ENERGY, LLC,**<br>**BRIDGER LEASING, LLC,**<br>**BRIDGER LAKE, LLC,**<br>**J.J. LIBERTY, LLC, and**<br>**J.J. ADDISON PARTNER, LLC,**<br>       Defendants. | NO.  17-495 |

## O R D E R

**AND NOW**, this 30th day of April, 2020, upon consideration of the Joint Motion for Appointment of Mediator and Extension of Pretrial Deadlines (Document No. 373, filed April 28, 2020), in which the parties ask the Court, *inter alia*, to refer the case to United States Magistrate Judge Thomas J. Rueter for settlement conferencing, stay discovery until after settlement is completely explored, and adjust all other pretrial deadlines set forth in the Order dated April 13, 2020, **IT IS ORDERED** as follows:

   1.   The case is **REFERRED** to United States Magistrate Judge Thomas J. Rueter for settlement conferencing by teleconference or video conference, or if COVID-19 precautions are

relaxed, chambers conference, at an early date;

      2.      The scheduling order dated April 13, 2020 is **VACATED**; and

      3.      The parties, through counsel, shall jointly report to the Court (e-mail to chambers_of_judge_jan_e_dubois@paed.uscourts.gov) with respect to whether the case is settled within seven (7) days following the last settlement conference before Magistrate Judge Rueter. In the event the case is not settled, the parties shall include in their joint report a proposed schedule for further proceedings.

      **BY THE COURT:**

      /s/ Hon. Jan E. DuBois

      **DuBOIS, JAN E., J.**