IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRIDGER LOGISTICS, LLC, et al. | : | NO. 17-495 |

# NOTICE

May 5, 2020

Before: THOMAS J. RUETER, UNITED STATES MAGISTRATE JUDGE

      Please be advised that a telephone settlement conference in the above-captioned case will be held on **June 8, 2020** at **10:00 a.m.**  Plaintiff's counsel shall provide a dial-in telephone number to be emailed to chambers_rueter@paed.uscourts.gov and to opposing counsel.

      If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar as is feasible with the case and have authority from the client and an evaluation of the case for settlement purposes, should appear at the conference.[1]

      Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only in exceptional cases.

      By:

*s/ Deborah A. Owens*
Deborah A. Owens
Deputy Clerk

---

[1]     Clients and insurance adjusters are required to attend settlement conferences, unless excused by the court.  If so excused, the client and insurance adjusters must be available by telephone.  In a personal injury case where a plaintiff's workmen's compensation carrier is seeking satisfaction of its lien on any recovery, the plaintiff's attorney must have the representative of the carrier present or available by telephone.

    Judge Rueter does not require submissions in advance, although he invites all parties to submit any information that would be helpful at least 2 days prior to the conference.  Submissions can be emailed to **chambers_rueter@paed.uscourts.gov** or faxed to **215-580-2392**, provided the submission does not exceed 20 pages (inclusive of exhibits).  If a submission exceeds 20 pages, then it is to be delivered to the court.

Telephone No. 215-597-0048
Fax No. 215-580-2392