IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIDGER LOGISTICS, LLC, et al. | : | NO. 17-495 |

## **AMENDED NOTICE**

<u>June 9, 2020</u>

Before: THOMAS J. RUETER, UNITED STATES MAGISTRATE JUDGE

      Please be advised that a second telephone settlement conference in the above-captioned case will be held on **June 24, 2020** at **10:00 a.m**. Defense counsel, Lawrence G. Scarborough, Esquire shall provide a dial-in telephone number to be emailed to all parties and chambers_rueter@paed.uscourts.gov.

      By:

*s/ Deborah A. Owens*
Deborah A. Owens
Deputy Clerk
*Telephone No. 215-597-0048*
*Fax No. 215-580-2392*