**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, | ) |
| JEREMY GAMBOA, FERRELLGAS | ) |
| PARTNERS, L.P., and FERRELLGAS L.P. *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| BRIDGER LOGISTICS, LLC, FERRELLGAS | ) |
| PARTNERS, L.P., and FERRELLGAS, L.P. | ) |
| | ) |
| Defendants/Counterclaimants | ) |
| _____ | ) |

No. 17-cv-00495-RK

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order dated April 30, 2020, the parties met and conferred but were unable to agree upon a joint proposed schedule.  Set forth below is each side's proposed schedule.

| | **Existing Schedule (Ordered April 14, 2020; Vacated April 30, 2020)** | **ERC's Proposal** | **Defendants' Proposal** |
|---|---|---|---|
| | | | |

| **Disclosure of Rule 26(a)(2)(A)-(C) Experts in Support of Claims and Counterclaims** | May 11, 2020 (4 weeks after resolution of Motion to Enforce) | July 29, 2020 (4 weeks after July 1 report) | July 29, 2020 (4 weeks after July 1 report) |
|---|---|---|---|
| **Disclosure of Opposition Experts** | N/A | August 26, 2020 (8 weeks after July 1 report) | August 26, 2020 (8 weeks after July 1 report) |
| **Completion of Fact Depositions** | June 22, 2020 (10 weeks after resolution of Motion to Enforce) | September 9, 2020 (10 weeks from July 1 report) | September 23, 2020 (12 weeks from July 1) |
| **Expert Reports in Support of Claims and Counterclaims Due** | July 13, 2020 (3 weeks after completion of fact depositions) | September 30, 2020 (3 weeks after completion of fact depositions) | October 14, 2020 (3 weeks after completion of fact depositions) |
| **Expert Reports in Opposition to Claims and Counterclaims Due** | August 3, 2020 (3 weeks after initial expert reports) | October 21, 2020 (3 weeks after initial expert reports) | November 11, 2020 (4 weeks after initial expert reports) |
| **Rebuttal Expert Reports Due** | August 24, 2020 (3 weeks after opposition expert reports) | November 11, 2020 (3 weeks after opposition reports) | December 9, 2020 (4 weeks after opposition reports, due to Thanksgiving) |

| **Completion of Expert Discovery** | September 28, 2020 (5 weeks after rebuttal reports) | December 16, 2020 (5 weeks after rebuttal reports) | January 13, 2021 (5 weeks after rebuttal reports, due to Holidays) |
|---|---|---|---|
| **Potential Mediation / Settlement Negotiation** | Report to Court by June 1, 2020 regarding whether the case has been settled | N/A | N/A |
| **Summary Judgment Motions Due** | N/A | January 13, 2021 (4 weeks after end of expert depos) | February 10, 2021 (4 weeks after end of expert depos) |
| **Summary Judgment Oppositions Due** | N/A | February 10, 2021 (4 weeks after motions) | March 10, 2021 (4 weeks after motions) |
| **Summary Judgment Replies Due** | N/A | March 3, 2021 (3 weeks after oppositions) | March 31, 2021 (3 weeks after oppositions) |
| **Final Pretrial Filings Due** | N/A | April 21, 2021 (7 weeks after completion of SJ briefing) | 6 weeks after court ruling on motions for summary judgment |
| **Trial** | N/A | May 5-26, 2021 (2 weeks after final pretrial) | 10 weeks after court ruling on motions for summary judgment |

Dated:  July 1, 2020                          Respectfully submitted,


                                              /s/ Filiberto Agusti
                                              Henry E. Hockeimer, Jr. (I.D. No. 86768)
                                              BALLARD SPAHR LLP
                                              1735 Market Street, 51st Floor
                                              Philadelphia, PA 19103-7599
                                              Telephone: (215) 665-8500
                                              Facsimile: (215) 864-8999
                                              hockeimerh@ballardspahr.com
                                              grugant@ballardspahr.com

                                              Filiberto Agusti (*pro hac vice*)
                                              Steven Barber (pro hac vice)
                                              Andrew J. Sloniewsky (*pro hac vice*)
                                              STEPTOE & JOHNSON LLP
                                              1330 Connecticut Avenue, NW
                                              Washington, DC 20036
                                              Telephone: (202) 429-3000
                                              Facsimile: (202) 429-3902
                                              fagusti@steptoe.com


                                              *Counsel for Eddystone Rail Company, LLC*



                                              /s/  *Lawrence G. Scarborough*
                                              Lawrence G. Scarborough (Admitted *Pro Hac Vice*)

                                              Richard L. Scheff (I.D. No. 35213)
                                              Michael C. Witsch (I.D. No. 313884)
                                              ARMSTRONG TEASDALE LLP
                                              One Commerce Square
                                              2005 Market Street, 29th Floor
                                              Philadelphia, PA 19103
                                              Telephone:  (267) 780-2000
                                              Facsimile:  (215) 405-9070
                                              rlscheff@atllp.com
                                              mwitsch@atllp.com

Lawrence G. Scarborough (Admitted *Pro Hac Vice*)
Bieta Andemariam (Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 541-2000
Facsimile:  (212) 541-4630
lgscarborough@bclplaw.com
bieta.andemariam@bclplaw.com

Jacob A.  Kramer (Admitted *Pro Hac Vice*)
Rachel A. Beck (Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone:  (202) 508-6000
Facsimile:  (202) 508-6200
jake.kramer@bclplaw.com
rachel.beck@bclplaw.com

Brian C. Walsh (Admitted *Pro Hac Vice*)
Alicia Ragsdale Olszeski (Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St.  Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
brian.walsh@bclplaw.com
ali.olszeski@bclplaw.com

Sarah L. Hartley (Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
sarah.hartley@bclplaw.com

*Attorneys for Bridger Logistics, LLC, Ferrellgas
Partners, L.P., Ferrellgas L.P., Bridger Rail
Shipping, LLC, Bridger Real Property, LLC,
Bridger Storage, LLC, Bridger Swan Ranch, LLC,
Bridger Terminals, LLC, Bridger Transportation,
LLC, J.J. Addison Partners, LLC, J.J. Liberty, LLC,
Bridger Admin Services II LLC, Bridger Energy,
LLC, Bridger Lake, LLC, Bridger Leasing, LLC,
Bridger Marine, LLC*

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding, PC (pro hac vice)
jeremy.fielding@kirkland.com
Jonathan D. Kelley (pro hac vice)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street, 27th Floor
Dallas, Texas 75201
Telephone:  (214) 972-1755
Facsimile: (214) 972-1771

Julie Negovan,
jnegovan@griesinglaw.com
GRIESING LAW, LLC
1717 Arch Street, Suite 3630
Philadelphia, Pennsylvania 19103

*Attorneys for Defendants Julio Rios and
Jeremy Gamboa*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed via the Court's ECF system on July 1, 2020, thereby serving all counsel of record.

/s/ Filiberto Agusti
Filiberto Agusti