IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>          Plaintiff,<br><br>     v.<br><br>BRIDGER LOGISTICS, LLC,<br>JULIO RIOS,<br>JEREMY GAMBOA,<br>FERRELLGAS PARTNERS, L.P.,<br>FERRELLGAS, L.P.,<br>BRIDGER ADMINISTRATIVE<br>SERVICES II, LLC,<br>BRIDGER MARINE, LLC,<br>BRIDGER RAIL SHIPPING, LLC,<br>BRIDGER REAL PROPERTY, LLC,<br>BRIDGER STORAGE, LLC,<br>BRIDGER SWAN RANCH, LLC,<br>BRIDGER TERMINALS, LLC,<br>BRIDGER TRANSPORTATION, LLC,<br>BRIDGER ENERGY, LLC,<br>BRIDGER LEASING, LLC,<br>BRIDGER LAKE, LLC,<br>J.J. LIBERTY, LLC, and<br>J.J. ADDISON PARTNER, LLC,<br>          Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  17-495 |

**O R D E R**

**AND NOW**, this 7th day of August, 2020, upon consideration of the letter/request[1] submitted by counsel for plaintiff requesting that depositions be taken remotely, and the contrary argument with respect to the advantages of in-person depositions, **IT IS ORDERED** that, by reason of the COVID-19 limitations on travel and risk involved in travel, all remaining depositions shall be taken remotely absent an agreement between the parties providing for in-

---

[1] A copy of the letter/request dated August 7, 2020, shall be docketed by the Deputy Clerk. The Court concluded that the telephone conference requested by counsel for plaintiff was unnecessary.

person depositions.

**IT IS FURTHER ORDERED** that the discovery deadline is extended for one (1) week to September 16, 2020.

                                              **BY THE COURT:**

                                              **/s/ Hon. Jan E. DuBois**

                                                **DuBOIS, JAN E., J.**