## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | : |
|         Plaintiff/Counter-defendant, | : |
| | : |
|   v. | : |
| | : |
| BRIDGER LOGISTICS, LLC, *et al.*, | : No. 2:17-cv-00495-JD |
|         Defendants, | : |
| | : |
| BRIDGER LOGISTICS, LLC, *et al.*, | : |
|         Defendants/Counterclaimants. | : |
| | : |
| | : |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## ON PLAINTIFF'S COUNT IV (BREACH OF FIDUCIARY DUTY)

Pursuant to Federal Rule of Civil Procedure 56, Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. hereby move for summary judgment on Plaintiff's Count IV for Breach of Fiduciary Duty. As discussed in detail in Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment on Plaintiff's Count IV, Statement of Uncontroverted Material Facts, and the supporting exhibits, which are incorporated herein by reference, there is no genuine issue as to any material fact at issue and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that the Court enter summary judgment in favor of Defendants on Count IV, and for such other relief as the Court deems proper.

Dated:  August 13, 2020

Respectfully submitted,

By: _/s/ Lawrence G. Scarborough_
    Lawrence G. Scarborough (Admitted *Pro Hac Vice*)

    Richard L. Scheff (I.D. No. 35213)
    Michael C. Witsch (I.D. No. 313884)
    ARMSTRONG TEASDALE LLP
    One Commerce Square
    2005 Market Street, 29th Floor
    Philadelphia, PA 19103
    Telephone:  (267) 780-2000
    Facsimile:  (215) 405-9070
    rlscheff@atllp.com
    mwitsch@atllp.com

    Lawrence G. Scarborough (Admitted *Pro Hac Vice*)
    Bieta Andemariam (Admitted *Pro Hac Vice*)
    BRYAN CAVE LEIGHTON PAISNER LLP
    1290 Avenue of the Americas
    New York, New York 10104
    Telephone:  (212) 541-2000
    Facsimile:  (212) 541-4630
    lgscarborough@bclplaw.com
    bieta.andemariam@bclplaw.com

    Jacob A.  Kramer (Admitted *Pro Hac Vice*)
    Rachel A. Beck (Admitted *Pro Hac Vice*)
    BRYAN CAVE LEIGHTON PAISNER LLP
    1155 F Street, NW
    Washington, D.C. 20004
    Telephone:  (202) 508-6000
    Facsimile:  (202) 508-6200
    jake.kramer@bclplaw.com
    rachel.beck@bclplaw.com

Brian C. Walsh (Admitted *Pro Hac Vice*)
Alicia Ragsdale Olszeski (Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St.  Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
brian.walsh@bclplaw.com
ali.olszeski@bclplaw.com

Sarah L. Hartley (Admitted *Pro Hac Vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
sarah.hartley@bclplaw.com

*Attorneys for Bridger Logistics, LLC, Ferrellgas
Partners, L.P., Ferrellgas L.P., Bridger Rail
Shipping, LLC, Bridger Real Property, LLC,
Bridger Storage, LLC, Bridger Swan Ranch, LLC,
Bridger Terminals, LLC, Bridger Transportation,
LLC, J.J. Addison Partners, LLC, J.J. Liberty, LLC,
Bridger Admin Services II LLC, Bridger Energy,
LLC, Bridger Lake, LLC, Bridger Leasing, LLC,
Bridger Marine, LLC*

## **CERTIFICATE OF SERVICE**

I, Jacob A. Kramer, hereby certify that on August 13, 2020, a true and correct copy of the foregoing Motion for Summary Judgment was filed electronically via the Court's ECF filing system. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

/s/ *Jacob A. Kramer*
Jacob A. Kramer