# EXHIBIT A

# Declaration of A. Olszeski

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

EDDYSTONE RAIL COMPANY, LLC, :
    Plaintiff/Counter-defendant, :
             :
  v.            :
             :
BRIDGER LOGISTICS, LLC, *et al.*, : No. 2:17-cv-00495-JD
    Defendants,     :
             :
BRIDGER LOGISTICS, LLC, *et al.*, :
    Defendants/Counterclaimants. :
             :
             :

## DECLARATION OF ALICIA RAGSDALE OLSZESKI

I, Alicia Ragsdale Olszeski, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am an attorney at the law firm of Bryan Cave Leighton Paisner LLP, counsel of record for Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas L.P., Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, J.J. Addison Partners, LLC, J.J. Liberty, LLC, Bridger Administrative Services II, LLC, Bridger Energy, LLC, Bridger Lake, LLC, Bridger Leasing, LLC and Bridger Marine, LLC in the above-captioned action.

2. I am over the age of 18 and competent to testify as to the matters set forth herein.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of filings with the Secretary of State of the State of Louisiana for Bridger Transfer Services, LLC, bates labeled BLFG_EDPA0310344-361, and certified by the Secretary of State.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed on August 12, 2020, in St. Louis, Missouri.

*/s/ Alicia Ragsdale Olszeski*
Alicia Ragsdale Olszeski

# OLSZESKI DECLARATION

# EXHIBIT 1



# United States of America
# State of Louisiana

## Tom Schedler
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the attached document(s) of

**JAMEX TRANSFER SERVICES LLC**

are true and correct and are filed in the Louisiana Secretary of State's Office.

| | | | | |
|---|---|---|---|---|
| 40525761K | ORIGF | 6/1/2011 | 6 | page(s) |
| 40602797 | CHOFF | 8/29/2011 | 1 | page(s) |
| 40707455 | CHOFF | 12/30/2011 | 1 | page(s) |
| 41163185 | 1308 | 4/30/2013 | 1 | page(s) |
| 41245684 | CHOFF | 7/29/2013 | 1 | page(s) |
| 41930513 | RESTA | 6/24/2015 | 2 | page(s) |
| 41961515 | CHOFF | 7/24/2015 | 1 | page(s) |
| 42045062 | 1308 | 10/18/2015 | 1 | page(s) |
| 42065193 | 1308 | 11/2/2015 | 1 | page(s) |
| 42179302 | NMCHG | 2/23/2016 | 1 | page(s) |
| 41902605 | 15 AR | 5/28/2015 | 1 | page(s) |

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

March 28, 2016

*Secretary of State*

**WEB 40525761K**

Certificate ID: 10694579#7DS93

To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate**, then follow the instructions displayed.
**www.sos.la.gov**

Page 1 of 1 on 3/28/2016 10:59:25 AM

CONFIDENTIAL

BLFG_EDPA0310344

## ARTICLES OF ORGANIZATION
## OF
## BRIDGER TRANSFER SERVICES, LLC

**STATE OF LOUISIANA**

**PARISH OF CADDO**

BEFORE THE UNDERSIGNED NOTARY PUBLIC, duly commissioned and qualified, in and for the Parish of Caddo, State of Louisiana, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

> **Julio E. Rios, II**, a competent major residing in Caddo Parish, Louisiana, with mailing address of 800 Spring Street, Suite 205, Shreveport, Louisiana 71101 (hereinafter referred to as the "Organizer").

who declared to me, that he is availing himself of the provisions of applicable Louisiana Law, and particularly La. R.S. 12:1301, et. seq., does hereby organize a Limited Liability Company in accordance with these Articles of Organization:

### ARTICLE 1
### NAME

The name of this Limited Liability Company is: Bridger Transfer Services, LLC, (the "Company").

### ARTICLE 2
### PURPOSE

The purposes of this Company are to engage in any lawful activity for which limited liability companies may be formed under Louisiana law.

### ARTICLE 3
### TERMINATION

The Company shall terminate on the earlier of:

A.   December 31, 2099, unless extended in accordance with the provisions of the Operating Agreement; or

-1-

CONFIDENTIAL                                                      BLFG_EDPA0310345

B.    Any other reason provided in the Operating Agreement.

## ARTICLE 4
## LIMITATIONS ON AUTHORITY OF MEMBERS

No Member shall have the authority to bind the Company except in the capacity of a Manager of the Company as hereinafter set forth.

## ARTICLE 5
## MANAGEMENT

A.    The Company shall be managed by one or more Managers.

B.    Any Manager may act on behalf of the Company and is a mandatary and agent of the Company for all matters in the ordinary course of business, including the alienation, lease or encumbrance of its immovables in the ordinary course of business of the Company.

C.    The Operating Agreement may contain certain restrictions on the authority of the Manager to act other than in the ordinary course of business of the Company. Any person dealing with the Company may rely upon a certificate of the following certifying official, Julio E. Rios, II, to establish the membership of any Member, the authenticity of any records of the Company, or the authority of any person serving as Manager to act on behalf of the Company, including, but not limited to, the authority to take any one or more of the following actions:

    (i)    The dissolution and winding up of the Company.
    (ii)   The sale, exchange, lease, mortgage, pledge, or other transfer of all or substantially all of the assets of the Company.
    (iii)  The merger or consolidation of the Company.
    (iv)   The incurrence of indebtedness by the Company other than in the ordinary course of its business.
    (v)    The alienation, lease, or encumbrance of any immovables of the Company.
    (vi)   An amendment to the Articles of Organization or Operating Agreement.

## ARTICLE 6
## COMPANY ACTIONS AND DECISIONS

A.    Each Member shall be entitled to vote on all matters concerning the Company in accordance with the Operating Agreement.

-2-

BLFG_EDPA0310346

B.    The unanimous consent of the Members is required to take any action which affects a Member's liability.

## ARTICLE 7
## TRANSFER AND ASSIGNMENT OF MEMBER'S INTEREST

The assignment or transfer of a Member's interest is subject to restrictions as set forth in the Operating Agreement.

## ARTICLE 8
## LIMITATION OF LIABILITY

No Member or Manager shall ever be liable or responsible for the contract or faults of this Company, nor shall any mere informality have the effect of rendering this Company null or the Members or Managers to any liability. Each Manager is relieved of any personal liability to the fullest extent permitted by law, including, not by way of limitation, any liability for monetary damages for breach of any duty provided for in R.S. 12:1314.

THUS DONE AND SIGNED in the presence of the undersigned competent witnesses and me, Notary, in the Parish of Caddo, State of Louisiana, on this _____ 1ST _____ day of June, 2011.

WITNESSES:

_____          _____
Cristal E. Wilcox                              Julio E. Rios, II, Organizer

_____
Mary Kilpatrick

_____
Notary Public in and for the
State of Louisiana, Parish of Caddo

SYLVIA P. BURNES, NOTARY PUBLIC
NOTARY ID # 039135
BOSSIER PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE

-3-

CONFIDENTIAL                                                        BLFG_EDPA0310347

## INITIAL REPORT
## OF
## BRIDGER TRANSFER SERVICES, LLC

1.    The name of the limited liability company is Bridger Transfer Services, LLC.

2.    The location and municipal address of this limited liability company's registered office is:

> 800 Spring Street, Suite 205
> Shreveport, Louisiana 71101

3.    The full name and municipal address of this limited liability company's registered agent is:

> Julio E. Rios, II
> 800 Spring Street, Suite 205
> Shreveport, Louisiana 71101

4.    The name and municipal addresses of the initial Managers and Members are:

> Julio E. Rios, II (Manager)
> 800 Spring Street, Suite 205
> Shreveport, Louisiana 71101
>
> Ballengee Interests, LLC (Member-100%)
> 800 Spring Street, Suite 205
> Shreveport, Louisiana 71101

Signed this ___1st___ day of June, 2011, at Shreveport, Caddo Parish, Louisiana.

_____
Julio E. Rios, II

Ballengee Interests, LLC

By:_____
     Julio E. Rios, II, Manager

-4-

**STATE OF LOUISIANA**

**PARISH OF CADDO**

On this _____1st_____ day of June, 2011, before me, a Notary Public in and for the State and

Parish aforesaid, personally came and appeared Julio E. Rios, II, is to me known to be the persons

described in and who executed the foregoing Initial Report, and acknowledged to me that they

executed the same as their free act and deed for the purposes and considerations therein expressed.


_____

Notary Public in and for the
State of Louisiana, Parish of Caddo

**SYLVIA P. BURNES, NOTARY PUBLIC**
**NOTARY ID # 039135**
**BOSSIER PARISH, LOUISIANA**
**MY COMMISSION IS FOR LIFE**

-6-

CONFIDENTIAL                                                                                            BLFG_EDPA0310349

JUN/01/2011/WED 01:59 AM   BALLENGEE INTEREST        FAX No. 318-429-7103            P. 008

**STATE OF LOUISIANA**

**PARISH OF CADDO**

## AGENT'S AFFIDAVIT
## AND
## ACKNOWLEDGMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent for and on behalf of Bridger Transfer Services, LLC.

Julio E. Rios, II

SWORN TO AND SUBSCRIBED before me on this ___ day of June, 2011.

Notary Public in and for the
State of Louisiana Parish of Caddo

SYLVIA P. BURNES, NOTARY PUBLIC
NOTARY ID # 039135
BOSSIER PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE

-7-

CONFIDENTIAL

BLFG_EDPA0310350

## NOTICE OF CHANGE OF MEMBERS
## OF
## BRIDGER TRANSFER SERVICES, LLC

### ARTICLE I
### REMOVAL OF MEMBERS

Notice is hereby given that the above named limited liability company authorized the removal of the following:

Ballengee Interests, LLC, Member

### ARTICLE II
### ADDITION OF MEMBER

Notice is hereby given that the above named limited liability company has authorized the addition of the following:

Bridger Logistics, LLC, Member
800 Spring Street, Suite 205
Shreveport, Louisiana 71101

The membership interest assigned to Bridger Logistics, LLC from Ballengee Interests, LLC has created a membership interest in favor of Ballengee Logistics, LLC to the fullest extent allowed by law and in accordance with La. R.S. 12:1332.  This assignment is effective January 1, 2011.

Ballengee Interests, LLC, Former Member

By: _____
Julio E. Rios, II, Manager

Bridger Logistics, LLC, Member

By: _____
Julio E. Rios, II, Manager

CONFIDENTIAL                                                    BLFG_EDPA0310351

## NOTICE OF CHANGE OF MEMBERS
## AND MEMBERSHIP INTERESTS
## OF
## BRIDGER TRANSFER SERVICES, LLC

### ARTICLE I
### ADDITION OF MEMBER

Notice is hereby given that the above named limited liability company has authorized the addition of the following in said portion:

J. Emerson Co., LLC, Member (1%)
800 Spring Street, Suite 202
Shreveport, Louisiana 71101

The membership interest assigned to J. Emerson Co., LLC from Bridger Logistics, LLC has created a membership interest in favor of J. Emerson Co., LLC of 1% and resulting in a membership interest in favor of Bridger Logistics, LLC of 99% to the fullest extent allowed by law and in accordance with La. R.S. 12:1332. This assignment is effective June 1, 2011.

Assignees:

J. Emerson Co., LLC

By: _____
     Julio E. Rios, II, Manager

Assignor:

Bridger Logistics, LLC

By: _____
     Julio E. Rios, II, Manager

### ACKNOWLEDGMENT

This is to acknowledge the above and foregoing Notice of Change of Members and Membership Interests of Bridger Transfer Services, LLC.

Bridger Transfer Services, LLC

By: _____
     Julio E. Rios, II, Manager

CONFIDENTIAL

BLFG_EDPA0310352

04/30/2013   10:25 NRA I                                (FAX)2812865902                P.018/030

| | |
|---|---|
| **Al Ater**<br>**Secretary of State**<br> | **NOTICE OF CHANGE OF REGISTERED OFFICE**<br>**AND/OR CHANGE OF REGISTERED AGENT**<br>**(R.S. 12:1308)** |

| Enclose $25 filing fee<br>Domestic Limited Liability Company<br>Make remittance payable to<br>Secretary of State<br>*Do Not Send Cash* | Return to: Commercial Division<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704<br>Web Site: www.sos.louisiana.gov |
|---|---|

Limited Liability Company Name:  Bridger Transfer Services, LLC

### CHANGE OF LOCATION OF REGISTERED OFFICE

Notice is hereby given that the above named limited liability company has authorized a change in the location of its registered office.  The new registered office is located at:

5615 Corporate Blvd. Suite 400B Baton Rouge, LA 70808

To be signed by a member or manager
Julio E. Rios, II                                                 4-29-13
                                                                         Date

### CHANGE OF REGISTERED AGENT(S)

Notice is hereby given that the above named limited liability company has authorized the change of its registered agent(s).  The name(s) and address(es) of the new registered agent(s) is/are as follows:

National Registered Agents, Inc.

5615 Corporate Blvd. Suite 400B Baton Rouge, LA 70808

To be signed by a manager or member
Julio E. Rios, II                                                 4-29-13
                                                                         Date

### AGENT AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent(s) for and on behalf of the above named limited liability company.

National Registered Agents, Inc.

Registered Agent(s)
by:Linda Stauffer, Assistant Secretary

Sworn to and subscribed before me, the undersigned Notary Public, on this date: 4-30-13
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

Notary Signature

DOROTHY BELL
Notary Public, State of Texas
My Commission Expires
February 04, 2016

53863 Rev. 08/05

CONFIDENTIAL                                                                 BLFG_EDPA0310353

NOTICE OF CHANGE OF MEMBERS AND MANAGERS
OF
BRIDGER TRANSFER SERVICES, LLC

ARTICLE I
REMOVAL OF MEMBER

Notice is hereby given that J. Emerson Co., LLC is hereby removed as a Member of the above named limited liability company.

ARTICLE II
REMOVAL OF MANAGER

Notice is hereby given that Julio E. Rios, II is hereby removed as Manager of the above named limited liability company.

ARTICLE III
APPOINTMENT OF MANAGER

Notice is hereby given that Bridger, LLC is hereby appointed as Manager of the above named limited liability company. The contact information for Bridger, LLC is:

Bridger, LLC, Manager
Attn: Julio E. Rios, II, President
15510 Wright Brothers Drive
Addison, Texas 75001

This assignment is effective July 1, 2013.

Julio E. Rios, II, Manager

CONFIDENTIAL

BLFG_EDPA0310354

EXECUTION VERSION

### AMENDED AND RESTATED
### ARTICLES OF ORGANIZATION
### OF
### BRIDGER TRANSFER SERVICES, LLC

Pursuant to the Louisiana Business Corporation Act (the *"LBCA"*), Bridger Transfer Services, LLC (the *"Company"*) hereby adopts these Amended and Restated Articles of Organization (the *"Amended Articles"*), effective this 24th day of June 2015, and certifies that:

A.  The original Articles of Organization of the Company were filed with the Secretary of State of the State of Louisiana on June 1, 2011 (the *"Original Articles"*). The name under which the Company was originally formed is "Bridger Transfer Services, LLC."

B.  Each amendment made by these Amended Articles has been made in accordance with the LBCA, and each amendment to the Original Articles has been approved in the manner required under the LBCA and the governing documents of the Company.

The Original Articles are hereby amended and restated in their entirety to read as follows:

### ARTICLE 1

The name of the limited liability company formed hereby is Bridger Transfer Services, LLC (the *"Company"*).

### ARTICLE 2

The purpose for which the Company is formed is to engage in any lawful act or activity for which limited liability companies may be formed under the Louisiana Business Corporation Act.

### ARTICLE 3

The duration of the Company is perpetual.

*(Signature page follows)*

206957139 v2

CONFIDENTIAL                                                                         BLFG_EDPA0310355

**IN WITNESS WHEREOF**, the undersigned has executed these Amended and Restated Articles of Organization as of the date first written above.

BRIDGER TRANSFER SERVICES, LLC

By: BRIDGER LOGISTICS, LLC, its sole member

By: Ferrellgas, L.P., its sole member

By: Ferrellgas, Inc., its general partner

By: _____

Alan C. Heitmann
Executive Vice President, Chief Financial Officer and
Treasurer

STATE OF ~~KANSAS~~ Missouri )
                              ) SS:
COUNTY OF ~~JOHNSON~~ Clay    )

I, Erin M. Strickland ____, a Notary Public, do hereby certify that on the 23 day of June 2015, personally appeared before me Alan C. Heitmann, and, being first duly sworn by me acknowledged that he signed the foregoing document in the capacity therein set forth and declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

By: _Erin M Strickland_
      Notary Public

My Commission expires on: _Jan. 9, 2019_

```
ERIN M. STRICKLAND
Notary Public - Notary Seal
State of Missouri, Clay County
Commission # 15425649
My Commission Expires Jan 9, 2019
```

(Notary Seal)

*Signature Page to Amended & Restated Articles of Organization of Bridger Transfer Services, LLC*

CONFIDENTIAL                                                    BLFG_EDPA0310356



**Tom Schedler**
**Secretary of State**

## NOTICE OF CHANGE OF MEMBERS AND/OR MANAGERS
## OF A LIMITED LIABILITY COMPANY

Enclose $25 Filing Fee
Domestic Limited Liability Company
Make remittance payable to Secretary of State

*Do Not Send Cash*

Return to:  Commercial Division
P. O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704
Web Site:  www.sos.la.gov

Limited Liability Company Name: **Bridger Transfer Services, LLC**

### REMOVAL OF MEMBERS AND/OR MANAGERS

Notice is hereby given that the above named limited liability company authorized the removal of the following:
*Only the titles indicated will be removed.*

Bridger, LLC - Manager
_____
Name and Title

Troy S. Lee, Manager
_____
Name and Title

_____
Name and Title

_____
Name and Title

_____
Name and Title

_____
Name and Title

_____                7-24-15
To be signed by a member or manager     Date

### ADDITION OF MEMBERS AND/OR MANAGERS

Notice is hereby given that the above named limited liability company has authorized the addition of the
following: *Only the titles indicated will be added.*

Bridger Logistics, LLC, Manager, 2009 Chenault Drive, Suite 100, Carrollton, TX 75006
_____                _____
Name and Title                          Municipal Address

_____                _____
Name and Title                          Municipal Address

_____                _____
Name and Title                          Municipal Address

_____                _____
Name and Title                          Municipal Address

_____                7-24-15
To be signed by a member or manager     Date

SS983A Rev. 09/11                                        (See Instructions on back)

CONFIDENTIAL                                             BLFG_EDPA0310357



# National Registered Agents, Inc.

*... "NRAI, the best choice for statutory representation"*

October 16, 2015

Louisiana Secretary of State's Office
Att: Jewel Moore
8585 Archives Avenue
Baton Rouge, LA 70809

RE: CHANGE OF ADDRESS OF AGENT FOR SERVICE OF PROCESS

Dear Ms. Moore,

National Registered Agents, Inc. provides the agent for service of process in Louisiana.   Please be advised that the address of the agent for service process has been changed from: 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808: to:

> National Registered Agents, Inc.
> 3867 Plaza Tower Dr
> Baton Rouge, LA 70816-4378
> Phone # (225) 292-9400 ext. 107
> Email: CLS-Reps-Louisiana@wolterskluwer.com

The registered agent has notified all of the corporations for which it serves as registered agent of the change in its address to: 3867 Plaza Tower Dr., Baton Rouge, LA 70816-4378

Enclosed is our check for $21,485.00 to cover the filing fee.

Please advise us when the address change has been noted and issue whatever evidence of filing that may be usual.

Thank you,

National Registered Agents, Inc.

Marie Hauer, Manager Agent Services
111 8th Avenue, 13th Floor
New York, NY 10011
marie.hauer@wolterskluwer.com

Officer Signature: *Candice Pignataro*

**Candice Pignataro**
**Vice President**

---

CONFIDENTIAL                                                                      BLFG_EDPA0310358

| **Tom Schedler**<br>**Secretary of State**<br> | **NOTICE OF CHANGE OF REGISTERED OFFICE**<br>**AND/OR CHANGE OF REGISTERED AGENT**<br>**(R.S. 12:1308)** | |
|---|---|---|
| | **Enclose $25 Filing Fee**<br>**Domestic Limited Liability Company**<br>**Make remittance payable to**<br>**Secretary of State**<br>***Do Not Send Cash*** | Return to: Commercial Division<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704<br>Web Site: www.sos.la.gov |

Limited Liability Company Name:

BRIDGER TRANSFER SERVICES, LLC

### CHANGE OF LOCATION OF REGISTERED OFFICE

Notice is hereby given that the above named limited liability company has authorized a change in the location of its registered office.  The new registered office is located at:

_____

<table>
<tr><td>To be signed by a member or manager</td><td>Date</td></tr>
</table>

### CHANGE OF REGISTERED AGENT(S)

Notice is hereby given that the above named limited liability company has authorized the change of its registered agent(s).  The name(s) and address(es) of the new registered agent(s) is/are as follows:

C T Corporation System,   3867 Plaza Tower Dr Baton Rouge LA 70816-4378

_____

*Cathy S. Brown*        10/20/2015

To be signed by a manager or member     Date
Cathy S. Brown

### AGENT AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent(s) for and on behalf of the above named limited liability company.

C T Corporation System
_____
Registered Agent(s)

Sworn to and subscribed before me, the undersigned Notary Public, on this date: 10/20/2015

**NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #**

_____
Notary Signature

JUSTIN REVELLE
Notary Public - Notary Seal
State of Missouri
St. Charles County
My Commission Expires Jul 25, 2016
Commission # 12417248

SS983 Rev. 09/11

LA046 - 10/16/2015 Wolters Kluwer Online

CONFIDENTIAL

BLFG_EDPA0310359

## STATE OF LOUISIANA
## NAME CHANGE AMENDMENT
### R.S. 12:1309

**Old Name:** BRIDGER TRANSFER SERVICES, LLC

**New Name:** JAMEX TRANSFER SERVICES LLC

**Date amendment Adopted:** 02/01/2016

**Manner of Adoption:** Unanimously approved by members

**The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.**

By typing my name below, I hereby certify that I am a Member/Manager

**Electronic Signature of a Member/Manager:** JAMES BALLENGEE (2/23/2016)

**Title:** MANAGER

**CONFIDENTIAL**



**Tom Schedler**
**Secretary of State**

| LIMITED LIABILITY COMPANY |
| ANNUAL REPORT |
| For Period Ending |
| 6/1/2015 |



40525761K



2015

Mailing Address Only   **(INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)**

40525761 K                                                          1
BRIDGER TRANSFER SERVICES, LLC

2009 CHENAULT DRIVE
SUITE 100
CARROLLTON, TX  75006

**(INDICATE CHANGES TO THIS ADDRESS IN THIS BOX)**

Registered Office Address in Louisiana       (Do not use P. O. Box)
5615 CORPORATE BLVD
SUITE 400B
BATON ROUGE, LA  70808

Federal Tax ID Number

Our records indicate the following registered agents for the company.  Indicate any changes or deletions below.  All agents must have a Louisiana address.  Do not use a P. O. Box.   **A**
**NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**

NATIONAL REGISTERED AGENTS, INC.
5615 CORPORATE BLVD., STE. 400B  BATON ROUGE, LA  70808

I hereby accept the appointment of registered agent(s).

**New Registered Agent Signature**

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

**Notary Signature**              **Date**

This report reflects a maximum of three members/managers for the company.  Indicate any changes or deletions below.  Include a listing of all names and addresses.  Do not use a P. O. Box.  If additional space is needed attach an addendum.  *Officer titles, such as president or secretary are not acceptable* .

BRIDGER, LLC                                                        Manager
    2009 CHENAULT DRIVE SUITE 100 CARROLLTON, TX  75006
TROY S. LEE                                                           Manager
    2009 CHENAULT DRIVE SUITE 100 CARROLLTON, TX  75006

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

**SIGN ➙**

| To be signed by a manager, member, or agent | Title | Phone | Date |
| MICHELLE DONATO | POA | | 05/28/2015 |
| (SIGNED ELECTRONICALLY) | | | |

Signee's address                          Email Address
                                          wkct-fmar@innodata.com

(For Office Use Only)

Enclose filing fee of    $30.00          Return by:     6/1/2015

Make remittance payable to Secretary of State          To:  **Commercial Division**
            **Do Not Send Cash**                              P. O. Box 94125
            **Do Not Staple**                                 Baton Rouge, LA 70804-9125
web site:  www.sos.louisiana.gov      **DO NOT STAPLE**       Phone (225) 925-4704

2

**UNSIGNED REPORTS WILL BE RETURNED**

**CONFIDENTIAL**                                                                 **BLFG_EDPA0310361**