# EXHIBIT B

# Declaration of J. Rios

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>       Plaintiff/Counter-defendant,<br><br>v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>       Defendants,<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>       Defendants/Counterclaimants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. 2:17-cv-00495-JD<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DECLARATION OF JULIO E. RIOS, II**

I, Julio E. Rios, II, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am over the age of 18 and competent to testify as to the matters set forth herein.

2. The contents of this Declaration are based on my personal knowledge as a former employee of Bridger Administrative Services, LLC (a subsidiary of Bridger, LLC ("Bridger")), and Ferrellgas, Inc.

3. Bridger Transfer Services, LLC ("BTS") was organized as a limited liability company under Louisiana law on June 1, 2011.

4. BTS did not have an operating agreement.

5. I was never a member of BTS.

6. I served as a manager of BTS before July 1, 2013, when the Eddystone facility was still under construction and not yet in operation, and not after.

7. On June 24, 2015, Ferrellgas Partners, L.P. ("FGP") acquired the membership interests of Bridger Logistics, LLC ("Bridger Logistics") from Bridger.

1

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2020, in Dallas, Texas.

_____
Julio E. Rios, II