# EXHIBIT C

# Declaration of J. Gamboa

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>            Plaintiff/Counter-defendant,<br><br>     v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>            Defendants,<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>            Defendants/Counterclaimants. | No. 2:17-cv-00495-JD |

## DECLARATION OF JEREMY GAMBOA

I, Jeremy Gamboa, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am over the age of 18 and competent to testify as to the matters set forth herein.

2. The contents of this Declaration are based on my personal knowledge as a former employee of Bridger Administrative Services, LLC (a subsidiary of Bridger, LLC ("Bridger")), and Ferrellgas, Inc.

3. Bridger Transfer Services, LLC ("BTS") was organized as a limited liability company under Louisiana law on June 1, 2011.

4. BTS did not have an operating agreement.

5. I was never a manager or member of BTS.

6. On June 24, 2015, Ferrellgas Partners, L.P. ("FGP") acquired the membership interests of Bridger Logistics, LLC ("Bridger Logistics") from Bridger.

1

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2020, in Dallas, Texas.

_____
Jeremy Gamboa

2