# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>　　　　Plaintiff/Counter-defendant,<br><br>　v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>　　　　Defendants,<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>　　　　Defendants/Counterclaimants. | :<br>:<br>:<br>:<br>:<br>:<br>: No. 2:17-cv-00495-JD<br>:<br>:<br>:<br>:<br>:<br>: |

## [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COUNT IV (BREACH OF FIDUCIARY DUTY)

Before me is the Motion for Summary Judgment on Plaintiffs' Count IV filed by Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. I find that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law on Plaintiff's Count IV.

Defendants' Motion for Summary Judgment on Count IV is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE DuBOIS, JAN E.
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 20_____.

1