IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL | : | Civil Action |
| v. | : | |
| BRODGER LOGISTICS, | : | No.: 17-495 |

### ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __17-495__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Mikiko Akemi Thelwell__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Illinois | 11-06-2014 | 6316665 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

__Mikiko Thelwell__
(Applicant's Signature)

Digitally signed by: Mikiko Thelwell
DN: CN = Mikiko Thelwell email = mthelwell@steptoe.com C = AD O = Steptoe & Johnson LLP
Date: 2020.08.18 16:43:33 -04'00'

_____
(Date)

Name of Applicant's Firm: Steptoe & Johnson LLP
Address: 227 W. Monroe Street, Suite 4700, Chicago, Illinois 60606
Telephone Number: 312-577-1259
Email Address: mthelwell@steptoe.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/27/2020__
(Date)

_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Mikiko Akemi Thelwell to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Terence Grugan | Terence Grugan<br>Digitally signed by: Terence Grugan<br>DN: CN = Terence Grugan email = grugant@ballardspahr.com C = AD O = Ballard Spahr LLP<br>Date: 2020.08.18 16:47:56 -04'00' | 2011 | 307211 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103; 215-864-8320

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/18/2020                                       Terence Grugan
_____                                     _____
(Date)                                                       (Sponsor's Signature)

Digitally signed by: Terence Grugan
DN: CN = Terence Grugan email = grugant@ballardspahr.com C = AD O = Ballard Spahr LLP
Date: 2020.08.18 16:59:01 -04'00'

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eddystone Rail Company, L | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Bridger Logistics, LLC, et al | : | No.: 17cv495 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Mikiko Akemi Thelwell  _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

All counsel of record via the court's ECF system



Terence Grugan
Digitally signed by: Terence Grugan
DN: CN = Terence Grugan email = grugant@ballardspahr.com C = AD O = Ballard Spahr LLP
Date: 2020.08.18 17:01:37 -04'00'

_____
(Signature of Attorney)

Terence Grugan
_____
(Name of Attorney)

Eddystone Rail Company, LLC
_____
(Name of Moving Party)

08/18/2020
_____
(Date)