IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDYSTONE RAIL : Civil Action
:
v. :
:
BRODGER LOGISTICS, : No.: 17-495

ORDER

AND NOW, this 20th day of August 2020, it is hereby

ORDERED that the application of ___Mikiko Akemi Thelwell___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s / Hon. Jan E. DuBois
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.