## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17–cv–00495 |
| | ) | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, | ) | |
| JEREMY GAMBOA, FERRELLGAS | ) | |
| PARTNERS, L.P., and FERRELLGAS L.P. | ) | |
| | ) | |
| Defendants/Counterclaimants/ | ) | |
| Third-Party Plaintiffs. | ) | |
| | ) | |
| _____ | ) | |

### STIPULATION REGARDING ADMISSIBILITY OF EVIDENCE

WHEREAS, the parties to the above-captioned matter (the "Parties") have recently discussed various methods to streamline the process of admitting evidence in this case, including at trial; and

WHEREAS, as a result of those discussions, the Parties have reached agreement regarding several proposed compromises relating to the admissibility of several categories of documents;

NOW, WHEREFORE, IT IS HEREBY STIPULATED and AGREED by the Parties as follows:

1.      There shall be a rebuttable presumption that all documents produced in discovery in the above-captioned action (the "Action") meet the requirements for authenticity under Fed. R. Evid. 901, the presumption being rebuttable upon the submission of competent evidence contesting authenticity.

2.      The following categories of documents produced before July 28, 2020 in discovery in this Action shall be considered to meet the business records exception to the hearsay rule as set forth in Fed. R. Evid. 803(6)): (i) accounting documents, (ii) reports reflecting operations at the Eddystone, Pa. transloading facility ("Facility") or rail and barge movements, (iii) monthly management reports, and (iv) rate sheets.

3.      As used in Paragraph 2, above,

(i) "accounting documents" shall mean (a) all records, spreadsheets, and other documents sourced from any accounting system of any Bridger/Ferrellgas entity, Eddystone, or any Jamex entity, including without limitation general ledgers, sub-ledgers, accounts payable and accounts receivable registers, journal entries, trial balances, income statements, balance sheets, cash flow statements, and any other reports of the data in such accounting system (excluding any reports created for purposes of this litigation); and (b) invoices sent to or by any Bridger/Ferrellgas entity, Eddystone, or any Jamex entity;

(ii) "reports reflecting operations at the Eddystone, Pa. transloading facility or rail and barge movements" shall mean the records, spreadsheets, and other documents created or compiled by any Bridger/Ferrellgas entity or Eddystone that reflect transloading operations at the Facility and/or train and barge transit to or from the Facility, including train tracking reports, barge tracking reports, and documents disclosing storage tank levels, loading rates, or unloading rates;

(iii) "monthly management reports" shall include the spreadsheets created by any Bridger entity reflecting consolidated accounting and financial information of Bridger entities;

16549002 1

(iv) "rate sheets" shall mean spreadsheets and records reflecting fee schedules created by any Bridger or Ferrellgas entity.

| | |
|---|---|
| Attorneys for Plaintiff/Counterdefendant Eddystone Rail Company, LLC | Attorneys for Defendants/Counterlaimants/Third-Party Plaintiffs, Bridger Logistics, LLC, Ferrellgas Partners, LP, and Ferrellgas, LP |

s/ Andrew J. Sloniewsky
Henry E. Hockeimer, Jr. (PA #86768)
Terence M. Grugan (PA #307211)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
hockeimerh@ballardspahr.com
grugant@ballardspahr.com

Filiberto Agusti (pro hac vice)
Jeffrey M. Theodore (pro hac vice)
Andrew J. Sloniewsky (pro hac vice)
Nicholas Petts (pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
fagusti@steptoe.com
jtheodore@steptoe.com
asloniewsky@steptoe.com
npetts@steptoe.com

Attorneys for Defendants Julio Rios and Jeremy Gamboa

s/ Jonathan D. Kelley
Julie Negovan, Esquire (1651)
GRIESING LAW, LLC
1717 Arch Street, Suite 3630
Philadelphia, Pennsylvania 19103
jnegovan@griesinglaw.com

s/ Jacob A. Kramer
Richard L. Scheff (PA #35213)
Michael C. Witsch (PA #313884)
ARMSTRONG TEASDALE LLP
One Commerce Square
2005 Market Street, 29th Floor
Philadelphia, PA 19103
Tel. (267) 780-2000
Fax (215) 405-9070
rscheff@mmwr.com
mwitsch@mmwr.com

Lawrence G. Scarborough (pro hac vice)
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 541-2000
Facsimile:  (212) 541-4630
lgscarborough@bclplaw.com

Jacob A.  Kramer (pro hac vice)
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone:  (202) 508-6000
Facsimile:  (202) 508-6200
jake.kramer@bclplaw.com

Brian C. Walsh (pro hac vice)
Alicia E. Ragsdale Olszeski (pro hac vice)
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St.  Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020

16549002 1

Jeremy A. Fielding, PC (pro hac vice)
jeremy.fielding@kirkland.com
Jonathan D. Kelley (pro hac vice)
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street, 27th Floor
Dallas, Texas 75201
Telephone:  (214) 972-1755
Facsimile: (214) 972-1771

brian.walsh@bclplaw.com
ali.ragsdale@bclplaw.com

Sarah L. Hartley (pro hac vice)
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
sarah.hartley@bclplaw.com

SO ORDERED:

_____
    Hon. Jan. E. DuBois, J.

16549002 1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this August 24, 2020 caused copies of the foregoing

Stipulation Regarding Admissibility of Evidence to be sent to counsel for all parties via email.

Dated:  August 24, 2020

_____/s/ Andrew J. Sloniewsky_____
Andrew J. Sloniewsky

16549002 1