IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,   Plaintiff, | CIVIL ACTION |
| v. | |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., BRIDGER ADMINISTRATIVE SERVICES II, LLC, BRIDGER MARINE, LLC, BRIDGER RAIL SHIPPING, LLC, BRIDGER REAL PROPERTY, LLC, BRIDGER STORAGE, LLC, BRIDGER SWAN RANCH, LLC, BRIDGER TERMINALS, LLC, BRIDGER TRANSPORTATION, LLC, BRIDGER ENERGY, LLC, BRIDGER LEASING, LLC, BRIDGER LAKE, LLC, J.J. LIBERTY, LLC, and J.J. ADDISON PARTNER, LLC,   Defendants. | NO.  17-495 |

# O R D E R

**AND NOW**, this 21st day of August, 2020, upon consideration of the Joint Motion to Amend Scheduling Order (Document No. 387, filed August 20, 2020) in which the parties request a short extension of the deadlines in the Order dated July 9, 2020, and good cause appearing, **IT IS ORDERED** that Joint Motion to Amend Scheduling Order is **GRANTED**.

**IT IS FURTHER ORDERED** that the case shall proceed on the following schedule:

1. Disclosure of Experts in Support of Claims and Counterclaims has been completed;

2. Disclosure of Opposition Experts has been completed;

      3.      Completion of Fact Depositions has been completed;

      4.      Submission of Expert Reports in Support of Claims and Counterclaims – October 14, 2020;

      5.      Submission of Expert Reports in Opposition to Claims and Counterclaims – November 13, 2020;

      6.      Submission of Rebuttal Expert Reports – December 4, 2020;

      7.      Completion of Expert Discovery, Including Expert Witness Depositions – January 15, 2021;

      8.      Any motions for summary judgment and *Daubert* motions shall be filed and served on or before February 12, 2021.  Pursuant to the Court's *Pretrial and Trial Procedures*, moving parties shall include with any motion for summary judgment a separate, short and concise statement of the material facts as to which the moving party contends there is no genuine issue of material fact, with citations to the record.  The response to any such motion shall be filed and served within four (4) weeks of the date of service of the motion but in no event later than March 12, 2021.  The response to the motion for summary judgment shall include a separate, short and concise statement of material facts, responding to the numbered paragraphs set forth in the moving party's statement, as to which it is contended that there exists a genuine issue of material fact, with citations to the record.  The responding party may also set forth, in additional numbered paragraphs, any additional material facts which the responding party contends preclude the granting of the motion for summary judgment, with citations to the record.  Replies may be filed with leave of Court requested by email to Chambers.  Two (2) copies of any such motions and responses shall be served on the Court (Chambers, Room 12613) when the originals are filed.

**IT IS FURTHER ORDERED** that the Court will conduct a telephone conference to schedule further proceedings, if necessary, after ruling on any motions for summary judgment.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**