IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br>    Plaintiff,<br><br>          v.<br><br>**BRIDGER LOGISTICS, LLC,**<br>**JULIO RIOS,**<br>**JEREMY GAMBOA,**<br>**FERRELLGAS PARTNERS, L.P.,**<br>**FERRELLGAS, L.P.,**<br>**BRIDGER ADMINISTRATIVE**<br>**SERVICES II, LLC,**<br>**BRIDGER MARINE, LLC,**<br>**BRIDGER RAIL SHIPPING, LLC,**<br>**BRIDGER REAL PROPERTY, LLC,**<br>**BRIDGER STORAGE, LLC,**<br>**BRIDGER SWAN RANCH, LLC,**<br>**BRIDGER TERMINALS, LLC,**<br>**BRIDGER TRANSPORTATION, LLC,**<br>**BRIDGER ENERGY, LLC,**<br>**BRIDGER LEASING, LLC,**<br>**BRIDGER LAKE, LLC,**<br>**J.J. LIBERTY, LLC, and**<br>**J.J. ADDISON PARTNER, LLC,**<br>    Defendants, | CIVIL ACTION<br><br><br><br>NO.  17-495 |

# O R D E R

**AND NOW**, this 21st day of August, 2020, upon consideration of Consent Motion for Extension of Time to Respond to Motion for Partial Summary Judgment (Document No. 388, filed August 21, 2020), the Court, by separate Order dated August 21, 2020, having directed that "the response to any such motion [for summary judgment] shall be filed and served within four (4) weeks of the date of service of the motion but in no event later than March 12, 2021," and the Court noting that the Defendant's Motion for Partial Summary Judgment on Plaintiff's Count IV (Breach of Fiduciary Duty) (Document No. 384) was filed and served on August 13, 2020, and the deadline for responding to any motion for summary is four (4) weeks from the date of

2

service, that is, by September 10, 2020, the same date as requested in the Consent Motion for Extension of Time to Respond to the Motion for Summary Judgment, **IT IS ORDERED** that Consent Motion for Extension of Time to Respond to Motion for Partial Summary Judgment is **DENIED AS MOOT**.

                                          **BY THE COURT:**

                                        **/s/ Hon. Jan E. DuBois**

                                          **DuBOIS, JAN E., J.**