**BRYAN CAVE LEIGHTON PAISNER**

Jacob A. Kramer
Partner
Direct: (202) 508-6153
Fax: (202) 220-7453
jake.kramer@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
www.bclplaw.com

September 14, 2020

The Honorable Jan E. DuBois
United States District Court – Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 12613
Philadelphia, PA 19106

Re:   Eddystone Rail Company, LLC v. Bridger Logistics, LLC, et al.
      Case No. 2:17-cv-00495-RK /USDC – Eastern District of Pennsylvania

Dear Judge DuBois:

On behalf of the BL/FG Defendants, we write to seek leave to file a reply brief in further support of the BL/FG Defendants' Motion for Partial Summary Judgment (Dkt. 384), in order to respond to arguments made by Plaintiff Eddystone in its September 10, 2020 opposition brief (Dkt. 396). We have consulted with counsel for Plaintiff Eddystone, who advised that Plaintiff does not object to our request for leave to file a reply.[1]

If the Court permits a reply brief, the BL/FG Defendants respectfully ask that the Court set an October 1, 2020 filing deadline. As always, we are available to discuss these matters if it would be helpful to the Court.

Respectfully,

Jacob A. Kramer
Liaison Counsel for the BL/FG Defendants

cc:   All Counsel of Record

---

[1] Pursuant to the Court's August 16, 2020 Scheduling Order, the BL/FG Defendants submit this request via email. (Dkt. 391 at 2 ("Replies may be filed with leave of Court requested by email to Chambers.")).

1