IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **BRIDGER LOGISTICS, LLC,**<br>**JULIO RIOS,**<br>**JEREMY GAMBOA,**<br>**FERRELLGAS PARTNERS, L.P.,**<br>**FERRELLGAS, L.P.,**<br>**BRIDGER ADMINISTRATIVE**<br>**SERVICES II, LLC,**<br>**BRIDGER MARINE, LLC,**<br>**BRIDGER RAIL SHIPPING, LLC,**<br>**BRIDGER REAL PROPERTY, LLC,**<br>**BRIDGER STORAGE, LLC,**<br>**BRIDGER SWAN RANCH, LLC,**<br>**BRIDGER TERMINALS, LLC,**<br>**BRIDGER TRANSPORTATION, LLC,**<br>**BRIDGER ENERGY, LLC,**<br>**BRIDGER LEASING, LLC,**<br>**BRIDGER LAKE, LLC,**<br>**J.J. LIBERTY, LLC, and**<br>**J.J. ADDISON PARTNER, LLC,**<br>Defendants, | NO. 17-495 |

## O R D E R

**AND NOW**, this 24th day of September, 2020, upon consideration of the letter/request[1] submitted by Eddystone Rail Company, LLC ("Eddystone"), seeking leave to file a single brief (1) in opposition to the Motion to Compel Additional Testimony Under Rule 30(b)(6) and for Sanctions filed by defendants Julio Rios and Jeremy Gamboa (Document Nos. 401, 403) and the Cross-Motion for Sanctions filed by defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (Document No. 405), and (2) in further support of their Motion for a Protective Order (Document No. 395), there being no objection, **IT IS ORDERED** that

---

[1] A copy of the letter/request dated September 23, 2020, shall be docketed by the Deputy Clerk.

2

Eddystone's request is **GRANTED**.  Eddystone is granted leave to file and serve a single brief with respect to the three motions on or before October 6, 2020.[2]

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

---
**DuBOIS, JAN E., J.**

---

[2]  Courtesy copies shall not be served on the Court at this time because of delivery disruptions related to COVID-19.