IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br>      Plaintiff, | CIVIL ACTION |
| v. | |
| **BRIDGER LOGISTICS, LLC,**<br>**JULIO RIOS,**<br>**JEREMY GAMBOA,**<br>**FERRELLGAS PARTNERS, L.P.,**<br>**FERRELLGAS, L.P.,**<br>**BRIDGER ADMINISTRATIVE**<br>**SERVICES II, LLC,**<br>**BRIDGER MARINE, LLC,**<br>**BRIDGER RAIL SHIPPING, LLC,**<br>**BRIDGER REAL PROPERTY, LLC,**<br>**BRIDGER STORAGE, LLC,**<br>**BRIDGER SWAN RANCH, LLC,**<br>**BRIDGER TERMINALS, LLC,**<br>**BRIDGER TRANSPORTATION, LLC,**<br>**BRIDGER ENERGY, LLC,**<br>**BRIDGER LEASING, LLC,**<br>**BRIDGER LAKE, LLC,**<br>**J.J. LIBERTY, LLC, and**<br>**J.J. ADDISON PARTNER, LLC,**<br>      Defendants, | NO.  17-495 |

## O R D E R

**AND NOW**, this 16th day of December, 2020, upon consideration of the Motion for Summary Judgment on Count IV of Plaintiff's First Amended Complaint filed by Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (collectively, the "BL/FG Defendants") (Document No. 384, filed August 13, 2020), Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (Document No. 396, filed September 10, 2020), and the BL/FG Defendants' Reply in Support of Their Motion for Summary Judgment on Count IV of Plaintiff's First Amended Complaint (Document No. 409, filed October 1, 2020), for the reasons stated in the accompanying Memorandum dated December 16, 2020, **IT IS ORDERED** that the

2

BL/FG Defendants' Motion for Summary Judgment on Count IV of Plaintiff's First Amended Complaint is **DENIED**.

                                        **BY THE COURT:**

                                        /s/ **Hon. Jan E. DuBois**

                                            **DuBOIS, JAN E., J.**