# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br><br>   Plaintiff/Counter-Defendant,<br><br>   v.<br><br>BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P. *et al.*<br><br>   Defendants.<br><br>BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P.<br><br>   Defendants/Counterclaimants | No. 17-cv-00495 |

## PLAINTIFF EDDYSTONE RAIL COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON AMENDED COUNTERCLAIMS

Plaintiff Eddystone Rail Company, LLC ("Eddystone") hereby moves for summary judgment on the Amended Counterclaims of Ferrellgas Partners, L.P., Ferrellgas, L.P., and Bridger Logistics, LLC pursuant to Federal Rule of Civil Procedure 56 and in accordance with the Court's September 1, 2021 Order (Dkt. 480). In support of the present motion, Eddystone relies upon the accompanying memorandum and supporting materials. A proposed order is also supplied.

Dated: September 28, 2021      Respectfully submitted,

                 */s/ Filiberto Agusti*
                 Henry E. Hockeimer, Jr. (I.D. No. 86768)
                 BALLARD SPAHR LLP
                 1735 Market Street, 51st Floor
                 Philadelphia, PA 19103-7599
                 Telephone: (215) 665-8500
                 Facsimile: (215) 864-8999
                 hockeimerh@ballardspahr.com

grugant@ballardspahr.com

Filiberto Agusti (*pro hac vice*)
Steven Barber (pro hac vice)
Andrew J. Sloniewsky (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
fagusti@steptoe.com

*Counsel for Eddystone Rail Company, LLC*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via the Court's ECF system on September 28, 2021, thereby serving all counsel of record.

Dated September 28, 2021

/s/ *Andrew J. Sloniewsky*
Andrew J. Sloniewsky