IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) No. 17-cv-00495 |
| v. | )<br>) |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., and FERRELLGAS L.P. *et al.* | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P. | )<br>)<br>) |
| Defendants/Counterclaimants | )<br>) |

**[PROPOSED] ORDER**

This cause coming before the Court on Plaintiff Eddystone Rail Company LLC's Motion for Summary Judgment on Amended Counterclaims (the "Motion"), it is hereby

ORDERED that the Motion is granted.

Dated: _____

_____
JOSHUA D. WOLSON
U.S. District Judge