UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>　　　　Plaintiff/Counter-defendant,<br><br>　v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>　　　　Defendants,<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>　　　　Defendants/Counterclaimants. | :<br>:<br>:<br>:<br>:<br>:<br>: No. 2:17-cv-00495-JDW<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants respectfully submit this Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment on All Counts of Plaintiff's First Amended Complaint.[1] Defendants respectfully ask the Court to dismiss the action for lack of subject matter jurisdiction because there is no basis for admiralty jurisdiction, pursuant Rule 12 of the Federal Rules of Civil Procedure. In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants ask the Court to grant summary judgment in their favor and against Plaintiff Eddystone Rail Company, LLC ("ERC") on each of the four claims set forth in ERC's First Amended Complaint (Dkt. 182): (1) alter ego, (2) intentional fraudulent transfer, (3)

---

[1] "Defendants" include Ferrellgas Partners, L.P.; Ferrellgas, L.P.; Bridger Logistics, LLC; Bridger Administrative Services II, LLC; Bridger Marine, LLC; Bridger Rail Shipping, LLC; Bridger Real Property, LLC; Bridger Storage, LLC; Bridger Swan Ranch, LLC; Bridger Terminals, LLC; Bridger Transportation, LLC; Bridger Energy, LLC; Bridger Leasing, LLC; Bridger Lake, LLC; J.J. Liberty, LLC; and J.J. Addison Partners, LLC.

constructive fraudulent transfer, and (4) breach of fiduciary duty.  The grounds for this motion are detailed in the attached and incorporated Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment on All Counts of Plaintiff's First Amended Complaint (the "Memorandum").

Based on the foregoing and for the reasons set forth in the Memorandum, Defendants respectfully ask the Court to grant their Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment on All Counts of Plaintiff's First Amended Complaint.

Dated: September 28, 2021.

        Respectfully submitted,

By: */s/ Lawrence G. Scarborough*

    Richard E. Coe (I.D. No. 94539)
    Victoria Foltz Cordova (I.D. No. 326433)
    FAEGRE DRINKER BIDDLE & REATH LLP
    One Logan Square, Suite 2000
    Philadelphia, Pennsylvania 19103
    Telephone:  (215) 988-2700
    Facsimile:  (215) 988-2757
    richard.coe@faegredrinker.com
    victoria.cordova@faegredrinker.com

    Lawrence G. Scarborough (Admitted *Pro Hac Vice*)
    FAEGRE DRINKER BIDDLE & REATH LLP
    1177 Avenue of the Americas, 41st Floor
    New York, New York 10036
    Telephone: (212) 248-3140
    Facsimile: (212) 248-3141
    lawrence.scarborough@faegredrinker.com

    Jacob A. Kramer (Admitted *Pro Hac Vice*)
    Rachel A. Beck (Admitted *Pro Hac Vice*)
    FAEGRE DRINKER BIDDLE & REATH LLP
    1050 K Street NW, Suite 400
    Washington, D.C. 20001

Telephone: (202) 312-7400
Facsimile: (202) 312-7461
jake.kramer@faegredrinker.com
rachel.beck@faegredrinker.com

*Attorneys for Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas L.P., Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, J.J. Addison Partners, LLC, J.J. Liberty, LLC, Bridger Admin Services II LLC, Bridger Energy, LLC, Bridger Lake, LLC, Bridger Leasing, LLC, and Bridger Marine, LLC*

## **CERTIFICATE OF SERVICE**

     I, Lawrence G. Scarborough, hereby certify that, on September 28, 2021, a true and correct copy of the foregoing Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment on All Counts of Plaintiff's First Amended Complaint was filed electronically via the Court's ECF filing system. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

                                                                             /s/ *Lawrence G. Scarborough*