UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>    Plaintiff/Counter-defendant,<br><br> v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>    Defendants,<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>    Defendants/Counterclaimants. | No. 2:17-cv-00495-JDW |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Summary Judgment on All Counts of Plaintiff's First Amended Complaint ("Motion"), and all related briefing, and for good cause having been shown, it is hereby ORDERED that Defendants' Motion is GRANTED to the extent it seeks to dismiss the action based on lack of subject matter jurisdiction and is DENIED AS MOOT to the extent it seeks summary judgment.

This case is hereby DISMISSED for lack of subject matter jurisdiction.

**[ALTERNATIVE PROPOSED] ORDER**

[Upon consideration of Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction Or, In The Alternative, For Summary Judgment On All Counts Of Plaintiff's First Amended Complaint ("Motion"), and all related briefing, and for good cause having been shown, it is hereby ORDERED that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, JUDGMENT IS ENTERED in favor of Defendants Ferrellgas Partners, L.P.; Ferrellgas, L.P.;

Bridger Logistics, LLC; Bridger Administrative Services II, LLC; Bridger Marine, LLC; Bridger Rail Shipping, LLC; Bridger Real Property, LLC; Bridger Storage, LLC; Bridger Swan Ranch, LLC; Bridger Terminals, LLC; Bridger Transportation, LLC; Bridger Energy, LLC; Bridger Leasing, LLC; Bridger Lake, LLC; J.J. Liberty, LLC; and J.J. Addison Partners, LLC and against Plaintiff Eddystone Rail Company, LLC on each of the four claims asserted in the First Amended Complaint (Dkt. 182): (1) alter ego; (2) intentional fraudulent transfer; (3) constructive fraudulent transfer; and (4) breach of fiduciary duty.]

    IT IS SO ORDERED.

BY THE COURT:

Dated: _____

JOSHUA D. WOLSON  
U.S. District Judge