UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>    Plaintiff/Counter-defendant,<br><br>    v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>    Defendants,<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>    Defendants/Counterclaimants. | :<br>:<br>:<br>:<br>:<br>:<br>: No. 2:17-cv-00495-JDW<br>:<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF RACHEL A. BECK, ESQ., IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON ALL COUNTS OF <u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

I, Rachel A. Beck, pursuant to 28 U.S.C. § 1746, hereby state and declare:

1. I am an attorney at the law firm of Faegre Drinker Biddle & Reath, LLP ("Faegre Drinker"), counsel of record for Defendants in the above-captioned matter.[1] I am an attorney duly admitted to practice in the State of California and the District of Columbia, and I am admitted *pro hac vice* in the above-captioned matter.

2. I am over the age of 18 and competent to testify as to the matters set forth herein.

3. Attached as **<u>Exhibit 1</u>** to Defendants' Statement of Material Undisputed Facts ("SUMF"), is a true and correct copy of excerpts from the November 30, 2018 deposition of Vincent Paradis.

---

[1] "Defendants" include Ferrellgas Partners, L.P.; Ferrellgas, L.P.; Bridger Logistics, LLC; Bridger Administrative Services II, LLC; Bridger Marine, LLC; Bridger Rail Shipping, LLC; Bridger Real Property, LLC; Bridger Storage, LLC; Bridger Swan Ranch, LLC; Bridger Terminals, LLC; Bridger Transportation, LLC; Bridger Energy, LLC; Bridger Leasing, LLC; Bridger Lake, LLC; J.J. Liberty, LLC; and J.J. Addison Partners, LLC.