# EXHIBIT 6

| | | |
|---|---|---|
| **Tom Schedler**<br>**SECRETARY OF STATE** | State of Louisiana<br>Secretary of State<br> | COMMERCIAL DIVISION<br>225.925.4704<br><br>Administrative Services<br>225.932.5317 Fax<br>Corporations<br>225.932.5314 Fax<br>Uniform Commercial Code<br>225.932.5318 Fax |

January 4, 2012

The attached document of BRIDGER LOGISTICS, LLC was received and filed on December 30, 2011.

MS 40527812K

Rev 09/09       Mailing Address: P.O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

CONFIDENTIAL                                                    BLFG_EDPA0054889

Fax Server                  1/4/2012 12:55:51 PM    PAGE    3/003    Fax Server
              Case 2:17-cv-00495-JDW   Document 495-10   Filed 09/28/21   Page 3 of 11

DEC/30/2011/FRI 06:03 AM    BALLENGEE INTEREST          FAX No. 318-429-7103                P. 006

# NOTICE OF CHANGE OF MEMBERS
# AND MEMBERSHIP INTERESTS
# OF
# BRIDGER LOGISTICS, LLC

## ARTICLE I
## ADDITION OF MEMBER

Notice is hereby given that the above named limited liability company has authorized the addition of the following in said portion:

J. Emerson Co., LLC, Member (1%)
800 Spring Street, Suite 202
Shreveport, Louisiana 71101

The membership interest assigned to J. Emerson Co., LLC from Ballengee Interests, LLC has created a membership interest in favor of J. Emerson Co., LLC of 1% and a resulting membership interest in favor of Ballengee Interests, LLC of 99% to the fullest extent allowed by law and in accordance with La. R.S. 12:1332. This assignment is effective June 3, 2011.

Assignee:

J. Emerson Co., LLC

By: _____
Julio E. Rios, II, Manager

Assignor:

Ballengee Interests, LLC

By: _____
Julio E. Rios, II, Manager

## ACKNOWLEDGMENT

This is to acknowledge the above and foregoing Notice of Change of Members and Membership Interests of Bridger Logistics, LLC.

Bridger Logistics, LLC

By: _____
Julio E. Rios, II, Manager

CONFIDENTIAL                                                                    BLFG_EDPA0054890

| | | |
|---|---|---|
| Tom Schedler<br>**SECRETARY OF STATE**<br><br>February 7, 2012 | State of Louisiana<br>Secretary of State<br> | COMMERCIAL DIVISION<br>225.925.4704<br><br>Administrative Services<br>225.932.5317 Fax<br>Corporations<br>225.932.5314 Fax<br>Uniform Commercial Code<br>225.932.5318 Fax |

The attached document of BRIDGER LOGISTICS, LLC was received and filed on February 6, 2012.

LC 40527812K

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

CONFIDENTIAL

BLFG_EDPA0054891

## NOTICE OF CHANGE OF MEMBERS
## AND MEMBERSHIP INTERESTS
## OF
## BRIDGER LOGISTICS, LLC

### ARTICLE I
### REMOVAL OF MEMBERS

Notice is hereby given that the above named limited liability company authorized the removal of the following:

Ballengee Interests, LLC, Member

### ARTICLE II
### ADDITION OF MEMBER

Notice is hereby given that the above named limited liability company has authorized the addition of the following in said portion:

Bridger Group, LLC, Member (99%)
800 Spring Street, Suite 202
Shreveport, Louisiana 71101

The membership interest assigned to Bridger Group, LLC from Ballengee Interests, LLC has created a membership interest in favor of Bridger Group, LLC of 99% to the fullest extent allowed by law and in accordance with La. R.S. 12:1332. This assignment is effective June 3, 2011.

Assignee:

Bridger Group, LLC
By: _____
Julio E. Rios, II, Manager

Assignor:

Ballengee Interests, LLC
By: _____
Julio E. Rios, II, Manager

### ACKNOWLEDGMENT

This is to acknowledge the above and foregoing Notice of Change of Members and Membership Interests of Bridger Logistics, LLC.

Bridger Logistics, LLC
By: _____
Julio E. Rios, II, Manager

J. Emerson Co., LLC
By: _____
Julio E. Rios, II, Manager

CONFIDENTIAL                                                                                    BLFG_EDPA0054892

**Tom Schedler**
**SECRETARY OF STATE**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
225.925.4704

**Administrative Services**
225.932.5317 Fax
**Corporations**
225.932.5314 Fax
**Uniform Commercial Code**
225.932.5318 Fax

July 30, 2013

The attached document of BRIDGER LOGISTICS, LLC was received and filed on July 29, 2013.

WH 40527812K

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

CONFIDENTIAL                                                                                             BLFG_EDPA0054893

Fax Server         7/30/2013 3:56:03 PM  PAGE   7/019   Fax Server
Case 2:17-cv-00495-JDW   Document 495-10   Filed 09/28/21   Page 7 of 11

JUL/29/2013/MON 03:11 AM    BALLENGEE INTEREST       FAX No. 318-429-7103                P. 005

## NOTICE OF CHANGE OF MEMBERS AND MANAGERS
## OF
## BRIDGER LOGISTICS, LLC

### ARTICLE I
### REMOVAL OF MEMBER

Notice is hereby given that J. Emerson Co., LLC is hereby removed as a Member of the above named limited liability company.

### ARTICLE II
### REMOVAL OF MANAGER

Notice is hereby given that Julio E. Rios, II is hereby removed as Manager of the above named limited liability company.

### ARTICLE III
### APPOINTMENT OF MANAGER

Notice is hereby given that Bridger, LLC is hereby appointed as Manager of the above named limited liability company. The contact information for Bridger, LLC is:

Bridger, LLC, Manager
Attn: Julio E. Rios, II, President
15510 Wright Brothers Drive
Addison, Texas 75001

This assignment is effective July 1, 2013.

Julio E. Rios, II, Manager

CONFIDENTIAL                                                                       BLFG_EDPA0054894

# CERTIFICATE OF MERGER

## OF

## BRIDGER GROUP, LLC

## WITH AND INTO

## BRIDGER, LLC

(Filed Pursuant to R.S. 12:1360 of the Louisiana Limited Liability Company Law and Section 18:209 of the Delaware Limited Liability Company Act)

The undersigned limited liability company, acting pursuant to R.S. 12:1360 of the Louisiana Limited Liability Company Law ("LLLCL") and Section 18:209 of the Delaware Limited Liability Company Act ("DLLCA"), hereby certifies that:

### I.

The name, state of organization and type of entity of each of the parties to the merger to which this Certificate relates (the "Constituent Entities") are as follows:

| Name | State of Organization and Type of Entity |
|---|---|
| Bridger Group, LLC (the "Dissolving Entity") | Louisiana limited liability company |
| Bridger, LLC (the "Surviving Entity") | Delaware limited liability company |

### II.

An Agreement and Plan of Merger between the Constituent Entities (the "Agreement") providing for the merger of the Dissolving Entity with and into the Surviving Entity (the "Merger") has been authorized, approved, adopted, executed and acknowledged by each of the Constituent Entities in accordance with the requirements of R.S. 12:1359 of the LLLCL and Section 18:209(b) of the DLLCA.

### III.

The Surviving Entity, Bridger, LLC, will survive the Merger and continue to operate under its current name.

### IV.

The Merger shall be effective upon filing (the "Effective Time").

## V.

The certificate of formation and limited liability company agreement of the Surviving Entity, as in effect at the Effective Time, shall continue in full force and effect after the Effective Time as the certificate of formation and limited liability company agreement of the Surviving Entity until altered, amended or repealed as provided therein or by law.

## VI.

A copy of the executed Agreement is on file at the principal place of business of the Surviving Entity, located at 15510 Wright Brothers Drive, Addison, TX 75001.

## VII.

A copy of the Agreement will be furnished by the Surviving Entity, on request and without cost, to any member of the Constituent Entities.

*[Signatures Appear on the Following Page]*

CONFIDENTIAL   BLFG_EDPA1630514

This Certificate of Merger is executed by the Surviving Entity, acting through its duly authorized Manager, this 2⁶ day of June, 2013.

SURVIVING ENTITY:

BRIDGER, LLC

By: _____
Name: Julio E. Rios, II
Title: Manager

[Signature Page to Certificate of Merger]

CONFIDENTIAL         BLFG_EDPA1630515

# ACKNOWLEDGMENT

**STATE OF LOUISIANA**

**PARISH OF CADDO**

      **BEFORE ME**, the undersigned authority, personally came and appeared Julio E. Rios, II, the sole manager of Bridger, LLC, a Delaware limited liability company, known to me to be the person and manager whose name is subscribed to the foregoing instrument, and being by me first duly sworn, declared to me and the undersigned competent witnesses that the statements therein contained are true and correct, and that he executed such instrument for the purposes therein expressed and as his own act and deed.

      **IN WITNESS WHEREOF,** the said appearer, witnesses and I have hereunto affixed our hands on this 28th day of June, 2013, in the aforesaid parish and state.

**WITNESSES:**

_____
Print Name: TROY S. LEE

_____
Julio E. Rios, II

_____
Print Name: MARY KILPATRICK

_____
NOTARY PUBLIC

*[Notary seal: DAVID P CANNWELL, My Commission Expires January 18, 2017]*

[Signature Page to Certificate of Merger]

CONFIDENTIAL