# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 17-CV-00495 |
| BRIDGER LOGISTICS, LLC, | § | |
| JULIO RIOS, JEREMY GAMBOA, | § | |
| FERRELLGAS PARTNERS, L.P., | § | |
| FERRELLGAS, L.P., BRIDGER | § | |
| ADMINISTRATIVE SERVICES II, LLC, | § | |
| BRIDGER MARINE, LLC, BRIDGER RAIL | § | |
| SHIPPING, LLC, BRIDGER REAL | § | |
| PROPERTY, LLC, BRIDGER STORAGE, | § | |
| LLC, BRIDGER SWAN RANCH, LLC, | § | |
| BRIDGER TERMINALS, LLC, | § | |
| BRIDGER TRANSPORTATION, LLC, | § | |
| BRIDGER ENERGY, LLC, BRIDGER | § | |
| LEASING, LLC, BRIDGER LAKE, LLC, | § | |
| J.J. LIBERTY, LLC, | § | |
| J.J. ADDISON PARTNERS, LLC | § | |
| | § | |
| Defendants. | § | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOCONFERENCE ORAL DEPOSITION OF JEREMY GAMBOA
August 20, 2020

* * * * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOCONFERENCE ORAL DEPOSITION OF JEREMY GAMBOA, produced as a witness and duly sworn, was taken in the above-styled and -numbered cause on August 20, 2020, from 9:47 a.m. until 6:22 p.m., before Suzanne Kelly, CSR, RDR, CRR, reported by stenographic method with participants appearing via videoconference at various locations pursuant to state and federal emergency orders related to the COVID-19 pandemic and the provisions stated on the record, if any. (4202447)

THE COURT REPORTER: Mr. Gamboa, if you would please raise your right hand, I will administer the witness's oath to you.

THE WITNESS: (Complies.)

THE COURT REPORTER: Do you solemnly swear or affirm that the testimony which you give in this case will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: I do.

THE COURT REPORTER: Thank you.

JEREMY GAMBOA,

having sworn to testify the truth, the whole truth, and nothing but the truth testifies on the witness's oath as follows:

EXAMINATION

BY MS. QUINN-BARABANOV:

Q. Morning, Mr. Gamboa.

A. Good morning.

Q. As you have probably become aware over the past few minutes of getting set up, I am Jennifer Quinn-Barabanov. I represent Eddystone, and I am here to ask you some questions this morning.

Have you been deposed before?

water-borne logistics?

A. No, ma'am. No, ma'am. But there was a component to our marketing.

Q. Okay. So let me -- I said you were not responsible and the answer, if I am understanding correctly, yes, you were not responsible; is that correct?

A. No. I was not responsible.

Q. Thank you.

All right. Then in 2010, you went on to become the Chief Marketing Officer at Bridger Group; correct?

A. Yes, ma'am.

Q. And in that role, did you have any responsibilities for transportation by rail?

A. As Chief Marketing Officer, I honestly do not remember. I don't remember when we started our rail movements.

Q. All right. What about by ship or -- transportation by ship or barge?

A. No, ma'am. Not at that time.

Q. All right. And let me go back real quick just with respect to the Rising Star Crude Company rail responsibilities.

About how much of your time,

Q. Okay. Does this refresh your recollection as to whether or not BTS entered into this agreement while you were in your role as the Chief Marketing Officer of Bridger Group?

A. Based on the date that Eddystone signed this, that's correct. I was the Chief Marketing Officer at that time.

Q. Now, before BTS entered into this Rail Services Agreement, which is sometimes referred to as "the RSA" -- are you familiar with that term?

A. Yes, ma'am.

Q. Okay. Great.

Before BTS entered into the RSA, did you ever visit the Eddystone facility?

A. Before we entered into the agreement, no, ma'am.

Q. Yes, sir. All right.

Now, the next job that's listed here from July 2013 to July 2015 is the Executive Vice President and Chief Operating Officer of Bridger, LLC; is that correct?

A. Yes, ma'am.

Q. All right. What was your understanding, if any, of the relationship between your prior

employer, Bridger Group, and your new employer, Bridger, LLC?

A. So at that time, I believe it was around July 1st, we -- we sold part of the business to Riverstone Holdings. And at that time, we had a name change from Bridger Group to Bridger, LLC.

THE COURT REPORTER: And at that time, we had a name change to?

THE WITNESS: At that time, when we took on a private equity partner, we also had a name change from Bridger Group to Bridger, LLC.

Also at that time, the three founders, our roles changed. Julio Rios became the CEO; I became the COO; and James Ballengee became the CMO, Chief Marketing Officer.

BY MS. QUINN-BARABANOV:

Q. All right. Now, as EVP and CEO, were you responsible for all operations in business development?

A. Yes, ma'am.

Q. And that -- those responsibilities covered both Bridger, LLC, and subsidiaries; correct?

A. Yes, ma'am.

Q. So I want to ask you about the two

different titles, the EVP and the COO title.

Did the EVP role have any responsibilities different from your responsibilities as COO?

A. To be honest, I'm not sure what distinction that initialism would have, as being different than my COO.

Q. All right. So your -- your recollection is that your -- your responsibilities in both of those roles were co-extensive? Is that fair?

A. I am saying I -- I don't know the difference.

Q. Excellent. Thank you.

Now, the time that you were in this -- and I'm going to refer to it, then, just for the sake of convenience "in your COO role." Okay?

A. Okay.

Q. While you were COO in this time period, that time overlaps with the period of Eddystone Operations; correct?

A. Yes, ma'am.

Q. And it also overlaps for approximately a year of a supply arrangement between Bridger Marketing and Monroe; correct?

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 17-CV-00495 |
| BRIDGER LOGISTICS, LLC, | § | |
| JULIO RIOS, JEREMY GAMBOA, | § | |
| FERRELLGAS PARTNERS, L.P., | § | |
| FERRELLGAS, L.P., BRIDGER | § | |
| ADMINISTRATIVE SERVICES II, LLC, | § | |
| BRIDGER MARINE, LLC, BRIDGER RAIL | § | |
| SHIPPING, LLC, BRIDGER REAL | § | |
| PROPERTY, LLC, BRIDGER STORAGE, | § | |
| LLC, BRIDGER SWAN RANCH, LLC, | § | |
| BRIDGER TERMINALS, LLC, | § | |
| BRIDGER TRANSPORTATION, LLC, | § | |
| BRIDGER ENERGY, LLC, BRIDGER | § | |
| LEASING, LLC, BRIDGER LAKE, LLC, | § | |
| J.J. LIBERTY, LLC, | § | |
| J.J. ADDISON PARTNERS, LLC | § | |
| | § | |
| Defendants. | § | |

* * * * * * * * * * * * * * * * * * * * * * * * *

REPORTER'S CERTIFICATION
VIDEOCONFERENCE ORAL DEPOSITION OF
JEREMY GAMBOA
August 20, 2020

I, Suzanne Kelly, Certified Shorthand Reporter in and for the State of Texas hereby certify to the following:

That the witness, JEREMY GAMBOA, was duly sworn by the officer and that the transcript of the Videoconference Oral Deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on the 1st day of September, 2020, to the witness for examination, signature and return to Suzanne Kelly by the 5th day of October, 2020;

That the amount of time used by each party at the deposition is as follows:

Ms. Quinn-Barabanov: Five hours and 54 minutes
Mr. Kramer: 30 minutes.

That pursuant to the information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

Chris Han, Esq.
Filberto Agusti, Esq.
Jennifer Quinn-Barabanov, Esq.
Steven J. Barber, Esq.
Mary Sherman, Esq.
STEPTOE & JOHNSON LLC
1330 Connecticut Avenue Northwest
Washington, D.C. 20036
202-429-3000 phone
202-429-3902 fax
chan@steptoe.com
fagusti@steptoe.com
jquinnba@steptoe.com
sbarber@steptoe.com
msherman@steptoe.com

Jeremy Fielding, Esq.
John Christian, Esq.
Jon Kelley, Esq.
KIRKLAND & ELLIS LLP
1601 Elm Street,
Dallas, Texas 75201
214-972-1770 phone
jeremy.fielding@kirkland.com
john.christian@kirkland.com
jon.kelley@kirkland.com

Jacob Kramer, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street Northwest
Washington, DC 20004-1357
202-508-6000 phone
202-508-6200 fax
jake.kramer@bclplaw.com

Sarah Hartley, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
One Boulder Plaza
1801 13th Street, Suite 300
Boulder, Colorado 80302
303-417-8563 phone
sarah.hartley@bclplaw.com

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

In witness whereof, I have this date subscribed my name on this 31st day of August, 2020.

Suzanne Kelly, CSR, RDR, CRR
Certification No. 1260
Expiration Date: 12-31-21
VERITEXT LEGAL SOLUTIONS
Firm Registration No. 571
300 Throckmorton Street
Suite 1600
Fort Worth, Texas 76102
817.336.3042 1.800.336.4000

JOB NO.: 4202447