IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,  )<br>)<br>Plaintiff/Counter-Defendant,  )<br>)<br>v.  )<br>)<br>BRIDGER LOGISTICS, LLC, JULIO RIOS,  )<br>JEREMY GAMBOA, FERRELLGAS  )<br>PARTNERS, L.P., and FERRELLGAS L.P. *et al.*  )<br>)<br>Defendants.  )<br>)<br>BRIDGER LOGISTICS, LLC, FERRELLGAS  )<br>PARTNERS, L.P., and FERRELLGAS, L.P.  )<br>)<br>Defendants/Counterclaimants.  )<br>_____)  | No. 17-cv-00495 |

**PLAINTIFF EDDYSTONE RAIL COMPANY, LLC'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Eddystone Rail Company, LLC ("Eddystone") hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and in accordance with the Court's September 1, 2021 Order (Dkt. 480). In support of the present motion, Eddystone relies upon the accompanying memorandum and supporting materials. A proposed order is also supplied.

Dated: October 29, 2021               Respectfully submitted,

                                      */s/ Filiberto Agusti*
                                      Henry E. Hockeimer, Jr. (I.D. No. 86768)
                                      Terence M. Grugan (I.D. No. 307211)
                                      BALLARD SPAHR LLP
                                      1735 Market Street, 51st Floor
                                      Philadelphia, PA 19103-7599

Telephone: (215) 665-8500
Facsimile: (215) 864-8999
hockeimerh@ballardspahr.com
grugant@ballardspahr.com

Jennifer Quinn-Barabanov (*pro hac vice*)
Filiberto Agusti (*pro hac vice*)
Steven J. Barber (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jquinnbarabanov@steptoe.com
fagusti@steptoe.com
sbarber@steptoe.com
asloniewsky@steptoe.com

*Counsel for Eddystone Rail Company, LLC*

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing via the Court's ECF system on October 29, 2021, thereby serving all counsel of record.


Dated: October 29, 2021                            /s/ *Andrew J. Sloniewsky*
                                                                                     Andrew J. Sloniewsky