# ERC-2096
# Filed under
# Seal