# ERC-2119
# Filed under Seal