Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



August 29, 2022

The Honorable Joshua D. Wolson
United States District Court – Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Courtroom 3-B
Philadelphia, Pennsylvania 19106

Re:   Case No. 17-cv-00495-JDW
      *Eddystone Rail Co., LLC v. Bridger Logistics, LLC*

Dear Judge Wolson,

On behalf of plaintiff Eddystone Rail Company LLC, we write to notify the Court about additional unredacted filings that Defendants made on the public docket that contain information produced under the crime-fraud order.

As the Court is aware, Eddytone opposed Defendants' motion to close the courtroom in part because much of the information revealed in the crime-fraud production is already in the public docket—and the Defendants were the ones who put it there. Dkt. 600 at 2-4, 10. Eddystone pointed to six, separate unredacted filings on Pacer. *See id.*

Defendants moved to seal those six unredacted filings (Dkts. 602, 603) but evidently did not check the public docket to see if there were others. Eddystone recently conducted that check and discovered an additional seven unredacted filings made by Defendants on the public docket, as shown in the chart below. This further confirms that Defendants themselves have not "zealously protected" the information produced under the crime fraud order (Dkt. 605 at 2) and that they will not be "harmed" by an open courtroom for the upcoming trial (Dkt. 600 at 7-10).

| Date filed on Pacer | Docket number | Name of Filing | Description of Document |
|---|---|---|---|
| 9/28/2021 | Dkt. 494-7 | Exhibit 5 to Defendants' Motion to Exclude N. Earnest | Plaintiff's Responses and Objections to the Ferrellgas Defendants' Second Set of Interrogatories (describes in detail materials produced under the crime-fraud order) |

| | | | |
|---|---|---|---|
| 9/28/2021 | Dkt. 495-13 | Exhibit 9 to Defendants' Motion to Dismiss and for Summary Judgment | Plaintiff's Supplemental Responses to Rios/Gamboa's Second Set of Interrogatories (describes in detail materials produced under the crime-fraud order) |
| 9/28/2021 | Dkt. 495-19 | Exhibit 15 to Defendants' Motion to Dismiss and for Summary Judgment | Plaintiff's Supplemental Responses to Rios/Gamboa's Fourth Set of Interrogatories (describes in detail materials produced under the crime-fraud order) |
| 9/28/2021 | Dkt. 495-48 | Exhibit 44 to Defendants' Motion to Dismiss and for Summary Judgment | Plaintiff's Responses and Objections to the Ferrellgas Defendants' Second Set of Interrogatories (describes in detail materials produced under the crime-fraud order) |
| 9/28/2021 | Dkt. 495-91 | Exhibit 87 to Defendants' Motion to Dismiss and for Summary Judgment | Excerpt from Patrick Knapp deposition transcript (Tr. 30-31) being questioned about an email chain, BLFG_EDPA2425706 – 5746 (Knapp Ex. 673), produced under the crime-fraud order |
| 12/13/2021 | Dkt. 523-9 | Exhibit 9 to Defendants' opposition to exclude G. Polkowitz | Email from Cathy Brown reporting on her conversation with Patrick Knapp – BLFG_EDPA2394589-90, which was produced under the crime-fraud order. |
| 12/13/2021 | Dkt. 523-8 | Exhibit 8 to Defendants opposition to exclude G. Polkowitz | Excerpt from Patrick Knapp deposition transcript (Tr. 52-53) being questioned about the Brown email at BLFG_EDPA2394589-90 (Knapp Ex. 675), produced under the crime-fraud order. |

Respectfully submitted,

s/ Filiberto Agusti
Henry E. Hockeimer, Jr. (I.D. No. 86768)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor

Steptoe

>Philadelphia, PA  19103-7599
>Telephone: (215) 665-8500
>Facsimile: (215) 864-8999
>hockeimerh@ballardspahr.com
>
>Filiberto Agusti (pro hac vice)
>Steven Barber (pro hac vice)
>Alice E. Loughran (pro hac vice)
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, NW
>Washington, DC  20036
>Telephone: (202) 429-3000
>Facsimile: (202) 429-3902
>fagusti@steptoe.com
>
>Counsel for Plaintiff Eddystone Rail Co., LLC

cc:   Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed via the Court's ECF system on August 29, 2022, thereby serving all counsel of record.

>    /s/ Filiberto Agusti
>      Filiberto Agusti