

Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

**Via ECF**　　　　　　　　　　　　　　　　　　　　　　　August 30, 2022

The Honorable Joshua D. Wolson
United States District Court – E.D. Pa.
James A. Byrne United States Courthouse
601 Market Street, Courtroom 3-B
Philadelphia, Pennsylvania  19106

　　Re:　*Eddystone Rail Co., LLC v. Bridger Logistics, LLC*, Case No. 17-cv-00495-JDW

Dear Judge Wolson,

　　On behalf of the parties, I write to request a brief one-week extension of the August 30, 2022 deadline—to September 6, 2022—to submit to the Court a list of stipulated facts.  The parties are in the process of meeting and conferring about the list of stipulated facts and would benefit from additional time.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Filiberto Agusti*
　　　　　　　　　　　　　　　　　Filiberto Agusti

　　　　　　　　　　　　　　　　　*Counsel for Eddystone Rail Company LLC*

　　cc:　All Counsel of Record via CM/ECF