UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>Plaintiff,<br><br>v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  No. 2:17-cv-00495-JDW<br>:<br>:<br>: |

## **MOTION TO SEAL**

Pursuant to Local Rules 5.1.5(a)(2) and 7.1(c), and in accordance with Section I(D) of the Court's Policies and Procedures, the Court's September 1, 2021 Order (Dkt. 480) amending its July 31, 2017 Stipulated Protective Order (Dkt. 63), the Court's June 28, 2019 Order (Dkt. 333), and the Court's March 31, 2020 Order (Dkt. 371), Defendants respectfully move to seal the following:

a. Portions of Plaintiff's Responses and Objections to the Ferrellgas Defendants' Second Set of Interrogatories (Dkts. 494-7, 495-48);

b. Portions of Plaintiff's Supplemental Responses and Objections to Defendants Rios and Gamboa's Second Set of Interrogatories (Dkt. 495-13);

c. Portions of Plaintiff's Supplemental Responses and Objections to Defendants Rios and Gamboa's Fourth Set of Interrogatories (Dkt. 495-19);

d. Portions of the transcript for the deposition of Patrick Knapp (Dkt. 495-91);

e. Portions of the transcript for the deposition of Patrick Knapp (Dkt. 523-8); and

f. A July 21, 2015 e-mail sent by Cathy Brown (Dkt. 523-9).

A memorandum in support and proposed form of order accompany this Motion.

Dated: August 31, 2022	Respectfully submitted,

By: */s/ Lawrence G. Scarborough*

Richard E. Coe (I.D. No. 94539)
William L. Carr (I.D. No. 200274)
Elizabeth M. Casey (I.D. No. 325696)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
richard.coe@faegredrinker.com
william.carr@faegredrinker.com
elizabeth.casey@faegredrinker.com

Lawrence G. Scarborough (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
lawrence.scarborough@faegredrinker.com

Jacob A. Kramer (Admitted *Pro Hac Vice*)
Jessica R. Maziarz (Admitted *Pro Hac Vice*)
Rachel A. Beck (Admitted *Pro Hac Vice*)
Kathryn E. Bettini (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1050 K Street NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 312-7400
Facsimile: (202) 312-7461
jake.kramer@faegredrinker.com
jessica.maziarz@faegredrinker.com
rachel.beck@faegredrinker.com
kathryn.bettini@faegredrinker.com

Desmonne A. Bennett (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
desmonne.bennett@faegredrinker.com

Jane E. Maschka (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center, 90 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
jane.maschka@faegredrinker.com

*Attorneys for Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas L.P., Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, J.J. Addison Partners, LLC, J.J. Liberty, LLC, Bridger Admin Services II LLC, Bridger Energy, LLC, Bridger Lake, LLC, Bridger Leasing, LLC, and Bridger Marine, LLC*

## CERTIFICATE OF SERVICE

I, Lawrence G. Scarborough, hereby certify that, on August 31, 2022, a true and correct copy of the foregoing Motion to Seal was filed electronically via the Court's ECF filing system. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

/s/ *Lawrence G. Scarborough*