IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,                          )<br>                                                                              )<br>             Plaintiff/Counter-Defendant,              )<br>                                                                              )     No. 17-cv-00495-JDW<br>      v.                                                                  )<br>                                                                              )<br>BRIDGER LOGISTICS, LLC, JULIO RIOS,       )<br>JEREMY GAMBOA, FERRELLGAS              )<br>PARTNERS, L.P., and FERRELLGAS L.P. *et al.* )<br>                                                                              )<br>             Defendants.                                            )<br>                                                                              )<br>BRIDGER LOGISTICS, LLC, FERRELLGAS    )<br>PARTNERS, L.P., and FERRELLGAS, L.P.      )<br>                                                                              )<br>             Defendants/Counterclaimants             )<br>                                                                              ) | |

### CERTIFICATION OF
### PLAINTIFF EDDYSTONE RAIL COMPANY, LLC

Pursuant to this Court's September 20, 2021 order (Dkt. 486), counsel for Plaintiff Eddystone Rail Company, LLC ("Eddystone") hereby certifies that, in interviews of former Defendants Jeremy Gamboa and Julio Rios in late August 2022, the parties' discussion was limited to the four subject identified in the Court's June 28, 2019 order (Dkt. 333). In that order, the Court granted an Eddystone motion to compel based on the crime-fraud doctrine with respect to documents addressing the four subjects.

Dated: September 13, 2022                    Respectfully submitted,

                                                                        */s/ Filiberto Agusti*
                                                                        Henry E. Hockeimer, Jr. (I.D. No. 86768)
                                                                        BALLARD SPAHR LLP
                                                                        1735 Market Street, 51st Floor
                                                                        Philadelphia, PA 19103-7599
                                                                        Telephone: (215) 665-8500

Facsimile: (215) 864-8999
hockeimerh@ballardspahr.co
mgrugant@ballardspahr.com

Filiberto Agusti (*pro hac vice*)
Steven Barber (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue,
NWWashington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
fagusti@steptoe.com

*Counsel for Eddystone Rail Company, LLC*

## CERTIFICATE OF SERVICE

I certify that I caused to be filed the foregoing via the Court's ECF system on September 13, 2022, thereby serving all counsel of record.

Dated September 13, 2022                              /s/ *Andrew J. Sloniewsky*
                                                      Andrew J. Sloniewsky