IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDYSTONE RAIL COMPANY, LLC, | § § § | |
| Plaintiff/Counter-Defendant, | § | |
| v. | § § § | No. 2:17-cv-00495-JD |
| BRIDGER LOGISTICS, LLC, JULIO RIOS, JEREMY GAMBOA, FERRELLGAS PARTNERS, L.P., *et al.*, | § § § § § § | |
| Defendants, | § § | |
| BRIDGER LOGISTICS, LLC, FERRELLGAS PARTNERS, L.P., and FERRELLGAS, L.P., | § § § § | |
| Defendants/Counterclaimants. | § § | |

**NOTICE OF JULIO RIOS AND JEREMY GAMBOA**

Pursuant to this Court's September 20, 2021 Order (Dkt. No. 486), counsel for former Defendants Julio Rios and Jeremy Gamboa ("Rios and Gamboa") hereby certifies that in interviews of Rios and Gamboa by Plaintiff Eddystone Rail Company, LLC ("Eddystone") in late-August, the parties' discussion was limited to the four subjects identified in the Court's June 28, 2019 (Dkt. 333). Counsel further certifies that Rios and Gamboa did not reveal any privileged information during the course of those discussions or otherwise violate their obligations under the Joint Defense Agreement with the BL/FG Defendants.

| | |
|---|---|
| DATE: September 14, 2022 | Respectfully submitted:<br><br>*/s/ Jeremy A. Fielding*<br>Jeremy A. Fielding, PC (*pro hac vice*)<br>jeremy.fielding@kirkland.com<br>Jonathan D. Kelley (*pro hac vice*)<br>jon.kelley@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>4550 Travis Street<br>Dallas, Texas 75205<br>Telephone: (214) 972-1755<br>Facsimile: (214) 972-1771<br><br>Julie Negovan,<br>jnegovan@griesinglaw.com<br>GRIESING LAW, LLC<br>1717 Arch Street, Suite 3630<br>Philadelphia, Pennsylvania 19103<br><br>**ATTORNEYS FOR**<br>**JULIO RIOS AND JEREMY GAMBOA** |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the Court's ECF system on September 14, 2022, thereby serving all counsel of record.

*/s/ Jeremy A. Fielding*
Jeremy A. Fielding