# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br><br>*Plaintiff,*<br>v.<br><br>**BRIDGER LOGISTICS, LLC,** *et al.*<br><br>*Defendants.* | Case No. 2:17-cv-00495-JDW |

## ORDER

**AND NOW**, this 31st day of March, 2023, upon receipt of a joint letter from the Parties, requesting an extension of certain post-trial submission deadlines, it is **ORDERED** that the Court's prior Order (ECF No. 720) is **AMENDED** as follows:

1. The Parties shall submit their respective proposed findings of fact and conclusions of law on April 28, 2023; and

2. The Parties shall file their respective memoranda in support of their proposals on May 19, 2023.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.