UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>       Plaintiff/Counter-defendant,<br><br>v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>       Defendants. | :<br>:<br>:<br>:<br>:  No. 2:17-cv-00495-JDW<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

Kindly withdraw the appearance of Jane E. Maschka on behalf of Defendants Bridger Logistics, LLC; Ferrellgas Partners, L.P.; Ferrellgas L.P.; Bridger Rail Shipping, LLC; Bridger Real Property, LLC; Bridger Storage, LLC; Bridger Swan Ranch, LLC; Bridger Terminals, LLC; Bridger Transportation, LLC; J.J. Addison Partners, LLC; J.J. Liberty, LLC; Bridger Administrative Services II, LLC; Bridger Energy, LLC; Bridger Lake, LLC; Bridger Leasing, LLC; and Bridger Marine, LLC in the above-captioned action.

Dated: May 2, 2024.                Respectfully submitted,

By: */s/ Jane E. Maschka*

    Richard E. Coe (I.D. No. 94539)
    Elizabeth M. Casey (I.D. No. 325696)
    Henry M. Grabbe (I.D. No. 328928)
    FAEGRE DRINKER BIDDLE & REATH LLP
    One Logan Square, Suite 2000
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 988-2700
    Facsimile: (215) 988-2757
    richard.coe@faegredrinker.com
    elizabeth.casey@faegredrinker.com
    henry.grabbe@faegredrinker.com

Lawrence G. Scarborough (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141
lawrence.scarborough@faegredrinker.com

Jacob A. Kramer (Admitted *Pro Hac Vice*)
Jessica R. Maziarz (Admitted *Pro Hac Vice*)
Rachel A. Beck (Admitted *Pro Hac Vice*)
Kathryn E. Bettini (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1050 K Street NW, Suite 400
Washington, D.C. 20001
Telephone:  (202) 312-7400
Facsimile:  (202) 312-7461
jake.kramer@faegredrinker.com
jessica.maziarz@faegredrinker.com
rachel.beck@faegredrinker.com
kathryn.bettini@faegredrinker.com

Desmonne A. Bennett (Admitted *Pro Hac Vice*)
Jesse L. Marks (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
desmonne.bennett@faegredrinker.com
jesse.marks@faegredrinker.com

Jane E. Maschka (Admitted *Pro Hac Vice*)
Josh Peterson (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center, 90 South 7th Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
jane.maschka@faegredrinker.com
josh.peterson@faegredrinker.com

Maria S. Downham (Admitted *Pro Hac Vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300

Facsimile: (317) 237-1000
maria.downham@faegredrinker.com

*Attorneys for Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas L.P., Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, J.J. Addison Partners, LLC, J.J. Liberty, LLC, Bridger Admin Services II LLC, Bridger Energy, LLC, Bridger Lake, LLC, Bridger Leasing, LLC, and Bridger Marine, LLC*

## CERTIFICATE OF SERVICE

I, Jane E. Maschka, hereby certify that, on May 2, 2024, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed electronically via the Court's ECF filing system. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

/s/ Jane E. Maschka