IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br><br>*Plaintiff,*<br>v.<br><br>**BRIDGER LOGISTICS, LLC,** *et al.*<br><br>*Defendants.* | Case No.  2:17-cv-00495-JDW |

## ORDER AND JUDGMENT

**AND NOW**, this 7th day of June, 2024, following a bench trial, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Judgment is **ENTERED** against Eddystone Rail Company, LLC and in favor of all remaining Defendants as to Counts One and Four of the Amended Complaint;

2. Judgment is **ENTERED** against Eddystone and in favor of Ferrellgas L.P., Bridger Administrative Services II, LLC, Bridger Marine, LLC, Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Leasing, LLC, Bridger Lake, LLC, J.J. Liberty, LLC, and J.J. Addison Partners, LLC as to Counts Two and Three of the Amended Complaint;

3. Judgment is **ENTERED** in favor of Eddystone and against Bridger Energy, LLC in the amount of $916,130, as to Counts Two and Three of the Amended Complaint;

4. Judgment is **ENTERED** in favor of Eddystone and against Bridger Transportation, LLC in the amount of $1,430,717, as to Counts Two and Three of the Amended Complaint;

5. Judgement is **ENTERED** in favor of Eddystone and against Ferrellgas Partners, L.P. and Bridger Logistics, LLC in the amount of $169,327,840, as to Counts Two and Three of the Amended Complaint; and

6. Defendants' Counterclaim IV against Eddystone for breach of contract related to the CT meters is **DISMISSED AS MOOT**.

It is **FURTHERED ORDERED** that, for the reasons that I set forth on the record at the Final Pretrial Conference on September 16, 2022, the Clerk of Court shall **SEAL** the accompanying Memorandum.

It is **FURTHER ODERED** that the Parties shall work together in good faith to submit proposed redactions to any portions of the Memorandum that reveal sealed testimony and/or exhibits. The Parties' proposals must be consistent with my rulings at trial regarding sealing and no greater than necessary to protect the underlying information. The Parties shall submit their proposed redactions via email to chambers_of_judge_wolson@paed.uscourts.gov and shall identify where in the record the redacted information was sealed. The submission shall follow form to the table that is attached to this Order as Exhibit A. To the extent the Parties do not agree as to one or more proposed redactions, then they shall submit an accompanying letter, setting forth their

respective positions as to each proposed redaction. For any proposed redaction, no party's argument may exceed 200 words.

The Clerk of Court shall mark this case closed for statistical purposes.

                                          **BY THE COURT:**

                                          */s/ Joshua D. Wolson*
                                          JOSHUA D. WOLSON, J.

## EXHIBIT A

| Paragraph | Precise Language For Redaction | Basis For Sealing In Record |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |