IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br><br>*Plaintiff,*<br>v.<br><br>**BRIDGER LOGISTICS, LLC,** *et al.*<br><br>*Defendants.* | Case No. 2:17-cv-00495-JDW |

### ORDER

**AND NOW**, this 21st day of June, 2024, it is **ORDERED** as follows:

1. The Clerk of Court shall docket the joint letter from the Parties dated June 20, 2024, regarding their proposed redactions to my Memorandum dated June 7, 2024; and

2. The Clerk of Court shall docket Exhibit A to the Parties' joint letter **UNDER SEAL**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.