**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**EDDYSTONE RAIL COMPANY, LLC,**

*Plaintiff,*

v.

**BRIDGER LOGISTICS, LLC,** *et al.*

*Defendants.*

**Case No.  2:17-cv-00495-JDW**

## ORDER

**AND NOW**, this 21st day of June, 2024, upon review of the Parties' joint submission proposing redactions to my Memorandum dated June 7, 2024 (consistent with my prior rulings sealing certain exhibits and portions of the trial transcript), it is **ORDERED** as follows:

1.      The Parties' proposed redactions are approved, as reflected in the redacted version of the Memorandum at ECF No. 757; and

2.      I decline to redact ¶ 138 of the Memorandum because it does not reveal the contents of any sealed exhibit, and it is similar to other paragraphs in the Memorandum that the Parties did not seek to redact (*i.e.* ¶¶ 117, 265, 275).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
