IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,**<br><br>*Plaintiff,*<br>v.<br><br>**BRIDGER LOGISTICS, LLC,** *et al.*<br><br>*Defendants.* | Case No.  2:17-cv-00495-JDW |

## ORDER

**AND NOW**, this 9th day of July, 2024, following a hearing as to Defendants Bridger Energy, LLC, Bridger Transportation, LLC, Bridger Logistics, LLC, and Ferrellgas Partners, L.P.'s Motion To Stay Execution Of The Judgment Pending Appeal And To Approve Supersedeas Bond (ECF No. 762), and for the reasons set forth on the record during open court, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED**, and the supersedeas bond is **APPROVED** with respect to Bridger Energy, LLC, Bridger Transportation, LLC, and Ferrellgas Partners, L.P.; and

2. The Motion is **DENIED** in all respects as to Bridger Logistics, LLC.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.