UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br>  Plaintiff,<br><br>v.<br><br>BRIDGER LOGISTICS, LLC, *et al.*,<br>  Defendants. | No. 2:17-cv-00495-JDW |

## SATISFACTION OF JUDGMENT

Plaintiff Eddystone Rail Company, LLC ("Plaintiff") and Defendants Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas, L.P., Bridger Administrative Services II, LLC, Bridger Marine, LLC, Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, Bridger Energy, LLC, Bridger Leasing, LLC, Bridger Lake, LLC, J.J. Liberty, LLC, and J.J. Addison Partners, LLC (collectively, "Defendants" and, with Plaintiff, the "Parties"), hereby stipulate that the Judgment in the above-captioned case, entered by this Court on June 7, 2024 (ECF 753), in favor of Plaintiff and against (a) Bridger Energy, LLC in the amount of $916,130; (b) Bridger Transportation, LLC in the amount of $1,430,717; and (c) Ferrellgas Partners, L.P. and Bridger Logistics, LLC in the amount of $169,327,840, has been satisfied in full.  Plaintiff expressly acknowledges that the Judgment has been satisfied in full.  The Clerk of Court for the United States District Court for the Eastern District of Pennsylvania is hereby authorized and requested by the Parties to mark said Judgment as satisfied and cancel said Judgment as to all Defendants.

Dated:  January 15, 2025                                       Respectfully submitted,

| | |
|---|---|
| By: */s/ Steven J. Barber*<br><br>Henry E. Hockeimer, Jr. (I.D. No. 86768)<br>Terence M. Grugan (I.D. No. 307211)<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 665-8500<br>Facsimile: (215) 864-8999<br>hockeimerh@ballardspahr.com<br>grugant@ballardspahr.com<br><br>Steven J. Barber (*Pro Hac Vice*)<br>Jennifer Quinn-Barabanov (*Pro Hac Vice*)<br>Alice Loughran (*Pro Hac Vice*)<br>Steven K. Davidson (*Pro Hac Vice*)<br>Andrew J. Sloniewsky (*Pro Hac Vice*)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br>sbarber@steptoe.com<br>jquinnbarabanov@steptoe.com<br>aloughran@steptoe.com<br>sdavidson@steptoe.com<br>asloniewsky@steptoe.com<br><br>*Counsel for Eddystone Rail Company, LLC* | By: */s/ Lawrence G. Scarborough*<br><br>Richard E. Coe (I.D. No. 94539)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br>richard.coe@faegredrinker.com<br><br>Lawrence G. Scarborough (*Pro Hac Vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>Telephone: (212) 248-3140<br>Facsimile: (212) 248-3141<br>lawrence.scarborough@faegredrinker.com<br><br>Jacob A. Kramer (*Pro Hac Vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K Street NW, Suite 1100<br>Washington, D.C. 20004<br>Telephone: (202) 230-5289<br>Facsimile: (202) 312-7461<br>jake.kramer@faegredrinker.com<br><br>Desmonne A. Bennett (*Pro Hac Vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 15th Street, Suite 3400<br>Denver, Colorado 80202<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br>desmonne.bennett@faegredrinker.com<br><br>*Attorneys for Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas, L.P., Bridger Administrative Services II, LLC, Bridger Marine, LLC, Bridger Rail Shipping, LLC, Bridger Real Property, LLC, Bridger Storage, LLC, Bridger Swan Ranch, LLC, Bridger Terminals, LLC, Bridger Transportation, LLC, Bridger Energy, LLC, Bridger Leasing, LLC, Bridger Lake, LLC, J.J. Liberty, LLC, and J.J. Addison Partners, LLC* |

## CERTIFICATE OF SERVICE

I, Lawrence G. Scarborough, hereby certify that, on January 15, 2025, a true and correct copy of the foregoing **SATISFACTION OF JUDGMENT** was filed electronically via the Court's CM/ECF filing system. This document is available for viewing and downloading from the CM/ECF system and electronic notification has been sent to all counsel of record.

          /s/ Lawrence G. Scarborough